# EXHIBIT D



## PATROL GUIDE

| Section: Complaints | | Procedure No: 207-21 |
|---|---|---|
| **ALLEGATIONS OF CORRUPTION AND OTHER MISCONDUCT AGAINST MEMBERS OF THE SERVICE** | | |
| DATE ISSUED: 08/01/13 | DATE EFFECTIVE: 08/01/13 | REVISION NUMBER: | PAGE: 1 of 2 |

**PURPOSE**      To process allegations of corruption and other misconduct against members of the service.

**SCOPE**      All members of the service must be incorruptible. An honest member of the service will not tolerate members of the service who engage in corruption or other misconduct. All members of the service have an absolute duty to report any corruption or other misconduct, or allegation of corruption or other misconduct, of which they become aware.

**DEFINITION**      CORRUPTION/OTHER MISCONDUCT: Criminal activity or other misconduct of any kind including the use of excessive force or perjury that is committed by a member of the service whether on or off duty.

**PROCEDURE**      Upon observing, or becoming aware of corruption or other misconduct or upon receiving an allegation of corruption or other misconduct involving a member of the service:

**NOTE**      *To prevent interruption or delay in vital services, a telephone switchboard operator will refer any allegation of corruption or other misconduct to the desk officer, who will record the details of the allegation(s).*

**MEMBER OF THE SERVICE CONCERNED**

1. Telephone Internal Affairs Bureau, Command Center (212) 741-8401 (24 hours) or 1-800-PRIDE PD (24 hours) or (212) CORRUPT (24 hours).
   a. Give preliminary facts.
   b. Identify self or, if opting to remain anonymous, obtain Confidential Identification Number from the Command Center investigator.
   c. Furnish details of corruption or other misconduct.

**NOTE**      *In certain cases, supervisory personnel assigned to the Command Center of the Internal Affairs Bureau may direct on duty members not reporting anonymously to prepare a detailed written report in addition to a telephone notification or request the member(s) concerned to await the arrival of an investigator.*

**OR**

2. Prepare a detailed written report addressed to the Chief of Internal Affairs.
   a. Forward DIRECT, or via FAX (212) 741-8408, to the Command Center, 315 Hudson Street, within twenty-four hours.

## PATROL GUIDE

| PROCEDURE NUMBER: | DATE EFFECTIVE: | REVISION NUMBER: | PAGE: |
|---|---|---|---|
| 207-21 | 08/01/13 | | 2 of 2 |

### MEMBERS MAY OPT TO REPORT ALLEGATIONS OF CORRUPTION/ OTHER MISCONDUCT IN WRITING ANONYMOUSLY

**MEMBER OF THE SERVICE CONCERNED** (continued)

3. Prepare a detailed written report, upon becoming aware of misconduct, and forward to:
   a. Chief of Internal Affairs, or
   b. Box 1001, New York, N.Y. 10014.

**NOTE**

*Obtaining a Confidential Identification Number from the Command Center investigator will satisfy the member's reporting responsibility, if the information reported is accurate and complete. Subsequent or ongoing reporting is encouraged to insure the information is timely and complete and may be made by referencing the Confidential Identification Number.*

**ADDITIONAL DATA**

*A member of the service having or receiving information relative to corruption or other misconduct, or an allegation of corruption or other misconduct, has the responsibility to report such information directly to the Internal Affairs Bureau, Command Center.*

*Failure to report corruption, other misconduct, or allegations of such act is, in itself, an offense of serious misconduct and will be charged as such when uncovered during an investigation. Conduct designed to cover up acts of corruption, prevent or discourage its report, or intimidate those who would report it, will be charged as an obstruction of justice or other criminal act with the consent of the prosecutor who has criminal jurisdiction.*

*A member of the service receiving an allegation of corruption against oneself will request a supervising officer to respond to the scene. The supervising officer will interview the complainant and confer with the Internal Affairs Bureau, Command Center, BEFORE interviewing the member concerning the allegation.*

**RELATED PROCEDURES**

*Allegations of Corruption Against City Employees (Other than Members of the New York City Police Department) (P.G. 207-22)*
*Processing Civilian Complaints (P.G. 207-31)*
*Civilian Complaints - Witness Statement (P.G. 207-30)*