# EXHIBIT E

**ADMIN CLOSURES 2001-2015**

| | A | B | C | D | E | F | G | H | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 2001 | 197 | 61 | 3 | 10 | 15 | 23 | 21 | 11 | 341 |
| 2002 | 177 | 50 | 9 | 21 | 37 | 45 | 14 | 12 | 365 |
| 2003 | 142 | 45 | 16 | 25 | 37 | 23 | 9 | 8 | 305 |
| 2004 | 123 | 53 | 21 | 34 | 26 | 16 | 14 | 8 | 295 |
| 2005 | 82 | 58 | 34 | 37 | 6 | 34 | 18 | 6 | 275 |
| 2006 | 67 | 73 | 36 | 35 | 41 | 39 | 28 | 8 | 327 |
| 2007 | 77 | 67 | 30 | 43 | 76 | 44 | 16 | 14 | 367 |
| 2008 | 73 | 78 | 51 | 30 | 71 | 57 | 22 | 18 | 400 |
| 2009 | 81 | 96 | 39 | 30 | 68 | 51 | 12 | 13 | 390 |
| 2010 | 51 | 72 | 24 | 25 | 80 | 49 | 10 | 13 | 324 |
| 2011 | 52 | 86 | 25 | 22 | 73 | 40 | 10 | 11 | 319 |
| 2012 | 37 | 40 | 34 | 17 | 48 | 27 | 11 | 7 | 221 |
| 2013 | 52 | 45 | 24 | 19 | 62 | 34 | 8 | 7 | 251 |
| 2014 | 50 | 62 | 22 | 19 | 45 | 33 | 13 | 5 | 249 |
| 2015 | 27 | 78 | 11 | 16 | 47 | 21 | 12 | 2 | 214 |
| | 1288 | 964 | 379 | 383 | 732 | 536 | 218 | 143 | 4643 |

# ADMINISTRATIVE CLOSURE SUBCATEGORY LISTING

| Letter Code | Description |
|---|---|

**A.**  Complainant Interviewed- No case of employment discrimination/retaliation articulated.  Full investigation not required.  Matter referred to Commanding Officer concerned for corrective action. *(Rev.01/08)*

**B.**  Complainant Interviewed- No case of employment discrimination/retaliation articulated.  Full investigation not required. *(Rev. 01/08)*

**C.**  Documents/Department records reviewed-No case of employment discrimination/retaliation revealed.  Full investigation not required. *(Rev. 01/08)*

**D.**  Patrol Guide Procedure 205-37 Violation.  Matter referred to C.O. concerned for corrective action.

**E.**  Information and Intelligence- Referred to Other Investigative Unit/File(Rev. 05/06)

**F.**  Withdrawal

**G.**  Uncooperative Complainant

**H.**  Matter is under the jurisdiction of the Deputy Commissioner, Trials

*(Ref. 1s.08)*

## 2015 EEO Complaints -  with Case No. Complaint Nature and  Disposition

| Case # | Complaint Nature | Disposition |
| --- | --- | --- |
| 1 | RACE | ADMIN. CLS |
| 2 | GENDER | ADMIN. CLS |
| 3 | GENDER | ADMIN. CLS |
| 4 | RACE | ADMIN. CLS |
| 5 | RACE | ADMIN. CLS |
| 6 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 7 | NATIONAL ORIGIN | ADMIN. CLS |
| 8 | GENDER | ADMIN. CLS |
| 9 | GENDER | ADMIN. CLS |
| 10 | GENDER | ADMIN. CLS |
| 11 | COLOR | ADMIN. CLS |
| 12 | RACE | ADMIN. CLS |
| 13 | GENDER | ADMIN. CLS |
| 14 | NATIONAL ORIGIN | ADMIN. CLS |
| 15 | GENDER | ADMIN. CLS |
| 16 | GENDER | ADMIN. CLS |
| 17 | RACE | ADMIN. CLS |
| 18 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 19 | GENDER | ADMIN. CLS |
| 20 | SEXUAL HARASSME | SUB |
| 21 | RACE | ADMIN. CLS |
| 22 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 23 | RACE | ADMIN. CLS |
| 24 | SEXUAL HARASSME | ADMIN. CLS |
| 25 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 26 | RACE | ADMIN. CLS |
| 27 | GENDER | ADMIN. CLS |
| 28 | NATIONAL ORIGIN | SUB |

| Case # | Complaint Nature | Disposition |
| --- | --- | --- |
| 29 | GENDER | SUB |
| 30 | AGE | ADMIN. CLS |
| 31 | GENDER | ADMIN. CLS |
| 32 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 33 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 34 | GENDER | ADMIN. CLS |
| 35 | GENDER | ADMIN. CLS |
| 36 | GENDER | ADMIN. CLS |
| 37 | RACE | ADMIN. CLS |
| 38 | GENDER | ADMIN. CLS |
| 39 | GENDER | ADMIN. CLS |
| 40 | GENDER | ADMIN. CLS |
| 41 | GENDER | ADMIN. CLS |
| 42 | GENDER | ADMIN. CLS |
| 43 | GENDER | ADMIN. CLS |
| 44 | RELIGION | ADMIN. CLS |
| 45 | NATIONAL ORIGIN | ADMIN. CLS |
| 46 | RACE | ADMIN. CLS |
| 47 | RACE | SUB |
| 48 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 49 | RACE | ADMIN. CLS |
| 50 | RACE | ADMIN. CLS |
| 51 | RACE | ADMIN. CLS |
| 52 | RACE | ADMIN. CLS |
| 53 | GENDER | ADMIN. CLS |
| 54 | NATIONAL ORIGIN | ADMIN. CLS |
| 55 | SEXUAL HARASSME | ADMIN. CLS |
| 56 | RACE | ADMIN. CLS |
| 57 | GENDER | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
| --- | --- | --- |
| 58 | SEXUAL HARASSME | ADMIN. CLS |
| 59 | COLOR | ADMIN. CLS |
| 60 | RACE | ADMIN. CLS |
| 61 | SEXUAL ORIENTATIO | SUB |
| 62 | RACE | ADMIN. CLS |
| 63 | GENDER | ADMIN. CLS |
| 64 | RACE | ADMIN. CLS |
| 65 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 66 | AGE | ADMIN. CLS |
| 67 | AGE | ADMIN. CLS |
| 68 | RACE | ADMIN. CLS |
| 69 | RACE | ADMIN. CLS |
| 70 | GENDER | ADMIN. CLS |
| 71 | GENDER | ADMIN. CLS |
| 72 | RACE | SUB |
| 73 | RACE | ADMIN. CLS |
| 74 | RACE | ADMIN. CLS |
| 75 | GENDER | ADMIN. CLS |
| 76 | RETALIATION | ADMIN. CLS |
| 77 | GENDER | UNSUB |
| 78 | DISABILITY | ADMIN. CLS |
| 79 | RACE | ADMIN. CLS |
| 80 | RACE | ADMIN. CLS |
| 81 | GENDER | ADMIN. CLS |
| 82 | RACE | ADMIN. CLS |
| 83 | NATIONAL ORIGIN | ADMIN. CLS |
| 84 | RETALIATION | ADMIN. CLS |
| 85 | GENDER | ADMIN. CLS |
| 86 | GENDER | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 87 | RETALIATION | ADMIN. CLS |
| 88 | GENDER | MEDIATION |
| 89 | RACE | ADMIN. CLS |
| 90 | DISABILITY | ADMIN. CLS |
| 91 | RACE | ADMIN. CLS |
| 92 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 93 | GENDER | ADMIN. CLS |
| 94 | DISABILITY | ADMIN. CLS |
| 95 | RACE | SUB |
| 96 | RELIGION | ADMIN. CLS |
| 97 | RACE | ADMIN. CLS |
| 98 | GENDER | ADMIN. CLS |
| 99 | RELIGION | ADMIN. CLS |
| 100 | NATIONAL ORIGIN | ADMIN. CLS |
| 101 | NATIONAL ORIGIN | ADMIN. CLS |
| 102 | RETALIATION | ADMIN. CLS |
| 103 | GENDER | SUB |
| 104 | RACE | ADMIN. CLS |
| 105 | GENDER | ADMIN. CLS |
| 106 | RACE | ADMIN. CLS |
| 107 | RACE | ADMIN. CLS |
| 108 | RACE | ADMIN. CLS |
| 109 | SEXUAL HARASSME | ADMIN. CLS |
| 110 | GENDER | ADMIN. CLS |
| 111 | RACE | ADMIN. CLS |
| 112 | GENDER | ADMIN. CLS |
| 113 | GENDER | ADMIN. CLS |
| 114 | GENDER | ADMIN. CLS |
| 115 | RACE | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
| --- | --- | --- |
| 116 | NATIONAL ORIGIN | ADMIN. CLS |
| 117 | GENDER | ADMIN. CLS |
| 118 | DISABILITY | ADMIN. CLS |
| 119 | DISABILITY | ADMIN. CLS |
| 120 | DISABILITY | ADMIN. CLS |
| 121 | SEXUAL ORIENTATIO | MEDIATION |
| 122. | GENDER | ADMIN. CLS |
| 123 | GENDER | ADMIN. CLS |
| 124 | GENDER | ADMIN. CLS |
| 125 | SEXUAL HARASSME | ADMIN. CLS |
| 126 | AGE | MEDIATION |
| 127 | GENDER | ADMIN. CLS |
| 128 | GENDER | ADMIN. CLS |
| 129 | RACE | SUB |
| 130 | RACE | ADMIN. CLS |
| 131 | RELIGION | ADMIN. CLS |
| 132 | NATIONAL ORIGIN | MEDIATION |
| 133 | GENDER | ADMIN. CLS |
| 134 | RACE | ADMIN. CLS |
| 135 | RELIGION | SUB |
| 136 | RACE | ADMIN. CLS |
| 137 | RACE | MEDIATION |
| 138 | NATIONAL ORIGIN | ADMIN. CLS |
| 139 | RACE | ADMIN. CLS |
| 140 | GENDER | ADMIN. CLS |
| 141 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 142 | GENDER | ADMIN. CLS |
| 143 | NATIONAL ORIGIN | ADMIN. CLS |
| 144 | GENDER | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 145 | RACE | ADMIN. CLS |
| 146 | RACE | ADMIN. CLS |
| 147 | RETALIATION | ADMIN. CLS |
| 148 | GENDER | ADMIN. CLS |
| 149 | GENDER | ADMIN. CLS |
| 150 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 151 | RETALIATION | ADMIN. CLS |
| 152 | GENDER | ADMIN. CLS |
| 153 | RACE | ADMIN. CLS |
| 154 | NATIONAL ORIGIN | ADMIN. CLS |
| 155 | RACE | ADMIN. CLS |
| 156 | DISABILITY | ADMIN. CLS |
| 157 | GENDER | ADMIN. CLS |
| 158 | GENDER | ADMIN. CLS |
| 159 | GENDER | ADMIN. CLS |
| 160 | NATIONAL ORIGIN | ADMIN. CLS |
| 161 | RACE | ADMIN. CLS |
| 162 | NATIONAL ORIGIN | ADMIN. CLS |
| 163 | GENDER | ADMIN. CLS |
| 164 | RACE | ADMIN. CLS |
| 165 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 166 | RELIGION | ADMIN. CLS |
| 167 | GENDER | ADMIN. CLS |
| 168 | RETALIATION | ADMIN. CLS |
| 169 | RACE | ADMIN. CLS |
| 170 | NATIONAL ORIGIN | SUB |
| 171 | SEXUAL HARASSME | ADMIN. CLS |
| 172 | NATIONAL ORIGIN | ADMIN. CLS |
| 173 | SEXUAL HARASSME | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 174 | GENDER | ADMIN. CLS |
| 175 | GENDER | ADMIN. CLS |
| 176 | GENDER | SUB |
| 177 | RACE | ADMIN. CLS |
| 178 | RACE | ADMIN. CLS |
| 179 | RACE | ADMIN. CLS |
| 180 | AGE | ADMIN. CLS |
| 181 | RACE | ADMIN. CLS |
| 182 | RACE | ADMIN. CLS |
| 183 | RACE | ADMIN. CLS |
| 184 | RACE | ADMIN. CLS |
| 185 | GENDER | ADMIN. CLS |
| 186 | MILITARY STATUS | ADMIN. CLS |
| 187 | RACE | ADMIN. CLS |
| 188 | AGE | ADMIN. CLS |
| 189 | GENDER | ADMIN. CLS |
| 190 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 191 | MILITARY STATUS | ADMIN. CLS |
| 192 | GENDER | ADMIN. CLS |
| 193 | GENDER | ADMIN. CLS |
| 194 | GENDER | ADMIN. CLS |
| 195 | SEXUAL HARASSME | ADMIN. CLS |
| 196 | GENDER | ADMIN. CLS |
| 197 | GENDER | ADMIN. CLS |
| 198 | RACE | ADMIN. CLS |
| 199 | RACE | ADMIN. CLS |
| 200 | RACE | ADMIN. CLS |
| 201 | RACE | ADMIN. CLS |
| 202 | GENDER | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 203 | RETALIATION | ADMIN. CLS |
| 204 | RETALIATION | ADMIN. CLS |
| 205 | GENDER | ADMIN. CLS |
| 206 | GENDER | ADMIN. CLS |
| 207 | RACE | ADMIN. CLS |
| 208 | RACE | SUB |
| 209 | RACE | ADMIN. CLS |
| 210 | RACE | ADMIN. CLS |
| 211 | RACE | ADMIN. CLS |
| 212 | RETALIATION | ADMIN. CLS |
| 213 | NATIONAL ORIGIN | ADMIN. CLS |
| 214 | NATIONAL ORIGIN | SUB |
| 215 | RETALIATION | ADMIN. CLS |
| 216 | RACE | ADMIN. CLS |
| 217 | GENDER | ADMIN. CLS |
| 218 | RACE | ADMIN. CLS |
| 219 | RACE | ADMIN. CLS |
| 220 | RACE | ADMIN. CLS |
| 221 | GENDER | ADMIN. CLS |
| 222 | GENDER | ADMIN. CLS |
| 223 | RETALIATION | ADMIN. CLS |
| 224 | RACE | ADMIN. CLS |
| 225 | GENDER | ADMIN. CLS |
| 226 | RELIGION | ADMIN. CLS |
| 227 | RELIGION | |
| 228 | RACE | ADMIN. CLS |
| 229 | GENDER | |
| 230 | GENDER | ADMIN. CLS |
| 231 | GENDER | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 232 | RETALIATION | ADMIN. CLS |
| 233 | RACE | SUB |
| 234 | RELIGION | ADMIN. CLS |
| 235 | RACE | UNFOUNDED |
| 236 | RACE | ADMIN. CLS |
| 237 | RACE | ADMIN. CLS |
| 238 | RACE | ADMIN. CLS |
| 239 | GENDER | ADMIN. CLS |

**TOTAL CASES**                          **239**

## 2014 EEO Complaints - with Case No. Complaint Nature and Disposition

| Case # | Complaint Nature | Disposition |
| --- | --- | --- |
| 1 | GENDER | ADMIN. CLS |
| 2 | RELIGION | ADMIN. CLS |
| 3 | AGE | ADMIN. CLS |
| 4 | RACE | ADMIN. CLS |
| 5 | GENDER | ADMIN. CLS |
| 6 | RACE | ADMIN. CLS |
| 7 | GENDER | ADMIN. CLS |
| 8 | COLOR | ADMIN. CLS |
| 9 | SEXUAL HARASSME | ADMIN. CLS |
| 10 | NATIONAL ORIGIN | ADMIN. CLS |
| 11 | GENDER | ADMIN. CLS |
| 12 | RACE | ADMIN. CLS |
| 13 | RACE | ADMIN. CLS |
| 14 | RACE | ADMIN. CLS |
| 15 | RELIGION | ADMIN. CLS |
| 16 | GENDER | ADMIN. CLS |
| 17 | RACE | ADMIN. CLS |
| 18 | SEXUAL HARASSME | ADMIN. CLS |
| 19 | DISABILITY | ADMIN. CLS |
| 20 | RACE | ADMIN. CLS |
| 21 | GENDER | ADMIN. CLS |
| 22 | NATIONAL ORIGIN | ADMIN. CLS |
| 23 | NATIONAL ORIGIN | ADMIN. CLS |
| 24 | NATIONAL ORIGIN | ADMIN. CLS |
| 25 | RELIGION | ADMIN. CLS |
| 26 | GENDER | ADMIN. CLS |
| 27 | GENDER | ADMIN. CLS |
| 28 | SEXUAL ORIENTATIO | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 29 | GENDER | ADMIN. CLS |
| 30 | GENDER | ADMIN. CLS |
| 31 | NATIONAL ORIGIN | ADMIN. CLS |
| 32 | RETALIATION | ADMIN. CLS |
| 33 | RETALIATION | ADMIN. CLS |
| 34 | RELIGION | ADMIN. CLS |
| 35 | RACE | ADMIN. CLS |
| 36 | NATIONAL ORIGIN | ADMIN. CLS |
| 37 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 38 | RACE | ADMIN. CLS |
| 39 | GENDER | ADMIN. CLS |
| 40 | RACE | ADMIN. CLS |
| 41 | SEXUAL HARASSME | ADMIN. CLS |
| 42 | GENDER | ADMIN. CLS |
| 43 | GENDER | ADMIN. CLS |
| 44 | RELIGION | UNFOUNDED |
| 45 | GENDER | ADMIN. CLS |
| 46 | GENDER | ADMIN. CLS |
| 47 | GENDER | ADMIN. CLS |
| 48 | GENDER | ADMIN. CLS |
| 49 | SEXUAL HARASSME | UNFOUNDED |
| 50 | GENDER | ADMIN. CLS |
| 51 | GENDER | ADMIN. CLS |
| 52 | SEXUAL HARASSME | ADMIN. CLS |
| 53 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 54 | RACE | ADMIN. CLS |
| 55 | RACE | ADMIN. CLS |
| 56 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 57 | GENDER | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 58 | NATIONAL ORIGIN | ADMIN. CLS |
| 59 | GENDER | ADMIN. CLS |
| 60 | RETALIATION | ADMIN. CLS |
| 61 | GENDER | ADMIN. CLS |
| 62 | RETALIATION | ADMIN. CLS |
| 63 | AGE | ADMIN. CLS |
| 64 | RACE | ADMIN. CLS |
| 65 | RETALIATION | ADMIN. CLS |
| 66 | SEXUAL HARASSME | ADMIN. CLS |
| 67 | GENDER | SUB |
| 68 | RETALIATION | ADMIN. CLS |
| 69 | RACE | ADMIN. CLS |
| 70 | NATIONAL ORIGIN | ADMIN. CLS |
| 71 | RELIGION | ADMIN. CLS |
| 72 | SEXUAL HARASSME | SUB |
| 73 | RACE | ADMIN. CLS |
| 74 | RACE | ADMIN. CLS |
| 75 | RACE | ADMIN. CLS |
| 76 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 77 | GENDER | ADMIN. CLS |
| 78 | RACE | ADMIN. CLS |
| 79 | AGE | ADMIN. CLS |
| 80 | RACE | ADMIN. CLS |
| 81 | RACE | ADMIN. CLS |
| 82 | RACE | ADMIN. CLS |
| 83 | GENDER | ADMIN. CLS |
| 84 | NATIONAL ORIGIN | SUB |
| 85 | GENDER | SUB |
| 86 | RACE | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 87 | SEXUAL HARASSME | ADMIN. CLS |
| 88 | GENDER | ADMIN. CLS |
| 89 | RACE | ADMIN. CLS |
| 90 | RACE | ADMIN. CLS |
| 91 | GENDER | ADMIN. CLS |
| 92 | RACE | ADMIN. CLS |
| 93 | NATIONAL ORIGIN | ADMIN. CLS |
| 94 | RELIGION | ADMIN. CLS |
| 95 | NATIONAL ORIGIN | ADMIN. CLS |
| 96 | VICTIM/WITNESS DO | ADMIN. CLS |
| 97 | RACE | ADMIN. CLS |
| 98 | RACE | ADMIN. CLS |
| 99 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 100 | NATIONAL ORIGIN | ADMIN. CLS |
| 101 | RACE | ADMIN. CLS |
| 102 | NATIONAL ORIGIN | ADMIN. CLS |
| 103 | RACE | ADMIN. CLS |
| 104 | GENDER | ADMIN. CLS |
| 105 | NATIONAL ORIGIN | ADMIN. CLS |
| 106 | NATIONAL ORIGIN | ADMIN. CLS |
| 107 | GENDER | ADMIN. CLS |
| 108 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 109 | GENDER | ADMIN. CLS |
| 110 | RACE | ADMIN. CLS |
| 111 | RETALIATION | ADMIN. CLS |
| 112 | NATIONAL ORIGIN | ADMIN. CLS |
| 113 | GENDER | ADMIN. CLS |
| 114 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 115 | RELIGION | UNFOUNDED |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 116 | RACE | ADMIN. CLS |
| 117 | GENDER | ADMIN. CLS |
| 118 | GENDER | ADMIN. CLS |
| 119 | RELIGION | SUB |
| 120 | RELIGION | ADMIN. CLS |
| 121 | DISABILITY | ADMIN. CLS |
| 122 | GENDER | ADMIN. CLS |
| 123 | RACE | ADMIN. CLS |
| 124 | RACE | ADMIN. CLS |
| 125 | SEXUAL HARASSME | ADMIN. CLS |
| 126 | RACE | ADMIN. CLS |
| 127 | RACE | ADMIN. CLS |
| 128 | MILITARY STATUS | ADMIN. CLS |
| 129 | RACE | ADMIN. CLS |
| 130 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 131 | GENDER | ADMIN. CLS |
| 132 | GENDER | ADMIN. CLS |
| 133 | RETALIATION | ADMIN. CLS |
| 134 | DISABILITY | ADMIN. CLS |
| 135 | GENDER | ADMIN. CLS |
| 136 | GENDER | ADMIN. CLS |
| 137 | NATIONAL ORIGIN | ADMIN. CLS |
| 138 | DISABILITY | ADMIN. CLS |
| 139 | RACE | ADMIN. CLS |
| 140 | GENDER | ADMIN. CLS |
| 141 | RACE | ADMIN. CLS |
| 142 | RELIGION | ADMIN. CLS |
| 143 | NATIONAL ORIGIN | ADMIN. CLS |
| 144 | DISABILITY | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
| --- | --- | --- |
| 145 | RELIGION | ADMIN. CLS |
| 146 | NATIONAL ORIGIN | ADMIN. CLS |
| 147 | SEXUAL HARASSME | ADMIN. CLS |
| 148 | RELIGION | ADMIN. CLS |
| 149 | GENDER | ADMIN. CLS |
| 150 | NATIONAL ORIGIN | ADMIN. CLS |
| 151 | GENDER | ADMIN. CLS |
| 152 | RACE | ADMIN. CLS |
| 153 | NATIONAL ORIGIN | ADMIN. CLS |
| 154 | RETALIATION | ADMIN. CLS |
| 155 | SEXUAL HARASSME | ADMIN. CLS |
| 156 | RACE | ADMIN. CLS |
| 157 | RACE | ADMIN. CLS |
| 158 | GENDER | ADMIN. CLS |
| 159 | RACE | ADMIN. CLS |
| 160 | GENDER | ADMIN. CLS |
| 161 | DISABILITY | ADMIN. CLS |
| 162 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 163 | RACE | ADMIN. CLS |
| 164 | GENDER | ADMIN. CLS |
| 165 | NATIONAL ORIGIN | ADMIN. CLS |
| 166 | RACE | ADMIN. CLS |
| 167 | GENDER | ADMIN. CLS |
| 168 | NATIONAL ORIGIN | ADMIN. CLS |
| 169 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 170 | NATIONAL ORIGIN | ADMIN. CLS |
| 171 | NATIONAL ORIGIN | ADMIN. CLS |
| 172 | GENDER | ADMIN. CLS |
| 173 | RACE | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 174 | MILITARY STATUS | ADMIN. CLS |
| 175 | SEXUAL HARASSME | SUB |
| 176 | NATIONAL ORIGIN | ADMIN. CLS |
| 177 | RACE | ADMIN. CLS |
| 178 | GENDER | ADMIN. CLS |
| 179 | NATIONAL ORIGIN | ADMIN. CLS |
| 180 | DISABILITY | ADMIN. CLS |
| 181 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 182 | RACE | ADMIN. CLS |
| 183 | RACE | ADMIN. CLS |
| 184 | RACE | ADMIN. CLS |
| 185 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 186 | GENDER | ADMIN. CLS |
| 187 | GENDER | ADMIN. CLS |
| 188 | RACE | ADMIN. CLS |
| 189 | GENDER | ADMIN. CLS |
| 190 | RACE | ADMIN. CLS |
| 191 | RETALIATION | ADMIN. CLS |
| 192 | COLOR | ADMIN. CLS |
| 193 | GENDER | ADMIN. CLS |
| 194 | GENDER | ADMIN. CLS |
| 195 | GENDER | ADMIN. CLS |
| 196 | GENDER | ADMIN. CLS |
| 197 | NATIONAL ORIGIN | ADMIN. CLS |
| 198 | NATIONAL ORIGIN | ADMIN. CLS |
| 199 | GENDER | ADMIN. CLS |
| 200 | GENDER | ADMIN. CLS |
| 201 | GENDER | ADMIN. CLS |
| 202 | GENDER | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
| --- | --- | --- |
| 203 | GENDER | ADMIN. CLS |
| 204 | RACE | ADMIN. CLS |
| 205 | GENDER | ADMIN. CLS |
| 206 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 207 | GENDER | ADMIN. CLS |
| 208 | RETALIATION | ADMIN. CLS |
| 209 | GENDER | ADMIN. CLS |
| 210 | RACE | ADMIN. CLS |
| 211 | GENDER | ADMIN. CLS |
| 212 | GENDER | ADMIN. CLS |
| 213 | GENDER | ADMIN. CLS |
| 214 | AGE | ADMIN. CLS |
| 215 | GENDER | ADMIN. CLS |
| 216 | GENDER | SUB |
| 217 | GENDER | ADMIN. CLS |
| 218 | RACE | ADMIN. CLS |
| 219 | GENDER | ADMIN. CLS |
| 220 | RACE | ADMIN. CLS |
| 221 | AGE | ADMIN. CLS |
| 222 | SEXUAL ORIENTATIO | SUB |
| 223 | RACE | SUB |
| 224 | GENDER | ADMIN. CLS |
| 225 | GENDER | SUB |
| 226 | RACE | ADMIN. CLS |
| 227 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 228 | SEXUAL HARASSME | ADMIN. CLS |
| 229 | GENDER | ADMIN. CLS |
| 230 | NATIONAL ORIGIN | ADMIN. CLS |
| 231 | NATIONAL ORIGIN | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 232 | RACE | ADMIN. CLS |
| 233 | RELIGION | ADMIN. CLS |
| 234 | GENDER | ADMIN. CLS |
| 235 | GENDER | ADMIN. CLS |
| 236 | RACE | ADMIN. CLS |
| 237 | RACE | ADMIN. CLS |
| 238 | NATIONAL ORIGIN | ADMIN. CLS |
| 239 | RACE | ADMIN. CLS |
| 240 | DISABILITY | ADMIN. CLS |
| 241 | GENDER | ADMIN. CLS |
| 242 | AGE | ADMIN. CLS |
| 243 | NATIONAL ORIGIN | ADMIN. CLS |
| 244 | NATIONAL ORIGIN | ADMIN. CLS |
| 245 | MILITARY STATUS | ADMIN. CLS |
| 246 | RACE | ADMIN. CLS |
| 247 | MILITARY STATUS | ADMIN. CLS |
| 248 | GENDER | ADMIN. CLS |
| 249 | GENDER | ADMIN. CLS |
| 250 | RETALIATION | ADMIN. CLS |
| 251 | GENDER | SUB |
| 252 | GENDER | ADMIN. CLS |
| 253 | RACE | ADMIN. CLS |
| 254 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 255 | AGE | ADMIN. CLS |
| 256 | NATIONAL ORIGIN | ADMIN. CLS |
| 257 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 258 | RACE | ADMIN. CLS |
| 259 | RETALIATION | ADMIN. CLS |
| 260 | DISABILITY | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 261 | GENDER | ADMIN. CLS |
| 262 | AGE | ADMIN. CLS |
| 263 | SEXUAL ORIENTATIO | ADMIN. CLS |
| **TOTAL CASES** | | **263** |

## 2013 EEO Complaints - with Case No. Complaint Nature and Disposition

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 1 | GENDER | ADMIN. CLS |
| 2 | GENDER | ADMIN. CLS |
| 3 | GENDER | ADMIN. CLS |
| 4 | RETALIATION | ADMIN. CLS |
| 5 | NATIONAL ORIGIN | ADMIN. CLS |
| 6 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 7 | NATIONAL ORIGIN | ADMIN. CLS |
| 8 | RETALIATION | ADMIN. CLS |
| 9 | NATIONAL ORIGIN | ADMIN. CLS |
| 10 | GENDER | ADMIN. CLS |
| 11 | GENDER | ADMIN. CLS |
| 12 | GENDER | ADMIN. CLS |
| 13 | DISABILITY | ADMIN. CLS |
| 14 | GENDER | ADMIN. CLS |
| 15 | GENDER | ADMIN. CLS |
| 16 | GENDER | ADMIN. CLS |
| 17 | NATIONAL ORIGIN | ADMIN. CLS |
| 18 | SEXUAL HARASSME | ADMIN. CLS |
| 19 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 20 | GENDER | ADMIN. CLS |
| 21 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 22 | GENDER | ADMIN. CLS |
| 23 | RELIGION | ADMIN. CLS |
| 24 | GENDER | ADMIN. CLS |
| 25 | DISABILITY | ADMIN. CLS |
| 26 | GENDER | ADMIN. CLS |
| 27 | RACE | ADMIN. CLS |
| 28 | GENDER | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 29 | NATIONAL ORIGIN | SUB |
| 30 | RACE | ADMIN. CLS |
| 31 | GENDER | ADMIN. CLS |
| 32 | RACE | ADMIN. CLS |
| 33 | RACE | ADMIN. CLS |
| 34 | NATIONAL ORIGIN | ADMIN. CLS |
| 35 | RACE | ADMIN. CLS |
| 36 | RACE | ADMIN. CLS |
| 37 | NATIONAL ORIGIN | ADMIN. CLS |
| 38 | RACE | ADMIN. CLS |
| 39 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 40 | RACE | ADMIN. CLS |
| 41 | DISABILITY | ADMIN. CLS |
| 42 | RACE | ADMIN. CLS |
| 43 | RETALIATION | ADMIN. CLS |
| 44 | GENDER | ADMIN. CLS |
| 45 | RACE | ADMIN. CLS |
| 46 | RACE | ADMIN. CLS |
| 47 | GENDER | ADMIN. CLS |
| 48 | GENDER | ADMIN. CLS |
| 49 | RACE | ADMIN. CLS |
| 50 | RETALIATION | ADMIN. CLS |
| 51 | GENDER | ADMIN. CLS |
| 52 | NATIONAL ORIGIN | ADMIN. CLS |
| 53 | NATIONAL ORIGIN | ADMIN. CLS |
| 54 | GENDER | ADMIN. CLS |
| 55 | GENDER | ADMIN. CLS |
| 56 | GENDER | ADMIN. CLS |
| 57 | SEXUAL ORIENTATIO | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 58 | GENDER | ADMIN. CLS |
| 59 | RACE | ADMIN. CLS |
| 60 | RACE | ADMIN. CLS |
| 61 | SEXUAL HARASSME | ADMIN. CLS |
| 62 | RETALIATION | ADMIN. CLS |
| 63 | GENDER | ADMIN. CLS |
| 64 | GENDER | ADMIN. CLS |
| 65 | RACE | ADMIN. CLS |
| 66 | RACE | ADMIN. CLS |
| 67 | RETALIATION | ADMIN. CLS |
| 68 | RACE | ADMIN. CLS |
| 69 | NATIONAL ORIGIN | ADMIN. CLS |
| 70 | RACE | ADMIN. CLS |
| 71 | RACE | ADMIN. CLS |
| 72 | GENDER | ADMIN. CLS |
| 73 | RACE | ADMIN. CLS |
| 74 | SEXUAL HARASSME | UNSUB |
| 75 | RACE | ADMIN. CLS |
| 76 | RACE | ADMIN. CLS |
| 77 | NATIONAL ORIGIN | ADMIN. CLS |
| 78 | NATIONAL ORIGIN | ADMIN. CLS |
| 79 | RACE | ADMIN. CLS |
| 80 | GENDER | ADMIN. CLS |
| 81 | SEXUAL HARASSME | ADMIN. CLS |
| 82 | GENDER | ADMIN. CLS |
| 83 | SEXUAL HARASSME | ADMIN. CLS |
| 84 | SEXUAL HARASSME | ADMIN. CLS |
| 85 | NATIONAL ORIGIN | ADMIN. CLS |
| 86 | RACE | SUB |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 87 | GENDER | ADMIN. CLS |
| 88 | GENDER | ADMIN. CLS |
| 89 | GENDER | ADMIN. CLS |
| 90 | RETALIATION | SUB |
| 91 | GENDER | ADMIN. CLS |
| 92 | GENDER | ADMIN. CLS |
| 93 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 94 | SEXUAL HARASSME | EXONERATED |
| 95 | GENDER | SUB |
| 96 | RACE | ADMIN. CLS |
| 97 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 98 | GENDER | ADMIN. CLS |
| 99 | NATIONAL ORIGIN | ADMIN. CLS |
| 100 | RETALIATION | ADMIN. CLS |
| 101 | DISABILITY | ADMIN. CLS |
| 102 | RACE | ADMIN. CLS |
| 103 | GENDER | ADMIN. CLS |
| 104 | NATIONAL ORIGIN | ADMIN. CLS |
| 105 | DISABILITY | ADMIN. CLS |
| 106 | GENDER | ADMIN. CLS |
| 107 | RACE | SUB |
| 108 | RACE | ADMIN. CLS |
| 109 | GENDER | ADMIN. CLS |
| 110 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 111 | RACE | ADMIN. CLS |
| 112 | GENDER | ADMIN. CLS |
| 113 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 114 | RACE | ADMIN. CLS |
| 115 | SEXUAL HARASSME | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 116 | RACE | ADMIN. CLS |
| 117 | GENDER | ADMIN. CLS |
| 118 | RACE | ADMIN. CLS |
| 119 | RACE | SUB |
| 120 | RACE | ADMIN. CLS |
| 121 | GENDER | ADMIN. CLS |
| 122 | RACE | SUB |
| 123 | RETALIATION | UNSUB |
| 124 | AGE | ADMIN. CLS |
| 125 | RETALIATION | ADMIN. CLS |
| 126 | GENDER | ADMIN. CLS |
| 127 | SEXUAL HARASSME | ADMIN. CLS |
| 128 | GENDER | ADMIN. CLS |
| 129 | GENDER | ADMIN. CLS |
| 130 | RACE | ADMIN. CLS |
| 131 | RELIGION | ADMIN. CLS |
| 132 | DISABILITY | ADMIN. CLS |
| 133 | SEXUAL HARASSME | UNSUB |
| 134 | NATIONAL ORIGIN | ADMIN. CLS |
| 135 | RACE | SUB |
| 136 | GENDER | ADMIN. CLS |
| 137 | RACE | ADMIN. CLS |
| 138 | RACE | ADMIN. CLS |
| 139 | SEXUAL HARASSME | ADMIN. CLS |
| 140 | NATIONAL ORIGIN | ADMIN. CLS |
| 141 | DISABILITY | ADMIN. CLS |
| 142 | RACE | ADMIN. CLS |
| 143 | SEXUAL HARASSME | UNSUB |
| 144 | RETALIATION | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 145 | GENDER | ADMIN. CLS |
| 146 | NATIONAL ORIGIN | ADMIN. CLS |
| 147 | NATIONAL ORIGIN | ADMIN. CLS |
| 148 | RACE | ADMIN. CLS |
| 149 | RACE | ADMIN. CLS |
| 150 | RACE | ADMIN. CLS |
| 151 | RACE | ADMIN. CLS |
| 152 | RACE | ADMIN. CLS |
| 153 | RELIGION | ADMIN. CLS |
| 154 | GENDER | SUB |
| 155 | GENDER | ADMIN. CLS |
| 156 | GENDER | ADMIN. CLS |
| 157 | NATIONAL ORIGIN | ADMIN. CLS |
| 158 | NATIONAL ORIGIN | ADMIN. CLS |
| 159 | AGE | ADMIN. CLS |
| 160 | GENDER | ADMIN. CLS |
| 161 | ARREST | ADMIN. CLS |
| 162 | GENDER | SUB |
| 163 | RACE | SUB |
| 164 | GENDER | ADMIN. CLS |
| 165 | RACE | ADMIN. CLS |
| 166 | RACE | ADMIN. CLS |
| 167 | RACE | ADMIN. CLS |
| 168 | RETALIATION | ADMIN. CLS |
| 169 | SEXUAL HARASSME | SUB |
| 170 | GENDER | ADMIN. CLS |
| 171 | AGE | ADMIN. CLS |
| 172 | NATIONAL ORIGIN | ADMIN. CLS |
| 173 | GENDER | SUB |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 174 | RETALIATION | ADMIN. CLS |
| 175 | GENDER | ADMIN. CLS |
| 176 | GENDER | ADMIN. CLS |
| 177 | RETALIATION | ADMIN. CLS |
| 178 | RACE | SUB |
| 179 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 180 | GENDER | ADMIN. CLS |
| 181 | AGE | ADMIN. CLS |
| 182 | GENDER | ADMIN. CLS |
| 183 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 184 | GENDER | ADMIN. CLS |
| 185 | GENDER | ADMIN. CLS |
| 186 | GENDER | ADMIN. CLS |
| 187 | GENDER | ADMIN. CLS |
| 188 | RACE | SUB |
| 189 | GENDER | ADMIN. CLS |
| 190 | GENDER | ADMIN. CLS |
| 191 | MILITARY STATUS | ADMIN. CLS |
| 192 | SEXUAL HARASSME | SUB |
| 193 | GENDER | SUB |
| 194 | NATIONAL ORIGIN | ADMIN. CLS |
| 195 | GENDER | ADMIN. CLS |
| 196 | NATIONAL ORIGIN | ADMIN. CLS |
| 197 | RACE | ADMIN. CLS |
| 198 | RACE | ADMIN. CLS |
| 199 | RELIGION | ADMIN. CLS |
| 200 | COLOR | ADMIN. CLS |
| 201 | RACE | ADMIN. CLS |
| 202 | NATIONAL ORIGIN | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 203 | NATIONAL ORIGIN | ADMIN. CLS |
| 204 | GENDER | ADMIN. CLS |
| 205 | GENDER | ADMIN. CLS |
| 206 | RACE | ADMIN. CLS |
| 207 | RACE | ADMIN. CLS |
| 208 | RACE | ADMIN. CLS |
| 209 | GENDER | ADMIN. CLS |
| 210 | NATIONAL ORIGIN | ADMIN. CLS |
| 211 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 212 | AGE | ADMIN. CLS |
| 213 | RACE | ADMIN. CLS |
| 214 | GENDER | UNSUB |
| 215 | DISABILITY | ADMIN. CLS |
| 216 | RACE | ADMIN. CLS |
| 217 | RETALIATION | ADMIN. CLS |
| 218 | GENDER | ADMIN. CLS |
| 219 | RELIGION | ADMIN. CLS |
| 220 | RACE | ADMIN. CLS |
| 221 | RETALIATION | ADMIN. CLS |
| 222 | RACE | ADMIN. CLS |
| 223 | GENDER | ADMIN. CLS |
| 224 | RACE | ADMIN. CLS |
| 225 | GENDER | ADMIN. CLS |
| 226 | COLOR | ADMIN. CLS |
| 227 | RACE | ADMIN. CLS |
| 228 | RACE | ADMIN. CLS |
| 229 | RACE | ADMIN. CLS |
| 230 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 231 | DISABILITY | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
| --- | --- | --- |
| 232 | NATIONAL ORIGIN | ADMIN. CLS |
| 233 | GENDER | ADMIN. CLS |
| 234 | GENDER | ADMIN. CLS |
| 235 | RACE | ADMIN. CLS |
| 236 | RACE | ADMIN. CLS |
| 237 | GENDER | ADMIN. CLS |
| 238 | COLOR | ADMIN. CLS |
| 239 | RACE | ADMIN. CLS |
| 240 | GENDER | ADMIN. CLS |
| 241 | GENDER | ADMIN. CLS |
| 242 | GENDER | ADMIN. CLS |
| 243 | GENDER | ADMIN. CLS |
| 244 | AGE | ADMIN. CLS |
| 245 | GENDER | ADMIN. CLS |
| 246 | GENDER | ADMIN. CLS |
| 247 | NATIONAL ORIGIN | ADMIN. CLS |
| 248 | ARREST | ADMIN. CLS |
| 249 | RACE | ADMIN. CLS |
| 250 | NATIONAL ORIGIN | ADMIN. CLS |
| 251 | AGE | ADMIN. CLS |
| 252 | AGE | ADMIN. CLS |
| 253 | AGE | ADMIN. CLS |
| 254 | AGE | ADMIN. CLS |
| 255 | RACE | ADMIN. CLS |
| 256 | GENDER | ADMIN. CLS |
| 257 | GENDER | ADMIN. CLS |
| 258 | GENDER | ADMIN. CLS |
| 259 | OTHER | ADMIN. CLS |
| 260 | NATIONAL ORIGIN | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 261 | GENDER | ADMIN. CLS |
| 262 | DISABILITY | ADMIN. CLS |
| 263 | GENDER | ADMIN. CLS |
| 264 | RACE | ADMIN. CLS |
| 265 | RACE | ADMIN. CLS |
| 266 | NATIONAL ORIGIN | ADMIN. CLS |
| 267 | GENDER | ADMIN. CLS |
| 268 | GENDER | ADMIN. CLS |
| 269 | RACE | ADMIN. CLS |
| 270 | RACE | ADMIN. CLS |
| 271 | GENDER | ADMIN. CLS |
| 272 | RACE | ADMIN. CLS |

**TOTAL CASES**                              **272**

## 2012 EEO Complaints - with Case No. Complaint Nature and Disposition

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 1 | GENDER | ADMIN. CLS |
| 2 | SEXUAL HARASSME | ADMIN. CLS |
| 3 | DISABILITY | ADMIN. CLS |
| 4 | GENDER | ADMIN. CLS |
| 5 | RACE | ADMIN. CLS |
| 6 | GENDER | UNSUB |
| 7 | RACE | ADMIN. CLS |
| 8 | NATIONAL ORIGIN | ADMIN. CLS |
| 9 | GENDER | ADMIN. CLS |
| 10 | RACE | ADMIN. CLS |
| 11 | GENDER | ADMIN. CLS |
| 12 | SEXUAL HARASSME | ADMIN. CLS |
| 13 | RELIGION | ADMIN. CLS |
| 14 | GENDER | ADMIN. CLS |
| 15 | RACE | ADMIN. CLS |
| 16 | GENDER | ADMIN. CLS |
| 17 | RETALIATION | ADMIN. CLS |
| 18 | GENDER | ADMIN. CLS |
| 19 | GENDER | ADMIN. CLS |
| 20 | GENDER | ADMIN. CLS |
| 21 | GENDER | ADMIN. CLS |
| 22 | RACE | ADMIN. CLS |
| 23 | GENDER | SUB |
| 24 | RACE | ADMIN. CLS |
| 25 | GENDER | ADMIN. CLS |
| 26 | SEXUAL HARASSME | UNFOUNDED |
| 27 | RETALIATION | ADMIN. CLS |
| 28 | GENDER | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 29 | RETALIATION | ADMIN. CLS |
| 30 | RACE | ADMIN. CLS |
| 31 | SEXUAL HARASSME | ADMIN. CLS |
| 32 | GENDER | ADMIN. CLS |
| 33 | GENDER | ADMIN. CLS |
| 34 | RELIGION | ADMIN. CLS |
| 35 | RACE | ADMIN. CLS |
| 36 | SEXUAL HARASSME | UNSUB |
| 37 | SEXUAL HARASSME | ADMIN. CLS |
| 38 | GENDER | ADMIN. CLS |
| 39 | RETALIATION | ADMIN. CLS |
| 40 | GENDER | ADMIN. CLS |
| 41 | RACE | ADMIN. CLS |
| 42 | GENDER | SUB |
| 43 | SEXUAL HARASSME | ADMIN. CLS |
| 44 | GENDER | ADMIN. CLS |
| 45 | RACE | ADMIN. CLS |
| 46 | RETALIATION | ADMIN. CLS |
| 47 | RETALIATION | ADMIN. CLS |
| 48 | RETALIATION | ADMIN. CLS |
| 49 | GENDER | ADMIN. CLS |
| 50 | RACE | ADMIN. CLS |
| 51 | GENDER | ADMIN. CLS |
| 52 | RACE | ADMIN. CLS |
| 53 | GENDER | ADMIN. CLS |
| 54 | SEXUAL HARASSME | ADMIN. CLS |
| 55 | GENDER | ADMIN. CLS |
| 56 | RACE | ADMIN. CLS |
| 57 | SEXUAL HARASSME | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 58 | GENDER | ADMIN. CLS |
| 59 | GENDER | ADMIN. CLS |
| 60 | RETALIATION | ADMIN. CLS |
| 61 | GENDER | ADMIN. CLS |
| 62 | RACE | ADMIN. CLS |
| 63 | GENDER | ADMIN. CLS |
| 64 | GENDER | ADMIN. CLS |
| 65 | NATIONAL ORIGIN | ADMIN. CLS |
| 66 | DISABILITY | ADMIN. CLS |
| 67 | GENDER | ADMIN. CLS |
| 68 | RACE | ADMIN. CLS |
| 69 | RETALIATION | ADMIN. CLS |
| 70 | RACE | ADMIN. CLS |
| 71 | NATIONAL ORIGIN | ADMIN. CLS |
| 72 | GENDER | ADMIN. CLS |
| 73 | GENDER | SUB |
| 74 | RACE | ADMIN. CLS |
| 75 | NATIONAL ORIGIN | ADMIN. CLS |
| 76 | DISABILITY | ADMIN. CLS |
| 77 | RACE | ADMIN. CLS |
| 78 | GENDER | ADMIN. CLS |
| 79 | AGE | SUB |
| 80 | RELIGION | ADMIN. CLS |
| 81 | NATIONAL ORIGIN | ADMIN. CLS |
| 82 | SEXUAL HARASSME | SUB |
| 83 | RACE | ADMIN. CLS |
| 84 | SEXUAL HARASSME | ADMIN. CLS |
| 85 | RACE | ADMIN. CLS |
| 86 | MILITARY STATUS | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 87 | RACE | ADMIN. CLS |
| 88 | RACE | ADMIN. CLS |
| 89 | GENDER | ADMIN. CLS |
| 90 | RACE | ADMIN. CLS |
| 91 | NATIONAL ORIGIN | ADMIN. CLS |
| 92 | RELIGION | ADMIN. CLS |
| 93 | RACE | ADMIN. CLS |
| 94 | RETALIATION | ADMIN. CLS |
| 95 | GENDER | ADMIN. CLS |
| 96 | RACE | ADMIN. CLS |
| 97 | RACE | ADMIN. CLS |
| 98 | GENDER | ADMIN. CLS |
| 99 | GENDER | ADMIN. CLS |
| 100 | NATIONAL ORIGIN | ADMIN. CLS |
| 101 | DISABILITY | ADMIN. CLS |
| 102 | RETALIATION | ADMIN. CLS |
| 103 | GENDER | ADMIN. CLS |
| 104 | RACE | ADMIN. CLS |
| 105 | GENDER | ADMIN. CLS |
| 106 | GENDER | ADMIN. CLS |
| 107 | GENDER | ADMIN. CLS |
| 108 | RACE | ADMIN. CLS |
| 109 | NATIONAL ORIGIN | ADMIN. CLS |
| 110 | RETALIATION | ADMIN. CLS |
| 111 | DISABILITY | ADMIN. CLS |
| 112 | GENDER | ADMIN. CLS |
| 113 | GENDER | ADMIN. CLS |
| 114 | NATIONAL ORIGIN | ADMIN. CLS |
| 115 | RACE | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
| --- | --- | --- |
| 116 | GENDER | ADMIN. CLS |
| 117 | SEXUAL HARASSME | ADMIN. CLS |
| 118 | GENDER | ADMIN. CLS |
| 119 | RACE | ADMIN. CLS |
| 120 | GENDER | SUB |
| 121 | GENDER | ADMIN. CLS |
| 122 | DISABILITY | ADMIN. CLS |
| 123 | RACE | ADMIN. CLS |
| 124 | RELIGION | ADMIN. CLS |
| 125 | NATIONAL ORIGIN | ADMIN. CLS |
| 126 | SEXUAL HARASSME | ADMIN. CLS |
| 127 | RACE | ADMIN. CLS |
| 128 | RACE | ADMIN. CLS |
| 129 | SEXUAL HARASSME | SUB |
| 130 | SEXUAL HARASSME | ADMIN. CLS |
| 131 | DISABILITY | ADMIN. CLS |
| 132 | RACE | ADMIN. CLS |
| 133 | GENDER | ADMIN. CLS |
| 134 | GENDER | ADMIN. CLS |
| 135 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 136 | GENDER | ADMIN. CLS |
| 137 | NATIONAL ORIGIN | ADMIN. CLS |
| 138 | NATIONAL ORIGIN | ADMIN. CLS |
| 139 | RETALIATION | ADMIN. CLS |
| 140 | NATIONAL ORIGIN | ADMIN. CLS |
| 141 | RACE | ADMIN. CLS |
| 142 | GENDER | ADMIN. CLS |
| 143 | GENDER | ADMIN. CLS |
| 144 | GENDER | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 145 | NATIONAL ORIGIN | ADMIN. CLS |
| 146 | NATIONAL ORIGIN | ADMIN. CLS |
| 147 | GENDER | ADMIN. CLS |
| 148 | SEXUAL HARASSME | ADMIN. CLS |
| 149 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 150 | RELIGION | ADMIN. CLS |
| 151 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 152 | RACE | ADMIN. CLS |
| 153 | GENDER | ADMIN. CLS |
| 154 | GENDER | ADMIN. CLS |
| 155 | GENDER | ADMIN. CLS |
| 156 | GENDER | ADMIN. CLS |
| 157 | GENDER | ADMIN. CLS |
| 158 | RELIGION | ADMIN. CLS |
| 159 | RACE | ADMIN. CLS |
| 160 | SEXUAL HARASSME | SUB |
| 161 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 162 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 163 | GENDER | ADMIN. CLS |
| 164 | MILITARY STATUS | ADMIN. CLS |
| 165 | RACE | SUB |
| 166 | GENDER | ADMIN. CLS |
| 167 | RACE | ADMIN. CLS |
| 168 | GENDER | ADMIN. CLS |
| 169 | SEXUAL HARASSME | ADMIN. CLS |
| 170 | RACE | ADMIN. CLS |
| 171 | NATIONAL ORIGIN | ADMIN. CLS |
| 172 | GENDER | ADMIN. CLS |
| 173 | GENDER | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 174 | RACE | ADMIN. CLS |
| 175 | DISABILITY | ADMIN. CLS |
| 176 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 177 | GENDER | ADMIN. CLS |
| 178 | AGE | ADMIN. CLS |
| 179 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 180 | GENDER | ADMIN. CLS |
| 181 | RETALIATION | ADMIN. CLS |
| 182 | RACE | ADMIN. CLS |
| 183 | GENDER | ADMIN. CLS |
| 184 | NATIONAL ORIGIN | ADMIN. CLS |
| 185 | MILITARY STATUS | ADMIN. CLS |
| 186 | NATIONAL ORIGIN | ADMIN. CLS |
| 187 | RACE | ADMIN. CLS |
| 188 | GENDER | ADMIN. CLS |
| 189 | DISABILITY | ADMIN. CLS |
| 190 | RETALIATION | ADMIN. CLS |
| 191 | GENDER | SUB |
| 192 | GENDER | ADMIN. CLS |
| 193 | RETALIATION | ADMIN. CLS |
| 194 | GENDER | SUB |
| 195 | NATIONAL ORIGIN | ADMIN. CLS |
| 196 | GENDER | ADMIN. CLS |
| 197 | GENDER | SUB |
| 198 | RACE | ADMIN. CLS |
| 199 | GENDER | ADMIN. CLS |
| 200 | NATIONAL ORIGIN | ADMIN. CLS |
| 201 | SEXUAL HARASSME | ADMIN. CLS |
| 202 | RACE | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 203 | RACE | ADMIN. CLS |
| 204 | GENDER | ADMIN. CLS |
| 205 | RETALIATION | ADMIN. CLS |
| 206 | GENDER | ADMIN. CLS |
| 207 | AGE | ADMIN. CLS |
| 208 | GENDER | ADMIN. CLS |
| 209 | GENDER | ADMIN. CLS |
| 210 | GENDER | ADMIN. CLS |
| 211 | GENDER | ADMIN. CLS |
| 212 | COLOR | ADMIN. CLS |
| 213 | GENDER | ADMIN. CLS |
| 214 | RETALIATION | ADMIN. CLS |
| 215 | GENDER | ADMIN. CLS |
| 216 | RELIGION | ADMIN. CLS |
| 217 | SEXUAL HARASSME | ADMIN. CLS |
| 218 | RACE | ADMIN. CLS |
| 219 | GENDER | ADMIN. CLS |
| 220 | RACE | ADMIN. CLS |
| 221 | NATIONAL ORIGIN | ADMIN. CLS |
| 222 | AGE | ADMIN. CLS |
| 223 | RETALIATION | ADMIN. CLS |
| 224 | NATIONAL ORIGIN | ADMIN. CLS |
| 225 | NATIONAL ORIGIN | ADMIN. CLS |
| 226 | SEXUAL HARASSME | ADMIN. CLS |
| 227 | GENDER | SUB |
| 228 | NATIONAL ORIGIN | ADMIN. CLS |
| 229 | RELIGION | ADMIN. CLS |
| 230 | RACE | ADMIN. CLS |
| 231 | GENDER | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 232 | SEXUAL HARASSME | ADMIN. CLS |
| 233 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 234 | OTHER | ADMIN. CLS |
| 235 | NATIONAL ORIGIN | ADMIN. CLS |
| 236 | GENDER | ADMIN. CLS |
| 237 | RELIGION | ADMIN. CLS |

**TOTAL CASES**                    **237**

## 2011 EEO Complaints -  with Case No. Complaint Nature and  Disposition

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 1 | RETALIATION | ADMIN. CLS |
| 2 | GENDER | ADMIN. CLS |
| 3 | RELIGION | ADMIN. CLS |
| 4 | GENDER | ADMIN. CLS |
| 5 | GENDER | ADMIN. CLS |
| 6 | OTHER | ADMIN. CLS |
| 7 | NATIONAL ORIGIN | ADMIN. CLS |
| 8 | GENDER | ADMIN. CLS |
| 9 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 10 | GENDER | ADMIN. CLS |
| 11 | DISABILITY | ADMIN. CLS |
| 12 | AGE | ADMIN. CLS |
| 13 | RACE | ADMIN. CLS |
| 14 | NATIONAL ORIGIN | ADMIN. CLS |
| 15 | RELIGION | ADMIN. CLS |
| 16 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 17 | GENDER | ADMIN. CLS |
| 18 | NATIONAL ORIGIN | ADMIN. CLS |
| 19 | SEXUAL HARASSME | ADMIN. CLS |
| 20 | NATIONAL ORIGIN | ADMIN. CLS |
| 21 | GENDER | ADMIN. CLS |
| 22 | GENDER | ADMIN. CLS |
| 23 | NATIONAL ORIGIN | ADMIN. CLS |
| 24 | RETALIATION | ADMIN. CLS |
| 25 | GENDER | ADMIN. CLS |
| 26 | RETALIATION | ADMIN. CLS |
| 27 | NATIONAL ORIGIN | ADMIN. CLS |
| 28 | NATIONAL ORIGIN | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 29 | GENDER | ADMIN. CLS |
| 30 | SEXUAL HARASSME | ADMIN. CLS |
| 31 | RACE | ADMIN. CLS |
| 32 | RACE | ADMIN. CLS |
| 33 | SEXUAL HARASSME | UNSUB |
| 34 | SEXUAL HARASSME | ADMIN. CLS |
| 35 | GENDER | ADMIN. CLS |
| 36 | RACE | ADMIN. CLS |
| 37 | RETALIATION | UNSUB |
| 38 | GENDER | ADMIN. CLS |
| 39 | SEXUAL HARASSME | SUB |
| 40 | AGE | ADMIN. CLS |
| 41 | GENDER | ADMIN. CLS |
| 42 | GENDER | ADMIN. CLS |
| 43 | RACE | ADMIN. CLS |
| 44 | GENDER | ADMIN. CLS |
| 45 | RACE | ADMIN. CLS |
| 46 | GENDER | ADMIN. CLS |
| 47 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 48 | RACE | ADMIN. CLS |
| 49 | GENDER | ADMIN. CLS |
| 50 | NATIONAL ORIGIN | SUB |
| 51 | RETALIATION | ADMIN. CLS |
| 52 | GENDER | ADMIN. CLS |
| 53 | GENDER | UNSUB |
| 54 | GENDER | ADMIN. CLS |
| 55 | GENDER | SUB |
| 56 | RETALIATION | ADMIN. CLS |
| 57 | GENDER | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 58 | NATIONAL ORIGIN | ADMIN. CLS |
| 59 | RACE | ADMIN. CLS |
| 60 | RACE | ADMIN. CLS |
| 61 | GENDER | ADMIN. CLS |
| 62 | RACE | ADMIN. CLS |
| 63 | GENDER | ADMIN. CLS |
| 64 | GENDER | ADMIN. CLS |
| 65 | GENDER | SUB |
| 66 | AGE | ADMIN. CLS |
| 67 | RACE | ADMIN. CLS |
| 68 | RACE | ADMIN. CLS |
| 69 | RACE | ADMIN. CLS |
| 70 | GENDER | ADMIN. CLS |
| 71 | GENDER | ADMIN. CLS |
| 72 | NATIONAL ORIGIN | ADMIN. CLS |
| 73 | RETALIATION | ADMIN. CLS |
| 74 | SEXUAL HARASSME | UNSUB |
| 75 | RACE | ADMIN. CLS |
| 76 | RACE | ADMIN. CLS |
| 77 | RACE | ADMIN. CLS |
| 78 | NATIONAL ORIGIN | ADMIN. CLS |
| 79 | DISABILITY | ADMIN. CLS |
| 80 | GENDER | ADMIN. CLS |
| 81 | GENDER | ADMIN. CLS |
| 82 | RELIGION | ADMIN. CLS |
| 83 | GENDER | ADMIN. CLS |
| 84 | RACE | ADMIN. CLS |
| 85 | GENDER | ADMIN. CLS |
| 86 | GENDER | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 87 | AGE | ADMIN. CLS |
| 88 | GENDER | ADMIN. CLS |
| 89 | MARITAL STATUS | ADMIN. CLS |
| 90 | NATIONAL ORIGIN | ADMIN. CLS |
| 91 | GENDER | ADMIN. CLS |
| 92 | RACE | ADMIN. CLS |
| 93 | GENDER | ADMIN. CLS |
| 94 | SEXUAL HARASSME | ADMIN. CLS |
| 95 | GENDER | ADMIN. CLS |
| 96 | RACE | ADMIN. CLS |
| 97 | RACE | ADMIN. CLS |
| 98 | GENDER | ADMIN. CLS |
| 99 | RACE | ADMIN. CLS |
| 100 | RACE | ADMIN. CLS |
| 101 | GENDER | ADMIN. CLS |
| 102 | AGE | ADMIN. CLS |
| 103 | GENDER | SUB |
| 104 | GENDER | ADMIN. CLS |
| 105 | GENDER | ADMIN. CLS |
| 106 | DISABILITY | ADMIN. CLS |
| 107 | NATIONAL ORIGIN | ADMIN. CLS |
| 108 | SEXUAL ORIENTATIO | UNFOUNDED |
| 109 | RACE | ADMIN. CLS |
| 110 | GENDER | ADMIN. CLS |
| 111 | GENDER | ADMIN. CLS |
| 112 | RACE | ADMIN. CLS |
| 113 | GENDER | ADMIN. CLS |
| 114 | RELIGION | ADMIN. CLS |
| 115 | GENDER | UNSUB |