## 2003 EEO Complaints -  with Case No. Complaint Nature and  Disposition

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 1 | DISPARAGING REMA | ADMIN. CLS |
| 2 | RACE | UNFOUNDED |
| 3 | RACE | ADMIN. CLS |
| 4 | RELIGION | ADMIN. CLS |
| 5 | OTHER | ADMIN. CLS |
| 6 | DISPARAGING REMA | ADMIN. CLS |
| 7 | DISPARAGING REMA | ADMIN. CLS |
| 8 | GENDER | ADMIN. CLS |
| 9 | GENDER | EXONERATED |
| 10 | SEXUAL HARASSME | UNSUB |
| 11 | RACE | UNFOUNDED |
| 12 | SEXUAL HARASSME | ADMIN. CLS |
| 13 | OTHER | UNFOUNDED |
| 14 | OTHER | ADMIN. CLS |
| 15 | OTHER | ADMIN. CLS |
| 16 | DISPARAGING REMA | ADMIN. CLS |
| 17 | GENDER | EXONERATED |
| 18 | AGE | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 19 | OTHER | ADMIN. CLS |
| 20 | OTHER | ADMIN. CLS |
| 21 | GENDER | UNSUB |
| 22 | RACE | ADMIN. CLS |
| 23 | GENDER | ADMIN. CLS |
| 24 | OTHER | ADMIN. CLS |
| 25 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 26 | DISPARAGING REMA | ADMIN. CLS |
| 27 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 28 | GENDER | ADMIN. CLS |
| 29 | RETALIATION | ADMIN. CLS |
| 30 | OTHER | ADMIN. CLS |
| 31 | OTHER | ADMIN. CLS |
| 32 | DISPARAGING REMA | ADMIN. CLS |
| 33 | RACE | ADMIN. CLS |
| 34 | SEXUAL HARASSME | UNSUB |
| 35 | OTHER | ADMIN. CLS |
| 36 | RACE | ADMIN. CLS |
| 37 | SEXUAL HARASSME | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
| --- | --- | --- |
| 38 | DISPARAGING REMA | ADMIN. CLS |
| 39 | DISPARAGING REMA | ADMIN. CLS |
| 40 | RACE | ADMIN. CLS |
| 41 | RETALIATION | EXONERATED |
| 42 | RACE | UNFOUNDED |
| 43 | DISPARAGING REMA | ADMIN. CLS |
| 44 | DISPARAGING REMA | ADMIN. CLS |
| 45 | SEXUAL HARASSME | UNSUB |
| 46 | GENDER | ADMIN. CLS |
| 47 | SEXUAL HARASSME | MEDIATION |
| 48 | SEXUAL HARASSME | ADMIN. CLS |
| 49 | GENDER | ADMIN. CLS |
| 50 | RACE | ADMIN. CLS |
| 51 | DISPARAGING REMA | ADMIN. CLS |
| 52 | DISPARAGING REMA | ADMIN. CLS |
| 53 | OTHER | ADMIN. CLS |
| 54 | GENDER | ADMIN. CLS |
| 55 | DISPARAGING REMA | ADMIN. CLS |
| 56 | OTHER | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 57 | RACE | ADMIN. CLS |
| 58 | RETALIATION | ADMIN. CLS |
| 59 | SEXUAL HARASSME | ADMIN. CLS |
| 60 | DISPARAGING REMA | ADMIN. CLS |
| 61 | OTHER | ADMIN. CLS |
| 62 | RACE | ADMIN. CLS |
| 63 | DISPARAGING REMA | ADMIN. CLS |
| 64 | RETALIATION | UNFOUNDED |
| 65 | DISPARAGING REMA | ADMIN. CLS |
| 66 | RETALIATION | ADMIN. CLS |
| 67 | DISPARAGING REMA | ADMIN. CLS |
| 68 | DISPARAGING REMA | ADMIN. CLS |
| 69 | DISABILITY | ADMIN. CLS |
| 70 | OTHER | ADMIN. CLS |
| 71 | RACE | ADMIN. CLS |
| 72 | DISPARAGING REMA | ADMIN. CLS |
| 73 | RETALIATION | ADMIN. CLS |
| 74 | OTHER | UNFOUNDED |
| 75 | GENDER | EXONERATED |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 76 | SEXUAL HARASSME | ADMIN. CLS |
| 77 | RETALIATION | ADMIN. CLS |
| 78 | RETALIATION | ADMIN. CLS |
| 79 | RACE | ADMIN. CLS |
| 80 | OTHER | ADMIN. CLS |
| 81 | RACE | ADMIN. CLS |
| 82 | RACE | ADMIN. CLS |
| 83 | RACE | ADMIN. CLS |
| 84 | RACE | ADMIN. CLS |
| 85 | RACE | ADMIN. CLS |
| 86 | GENDER | ADMIN. CLS |
| 87 | RACE | ADMIN. CLS |
| 88 | RACE | ADMIN. CLS |
| 89 | SEXUAL HARASSME | ADMIN. CLS |
| 90 | RETALIATION | ADMIN. CLS |
| 91 | RELIGION | ADMIN. CLS |
| 92 | DISPARAGING REMA | UNFOUNDED |
| 93 | SEXUAL HARASSME | UNSUB |
| 94 | OTHER | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 95 | RACE | ADMIN. CLS |
| 96 | OTHER | ADMIN. CLS |
| 97 | RETALIATION | EXONERATED |
| 98 | DISPARAGING REMA | EXONERATED |
| 99 | SEXUAL HARASSME | ADMIN. CLS |
| 100 | DISPARAGING REMA | ADMIN. CLS |
| 101 | DISPARAGING REMA | ADMIN. CLS |
| 102 | OTHER | ADMIN. CLS |
| 103 | RACE | ADMIN. CLS |
| 104 | DISPARAGING REMA | ADMIN. CLS |
| 105 | OTHER | ADMIN. CLS |
| 106 | OTHER | ADMIN. CLS |
| 107 | DISPARAGING REMA | SUB |
| 108 | DISPARAGING REMA | ADMIN. CLS |
| 109 | RETALIATION | ADMIN. CLS |
| 110 | RETALIATION | ADMIN. CLS |
| 111 | RACE | EXONERATED |
| 112 | DISPARAGING REMA | MEDIATION |
| 113 | RETALIATION | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 114 | SEXUAL HARASSME | ADMIN. CLS |
| 115 | DISPARAGING REMA | ADMIN. CLS |
| 116 | NATIONAL ORIGIN | ADMIN. CLS |
| 117 | RETALIATION | ADMIN. CLS |
| 118 | RACE | ADMIN. CLS |
| 119 | RETALIATION | ADMIN. CLS |
| 120 | GENDER | ADMIN. CLS |
| 121 | DISPARAGING REMA | ADMIN. CLS |
| 122 | RETALIATION | ADMIN. CLS |
| 123 | RACE | ADMIN. CLS |
| 124 | GENDER | ADMIN. CLS |
| 125 | RACE | ADMIN. CLS |
| 126 | GENDER | ADMIN. CLS |
| 127 | GENDER | ADMIN. CLS |
| 128 | RACE | ADMIN. CLS |
| 129 | SEXUAL HARASSME | ADMIN. CLS |
| 130 | RETALIATION | UNFOUNDED |
| 131 | RACE | ADMIN. CLS |
| 132 | DISPARAGING REMA | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 133 | RACE | ADMIN. CLS |
| 134 | DISPARAGING REMA | ADMIN. CLS |
| 135 | RACE | ADMIN. CLS |
| 136 | SEXUAL HARASSME | ADMIN. CLS |
| 137 | RETALIATION | ADMIN. CLS |
| 138 | NATIONAL ORIGIN | SUB |
| 139 | OTHER | ADMIN. CLS |
| 140 | SEXUAL HARASSME | UNSUB |
| 141 | OTHER | ADMIN. CLS |
| 142 | OTHER | MEDIATION |
| 143 | DISPARAGING REMA | ADMIN. CLS |
| 144 | OTHER | ADMIN. CLS |
| 145 | OTHER | ADMIN. CLS |
| 146 | DISPARAGING REMA | ADMIN. CLS |
| 147 | GENDER | ADMIN. CLS |
| 148 | DISPARAGING REMA | ADMIN. CLS |
| 149 | RETALIATION | ADMIN. CLS |
| 150 | RELIGION | ADMIN. CLS |
| 151 | DISPARAGING REMA | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
| --- | --- | --- |
| 152 | RETALIATION | EXONERATED |
| 153 | DISPARAGING REMA | ADMIN. CLS |
| 154 | GENDER | ADMIN. CLS |
| 155 | ARREST | ADMIN. CLS |
| 156 | DISPARAGING REMA | ADMIN. CLS |
| 157 | RACE | ADMIN. CLS |
| 158 | DISPARAGING REMA | ADMIN. CLS |
| 159 | RACE | ADMIN. CLS |
| 160 | OTHER | ADMIN. CLS |
| 161 | SEXUAL HARASSME | ADMIN. CLS |
| 162 | OTHER | ADMIN. CLS |
| 163 | DISPARAGING REMA | ADMIN. CLS |
| 164 | AGE | ADMIN. CLS |
| 165 | DISPARAGING REMA | MEDIATION |
| 166 | SEXUAL HARASSME | ADMIN. CLS |
| 167 | COLOR | ADMIN. CLS |
| 168 | NATIONAL ORIGIN | ADMIN. CLS |
| 169 | OTHER | ADMIN. CLS |
| 170 | OTHER | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
| --- | --- | --- |
| 171 | RETALIATION | ADMIN. CLS |
| 172 | RACE | ADMIN. CLS |
| 173 | GENDER | ADMIN. CLS |
| 174 | RETALIATION | ADMIN. CLS |
| 175 | OTHER | ADMIN. CLS |
| 176 | DISPARAGING  REMA | ADMIN. CLS |
| 177 | DISPARAGING  REMA | ADMIN. CLS |
| 178 | RACE | UNSUB |
| 179 | OTHER | ADMIN. CLS |
| 180 | RETALIATION | EXONERATED |
| 181 | DISPARAGING  REMA | ADMIN. CLS |
| 182 | OTHER | ADMIN. CLS |
| 183 | DISPARAGING  REMA | ADMIN. CLS |
| 184 | NATIONAL ORIGIN | UNFOUNDED |
| 185 | DISPARAGING  REMA | ADMIN. CLS |
| 186 | OTHER | ADMIN. CLS |
| 187 | GENDER | ADMIN. CLS |
| 188 | DISABILITY | ADMIN. CLS |
| 189 | DISPARAGING  REMA | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 190 | RETALIATION | ADMIN. CLS |
| 191 | DISABILITY | ADMIN. CLS |
| 192 | DISPARAGING  REMA | ADMIN. CLS |
| 193 | DISPARAGING  REMA | ADMIN. CLS |
| 194 | DISPARAGING  REMA | ADMIN. CLS |
| 195 | OTHER | ADMIN. CLS |
| 196 | SEXUAL HARASSME | ADMIN. CLS |
| 197 | DISPARAGING  REMA | ADMIN. CLS |
| 198 | RACE | ADMIN. CLS |
| 199 | DISPARAGING  REMA | ADMIN. CLS |
| 200 | DISPARAGING  REMA | ADMIN. CLS |
| 201 | DISPARAGING  REMA | ADMIN. CLS |
| 202 | RACE | ADMIN. CLS |
| 203 | OTHER | ADMIN. CLS |
| 204 | SEXUAL HARASSME | ADMIN. CLS |
| 205 | RACE | ADMIN. CLS |
| 206 | SEXUAL HARASSME | ADMIN. CLS |
| 207 | DISPARAGING  REMA | ADMIN. CLS |
| 208 | SEXUAL HARASSME | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 209 | GENDER | ADMIN. CLS |
| 210 | DISPARAGING REMA | ADMIN. CLS |
| 211 | DISPARAGING REMA | ADMIN. CLS |
| 212 | OTHER | ADMIN. CLS |
| 213 | DISPARAGING REMA | ADMIN. CLS |
| 214 | OTHER | ADMIN. CLS |
| 215 | SEXUAL HARASSME | MEDIATION |
| 216 | DISPARAGING REMA | ADMIN. CLS |
| 217 | SEXUAL HARASSME | ADMIN. CLS |
| 218 | DISPARAGING REMA | UNFOUNDED |
| 219 | GENDER | ADMIN. CLS |
| 220 | SEXUAL HARASSME | ADMIN. CLS |
| 221 | AGE | ADMIN. CLS |
| 222 | RETALIATION | ADMIN. CLS |
| 223 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 224 | RETALIATION | ADMIN. CLS |
| 225 | DISPARAGING REMA | ADMIN. CLS |
| 226 | OTHER | ADMIN. CLS |
| 227 | DISPARAGING REMA | SUB |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 228 | GENDER | ADMIN. CLS |
| 229 | OTHER | ADMIN. CLS |
| 230 | RACE | ADMIN. CLS |
| 231 | DISPARAGING REMA | ADMIN. CLS |
| 232 | DISPARAGING REMA | UNFOUNDED |
| 233 | RETALIATION | ADMIN. CLS |
| 234 | DISPARAGING REMA | ADMIN. CLS |
| 235 | RETALIATION | UNSUB |
| 236 | RETALIATION | ADMIN. CLS |
| 237 | RACE | ADMIN. CLS |
| 238 | DISPARAGING REMA | ADMIN. CLS |
| 239 | GENDER | ADMIN. CLS |
| 240 | RACE | ADMIN. CLS |
| 241 | RACE | EXONERATED |
| 242 | RACE | UNFOUNDED |
| 243 | RACE | ADMIN. CLS |
| 244 | SEXUAL HARASSME | ADMIN. CLS |
| 245 | RETALIATION | ADMIN. CLS |
| 246 | COLOR | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 247 | SEXUAL HARASSME | ADMIN. CLS |
| 248 | DISPARAGING REMA | ADMIN. CLS |
| 249 | SEXUAL HARASSME | ADMIN. CLS |
| 250 | RACE | UNFOUNDED |
| 251 | RACE | ADMIN. CLS |
| 252 | RACE | ADMIN. CLS |
| 253 | DISPARAGING REMA | ADMIN. CLS |
| 254 | DISPARAGING REMA | ADMIN. CLS |
| 255 | DISPARAGING REMA | ADMIN. CLS |
| 256 | GENDER | ADMIN. CLS |
| 257 | RELIGION | ADMIN. CLS |
| 258 | RACE | ADMIN. CLS |
| 259 | RACE | ADMIN. CLS |
| 260 | OTHER | ADMIN. CLS |
| 261 | RACE | ADMIN. CLS |
| 262 | RACE | UNFOUNDED |
| 263 | DISPARAGING REMA | UNSUB |
| 264 | RACE | ADMIN. CLS |
| 265 | OTHER | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 266 | DISPARAGING REMA | ADMIN. CLS |
| 267 | RACE | ADMIN. CLS |
| 268 | DISPARAGING REMA | ADMIN. CLS |
| 269 | OTHER | ADMIN. CLS |
| 270 | RELIGION | MEDIATION |
| 271 | DISPARAGING REMA | ADMIN. CLS |
| 272 | OTHER | ADMIN. CLS |
| 273 | SEXUAL HARASSME | ADMIN. CLS |
| 274 | DISPARAGING REMA | ADMIN. CLS |
| 275 | RETALIATION | ADMIN. CLS |
| 276 | OTHER | ADMIN. CLS |
| 277 | DISPARAGING REMA | ADMIN. CLS |
| 278 | OTHER | ADMIN. CLS |
| 279 | DISPARAGING REMA | ADMIN. CLS |
| 280 | DISPARAGING REMA | ADMIN. CLS |
| 281 | DISPARAGING REMA | ADMIN. CLS |
| 282 | OTHER | ADMIN. CLS |
| 283 | DISPARAGING REMA | ADMIN. CLS |
| 284 | RACE | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 285 | SEXUAL HARASSME | SUB |
| 286 | RACE | ADMIN. CLS |
| 287 | SEXUAL HARASSME | SUB |
| 288 | DISABILITY | ADMIN. CLS |
| 289 | DISPARAGING REMA | ADMIN. CLS |
| 290 | SEXUAL HARASSME | UNSUB |
| 291 | RETALIATION | ADMIN. CLS |
| 292 | RETALIATION | EXONERATED |
| 293 | DISPARAGING REMA | SUB |
| 294 | DISPARAGING REMA | ADMIN. CLS |
| 295 | OTHER | ADMIN. CLS |
| 296 | RACE | ADMIN. CLS |
| 297 | NATIONAL ORIGIN | EXONERATED |
| 298 | DISPARAGING REMA | ADMIN. CLS |
| 299 | DISABILITY | ADMIN. CLS |
| 300 | OTHER | ADMIN. CLS |
| 301 | RETALIATION | ADMIN. CLS |
| 302 | DISPARAGING REMA | ADMIN. CLS |
| 303 | RETALIATION | EXONERATED |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 304 | RACE | ADMIN. CLS |
| 305 | RETALIATION | ADMIN. CLS |
| 306 | RETALIATION | ADMIN. CLS |
| 307 | DISPARAGING REMA | MEDIATION |
| 308 | GENDER | EXONERATED |
| 309 | SEXUAL HARASSME | ADMIN. CLS |
| 310 | NATIONAL ORIGIN | ADMIN. CLS |
| 311 | RACE | ADMIN. CLS |
| 312 | RACE | ADMIN. CLS |
| 313 | RETALIATION | ADMIN. CLS |
| 314 | OTHER | ADMIN. CLS |
| 315 | DISPARAGING REMA | ADMIN. CLS |
| 316 | DISPARAGING REMA | ADMIN. CLS |
| 317 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 318 | SEXUAL HARASSME | ADMIN. CLS |
| 319 | OTHER | ADMIN. CLS |
| 320 | SEXUAL HARASSME | UNSUB |
| 321 | OTHER | ADMIN. CLS |
| 322 | OTHER | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 323 | SEXUAL HARASSME | ADMIN. CLS |
| 324 | DISPARAGING REMA | ADMIN. CLS |
| 325 | OTHER | ADMIN. CLS |
| 326 | DISPARAGING REMA | ADMIN. CLS |
| 327 | OTHER | ADMIN. CLS |
| 328 | RACE | ADMIN. CLS |
| 329 | DISPARAGING REMA | ADMIN. CLS |
| 330 | OTHER | ADMIN. CLS |
| 331 | DISPARAGING REMA | ADMIN. CLS |
| 332 | OTHER | ADMIN. CLS |
| 333 | RACE | ADMIN. CLS |
| 334 | DISABILITY | ADMIN. CLS |
| 335 | RACE | ADMIN. CLS |
| 336 | OTHER | ADMIN. CLS |
| 337 | COLOR | ADMIN. CLS |
| 338 | RETALIATION | ADMIN. CLS |
| 339 | DISPARAGING REMA | ADMIN. CLS |
| 340 | DISABILITY | EXONERATED |
| 341 | DISPARAGING REMA | UNSUB |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 342 | DISPARAGING REMA | ADMIN. CLS |
| 343 | DISPARAGING REMA | MEDIATION |
| 344 | RACE | ADMIN. CLS |
| 345 | AGE | ADMIN. CLS |
| 346 | NATIONAL ORIGIN | ADMIN. CLS |
| 347 | DISPARAGING REMA | ADMIN. CLS |
| 348 | DISPARAGING REMA | ADMIN. CLS |
| 349 | RACE | ADMIN. CLS |
| 350 | SEXUAL HARASSME | ADMIN. CLS |
| 351 | DISPARAGING REMA | ADMIN. CLS |
| 352 | SEXUAL HARASSME | ADMIN. CLS |
| 353 | RETALIATION | UNFOUNDED |
| 354 | DISPARAGING REMA | ADMIN. CLS |
| 355 | DISPARAGING REMA | SUB |
| 356 | DISPARAGING REMA | ADMIN. CLS |
| 357 | DISPARAGING REMA | ADMIN. CLS |
| 358 | OTHER | ADMIN. CLS |
| 359 | SEXUAL HARASSME | UNSUB |
| 360 | RETALIATION | EXONERATED |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 361 | OTHER | ADMIN. CLS |
| 362 | DISPARAGING  REMA | EXONERATED |
| 363 | SEXUAL ORIENTATIO | ADMIN. CLS |
| 364 | RACE | ADMIN. CLS |
| 365 | SEXUAL HARASSME | ADMIN. CLS |

**TOTAL CASES**                    **365**

## 2002 EEO Complaints -  with Case No. Complaint Nature and  Disposition

| Case # | Complaint Nature | Disposition |
| --- | --- | --- |
| 1 | OTHER | ADMIN. CLS |
| 2 | RETALIATION | ADMIN. CLS |
| 3 | SEXUAL ORIENT | ADMIN. CLS |
| 4 | SEXUAL HARASS | ADMIN. CLS |
| 5 | DISPARAGING R | SUB |
| 6 | SEXUAL HARASS | UNSUB |
| 7 | RACE | EXONERATED |
| 8 | GENDER | ADMIN. CLS |
| 9 | DISPARAGING R | ADMIN. CLS |
| 10 | DISPARAGING R | ADMIN. CLS |
| 11 | RACE | ADMIN. CLS |
| 12 | SEXUAL HARASS | ADMIN. CLS |
| 13 | GENDER | EXONERATED |
| 14 | DISPARAGING R | ADMIN. CLS |
| 15 | RACE | UNFOUNDED |
| 16 | RACE | UNFOUNDED |
| 17 | SEXUAL HARASS | ADMIN. CLS |
| 18 | RACE | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 19 | DISPARAGING R | ADMIN. CLS |
| 21 | AGE | ADMIN. CLS |
| 22 | DISPARAGING R | ADMIN. CLS |
| 23 | DISPARAGING R | ADMIN. CLS |
| 24 | RACE | UNFOUNDED |
| 25 | RACE | ADMIN. CLS |
| 26 | DISPARAGING R | UNFOUNDED |
| 27 | SEXUAL HARASS | UNFOUNDED |
| 28 | RETALIATION | ADMIN. CLS |
| 29 | OTHER | ADMIN. CLS |
| 30 | DISPARAGING R | ADMIN. CLS |
| 31 | SEXUAL HARASS | SUB |
| 32 | SEXUAL HARASS | ADMIN. CLS |
| 33 | DISPARAGING R | ADMIN. CLS |
| 34 | DISPARAGING R | ADMIN. CLS |
| 35 | DISPARAGING R | ADMIN. CLS |
| 36 | OTHER | ADMIN. CLS |
| 37 | DISPARAGING R | ADMIN. CLS |
| 38 | OTHER | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 39 | DISPARAGING R | ADMIN. CLS |
| 40 | DISPARAGING R | ADMIN. CLS |
| 41 | GENDER | ADMIN. CLS |
| 42 | GENDER | ADMIN. CLS |
| 43 | DISPARAGING R | ADMIN. CLS |
| 44 | RACE | ADMIN. CLS |
| 45 | RETALIATION | ADMIN. CLS |
| 46 | DISPARAGING R | ADMIN. CLS |
| 47 | ARREST | ADMIN. CLS |
| 48 | RETALIATION | EXONERATED |
| 49 | RETALIATION | ADMIN. CLS |
| 50 | RETALIATION | ADMIN. CLS |
| 51 | GENDER | ADMIN. CLS |
| 52 | SEXUAL HARASS | UNSUB |
| 53 | RACE | ADMIN. CLS |
| 54 | RACE | ADMIN. CLS |
| 55 | DISPARAGING R | UNSUB |
| 56 | OTHER | ADMIN. CLS |
| 57 | DISPARAGING R | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 58 | RACE | ADMIN. CLS |
| 59 | SEXUAL HARASS | UNSUB |
| 60 | DISPARAGING R | ADMIN. CLS |
| 61 | DISPARAGING R | ADMIN. CLS |
| 62 | GENDER | ADMIN. CLS |
| 63 | RACE | ADMIN. CLS |
| 64 | GENDER | UNFOUNDED |
| 65 | GENDER | UNFOUNDED |
| 66 | SEXUAL HARASS | ADMIN. CLS |
| 67 | DISPARAGING R | ADMIN. CLS |
| 68 | DISPARAGING R | ADMIN. CLS |
| 69 | OTHER | ADMIN. CLS |
| 70 | DISPARAGING R | ADMIN. CLS |
| 71 | NATIONAL ORIGI | ADMIN. CLS |
| 72 | DISPARAGING R | ADMIN. CLS |
| 73 | DISPARAGING R | ADMIN. CLS |
| 74 | DISPARAGING R | ADMIN. CLS |
| 75 | RETALIATION | ADMIN. CLS |
| 76 | RACE | UNFOUNDED |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 77 | SEXUAL HARASS | ADMIN. CLS |
| 78 | DISPARAGING R | ADMIN. CLS |
| 79 | SEXUAL HARASS | ADMIN. CLS |
| 80 | RACE | ADMIN. CLS |
| 81 | SEXUAL HARASS | ADMIN. CLS |
| 82 | OTHER | ADMIN. CLS |
| 83 | DISPARAGING R | ADMIN. CLS |
| 84 | GENDER | UNFOUNDED |
| 85 | GENDER | UNFOUNDED |
| 86 | SEXUAL ORIENT | ADMIN. CLS |
| 87 | SEXUAL HARASS | SUB |
| 88 | RACE | UNFOUNDED |
| 89 | SEXUAL HARASS | ADMIN. CLS |
| 90 | SEXUAL HARASS | CONCILIATED |
| 91 | OTHER | ADMIN. CLS |
| 92 | RACE | ADMIN. CLS |
| 93 | OTHER | ADMIN. CLS |
| 94 | OTHER | ADMIN. CLS |
| 95 | SEXUAL ORIENT | UNFOUNDED |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 96 | RACE | EXONERATED |
| 97 | RETALIATION | ADMIN. CLS |
| 98 | GENDER | UNFOUNDED |
| 99 | OTHER | ADMIN. CLS |
| 100 | RACE | ADMIN. CLS |
| 101 | RETALIATION | ADMIN. CLS |
| 102 | DISPARAGING R | ADMIN. CLS |
| 103 | RETALIATION | ADMIN. CLS |
| 104 | GENDER | ADMIN. CLS |
| 105 | DISPARAGING R | ADMIN. CLS |
| 106 | GENDER | UNFOUNDED |
| 107 | DISPARAGING R | ADMIN. CLS |
| 108 | RACE | ADMIN. CLS |
| 109 | DISPARAGING R | ADMIN. CLS |
| 110 | DISPARAGING R | ADMIN. CLS |
| 111 | RETALIATION | ADMIN. CLS |
| 112 | DISPARAGING R | ADMIN. CLS |
| 113 | DISPARAGING R | ADMIN. CLS |
| 115 | GENDER | UNFOUNDED |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 116 | DISPARAGING R | ADMIN. CLS |
| 117 | DISPARAGING R | UNSUB |
| 118 | GENDER | EXONERATED |
| 119 | DISPARAGING R | ADMIN. CLS |
| 120 | DISPARAGING R | ADMIN. CLS |
| 121 | RACE | ADMIN. CLS |
| 122 | RACE | UNFOUNDED |
| 124 | DISPARAGING R | ADMIN. CLS |
| 125 | RACE | ADMIN. CLS |
| 126 | RACE | ADMIN. CLS |
| 127 | GENDER | ADMIN. CLS |
| 128 | OTHER | ADMIN. CLS |
| 129 | DISPARAGING R | ADMIN. CLS |
| 130 | OTHER | ADMIN. CLS |
| 131 | OTHER | ADMIN. CLS |
| 132 | DISPARAGING R | ADMIN. CLS |
| 133 | DISPARAGING R | ADMIN. CLS |
| 134 | RACE | ADMIN. CLS |
| 135 | SEXUAL HARASS | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 136 | RETALIATION | ADMIN. CLS |
| 137 | DISPARAGING R | ADMIN. CLS |
| 138 | SEXUAL HARASS | ADMIN. CLS |
| 139 | DISPARAGING R | ADMIN. CLS |
| 140 | RACE | ADMIN. CLS |
| 141 | SEXUAL HARASS | ADMIN. CLS |
| 142 | DISPARAGING R | ADMIN. CLS |
| 143 | RACE | ADMIN. CLS |
| 144 | DISPARAGING R | ADMIN. CLS |
| 145 | DISPARAGING R | ADMIN. CLS |
| 146 | GENDER | UNFOUNDED |
| 147 | RETALIATION | ADMIN. CLS |
| 148 | OTHER | ADMIN. CLS |
| 149 | OTHER | ADMIN. CLS |
| 150 | RACE | ADMIN. CLS |
| 151 | DISPARAGING R | SUB |
| 152 | RACE | UNFOUNDED |
| 153 | SEXUAL HARASS | ADMIN. CLS |
| 154 | RACE | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
| --- | --- | --- |
| 155 | OTHER | ADMIN. CLS |
| 156 | DISPARAGING R | ADMIN. CLS |
| 157 | SEXUAL HARASS | SUB |
| 158 | SEXUAL HARASS | CONCILIATED |
| 159 | SEXUAL HARASS | ADMIN. CLS |
| 160 | RACE | ADMIN. CLS |
| 161 | SEXUAL HARASS | ADMIN. CLS |
| 162 | DISPARAGING R | ADMIN. CLS |
| 163 | OTHER | ADMIN. CLS |
| 164 | DISPARAGING R | ADMIN. CLS |
| 165 | RACE | ADMIN. CLS |
| 166 | RACE | ADMIN. CLS |
| 167 | OTHER | ADMIN. CLS |
| 168 | OTHER | ADMIN. CLS |
| 169 | DISPARAGING R | ADMIN. CLS |
| 170 | DISPARAGING R | ADMIN. CLS |
| 171 | DISPARAGING R | ADMIN. CLS |
| 172 | DISPARAGING R | ADMIN. CLS |
| 173 | DISPARAGING R | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
| --- | --- | --- |
| 174 | DISPARAGING R | ADMIN. CLS |
| 175 | GENDER | ADMIN. CLS |
| 176 | DISPARAGING R | ADMIN. CLS |
| 177 | RACE | ADMIN. CLS |
| 178 | OTHER | ADMIN. CLS |
| 179 | DISPARAGING R | ADMIN. CLS |
| 180 | RACE | ADMIN. CLS |
| 181 | RETALIATION | ADMIN. CLS |
| 182 | DISPARAGING R | ADMIN. CLS |
| 183 | SEXUAL HARASS | ADMIN. CLS |
| 184 | DISPARAGING R | ADMIN. CLS |
| 185 | GENDER | EXONERATED |
| 186 | SEXUAL HARASS | ADMIN. CLS |
| 187 | OTHER | ADMIN. CLS |
| 188 | RETALIATION | ADMIN. CLS |
| 189 | RETALIATION | ADMIN. CLS |
| 190 | RACE | ADMIN. CLS |
| 191 | RACE | ADMIN. CLS |
| 192 | RACE | EXONERATED |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 193 | RELIGION | ADMIN. CLS |
| 194 | GENDER | UNFOUNDED |
| 195 | SEXUAL HARASS | SUB |
| 196 | SEXUAL HARASS | ADMIN. CLS |
| 197 | DISPARAGING R | EXONERATED |
| 198 | SEXUAL HARASS | SUB |
| 199 | DISPARAGING R | ADMIN. CLS |
| 200 | OTHER | ADMIN. CLS |
| 201 | DISPARAGING R | ADMIN. CLS |
| 202 | RACE | ADMIN. CLS |
| 203 | DISPARAGING R | ADMIN. CLS |
| 204 | RACE | ADMIN. CLS |
| 205 | DISPARAGING R | ADMIN. CLS |
| 206 | RACE | ADMIN. CLS |
| 207 | SEXUAL HARASS | ADMIN. CLS |
| 208 | RACE | ADMIN. CLS |
| 209 | RACE | UNFOUNDED |
| 210 | DISPARAGING R | ADMIN. CLS |
| 211 | DISPARAGING R | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 212 | DISPARAGING R | ADMIN. CLS |
| 213 | DISPARAGING R | ADMIN. CLS |
| 214 | SEXUAL ORIENT | EXONERATED |
| 215 | DISPARAGING R | ADMIN. CLS |
| 216 | RETALIATION | ADMIN. CLS |
| 217 | RACE | EXONERATED |
| 218 | DISPARAGING R | ADMIN. CLS |
| 219 | RETALIATION | ADMIN. CLS |
| 220 | SEXUAL HARASS | ADMIN. CLS |
| 221 | OTHER | ADMIN. CLS |
| 222 | DISPARAGING R | ADMIN. CLS |
| 223 | DISPARAGING R | ADMIN. CLS |
| 224 | RACE | UNFOUNDED |
| 225 | RELIGION | ADMIN. CLS |
| 226 | RELIGION | ADMIN. CLS |
| 227 | DISPARAGING R | ADMIN. CLS |
| 228 | RETALIATION | ADMIN. CLS |
| 229 | RETALIATION | ADMIN. CLS |
| 230 | SEXUAL HARASS | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 231 | DISPARAGING R | ADMIN. CLS |
| 232 | SEXUAL HARASS | ADMIN. CLS |
| 233 | DISPARAGING R | ADMIN. CLS |
| 234 | GENDER | ADMIN. CLS |
| 235 | DISPARAGING R | ADMIN. CLS |
| 236 | DISPARAGING R | ADMIN. CLS |
| 237 | RETALIATION | EXONERATED |
| 238 | DISPARAGING R | ADMIN. CLS |
| 239 | GENDER | ADMIN. CLS |
| 240 | DISPARAGING R | ADMIN. CLS |
| 241 | GENDER | ADMIN. CLS |
| 242 | DISPARAGING R | ADMIN. CLS |
| 243 | RELIGION | UNFOUNDED |
| 244 | RETALIATION | ADMIN. CLS |
| 245 | DISPARAGING R | ADMIN. CLS |
| 246 | DISPARAGING R | ADMIN. CLS |
| 247 | OTHER | ADMIN. CLS |
| 248 | RETALIATION | ADMIN. CLS |
| 249 | RETALIATION | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 250 | ARREST | ADMIN. CLS |
| 251 | OTHER | ADMIN. CLS |
| 252 | DISPARAGING R | UNFOUNDED |
| 253 | RACE | ADMIN. CLS |
| 254 | RACE | ADMIN. CLS |
| 255 | GENDER | ADMIN. CLS |
| 256 | SEXUAL HARASS | UNFOUNDED |
| 257 | DISPARAGING R | ADMIN. CLS |
| 258 | GENDER | ADMIN. CLS |
| 259 | DISPARAGING R | ADMIN. CLS |
| 260 | SEXUAL HARASS | ADMIN. CLS |
| 261 | RACE | ADMIN. CLS |
| 262 | RACE | ADMIN. CLS |
| 263 | SEXUAL HARASS | ADMIN. CLS |
| 264 | DISPARAGING R | ADMIN. CLS |
| 265 | DISPARAGING R | ADMIN. CLS |
| 266 | RETALIATION | UNFOUNDED |
| 267 | NATIONAL ORIGI | ADMIN. CLS |
| 268 | DISPARAGING R | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 269 | RACE | ADMIN. CLS |
| 270 | GENDER | ADMIN. CLS |
| 271 | OTHER | ADMIN. CLS |
| 272 | GENDER | ADMIN. CLS |
| 273 | RACE | ADMIN. CLS |
| 274 | DISPARAGING R | ADMIN. CLS |
| 275 | DISPARAGING R | ADMIN. CLS |
| 276 | RACE | ADMIN. CLS |
| 277 | OTHER | ADMIN. CLS |
| 278 | RACE | UNFOUNDED |
| 279 | RACE | ADMIN. CLS |
| 280 | RACE | ADMIN. CLS |
| 281 | RACE | ADMIN. CLS |
| 282 | SEXUAL HARASS | ADMIN. CLS |
| 283 | OTHER | ADMIN. CLS |
| 284 | DISPARAGING R | ADMIN. CLS |
| 285 | NATIONAL ORIGI | ADMIN. CLS |
| 286 | GENDER | ADMIN. CLS |
| 287 | RETALIATION | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 288 | SEXUAL HARASS | ADMIN. CLS |
| 289 | SEXUAL HARASS | ADMIN. CLS |
| 290 | DISPARAGING R | ADMIN. CLS |
| 291 | DISPARAGING R | ADMIN. CLS |
| 292 | DISPARAGING R | ADMIN. CLS |
| 293 | SEXUAL ORIENT | ADMIN. CLS |
| 294 | NATIONAL ORIGI | ADMIN. CLS |
| 295 | DISPARAGING R | ADMIN. CLS |
| 296 | GENDER | ADMIN. CLS |
| 297 | SEXUAL HARASS | ADMIN. CLS |
| 298 | OTHER | ADMIN. CLS |
| 299 | DISPARAGING R | ADMIN. CLS |
| 300 | RACE | ADMIN. CLS |
| 302 | RACE | ADMIN. CLS |
| 303 | DISPARAGING R | SUB |
| 304 | DISPARAGING R | ADMIN. CLS |
| 305 | RACE | ADMIN. CLS |
| 306 | GENDER | ADMIN. CLS |
| 307 | SEXUAL HARASS | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 308 | DISPARAGING R | ADMIN. CLS |
| 309 | RACE | ADMIN. CLS |
| 310 | DISPARAGING R | ADMIN. CLS |
| 311 | GENDER | UNFOUNDED |
| 312 | SEXUAL HARASS | ADMIN. CLS |
| 313 | RACE | SUB |
| 314 | DISPARAGING R | ADMIN. CLS |
| 315 | RACE | UNFOUNDED |
| 316 | RACE | ADMIN. CLS |
| 317 | DISPARAGING R | ADMIN. CLS |
| 318 | RETALIATION | SUB |
| 319 | SEXUAL HARASS | CONCILIATED |
| 320 | RELIGION | ADMIN. CLS |
| 321 | SEXUAL HARASS | UNSUB |
| 322 | SEXUAL HARASS | ADMIN. CLS |
| 323 | DISPARAGING R | ADMIN. CLS |
| 324 | DISPARAGING R | ADMIN. CLS |
| 326 | DISPARAGING R | ADMIN. CLS |
| 327 | RETALIATION | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 328 | OTHER | ADMIN. CLS |
| 329 | RACE | ADMIN. CLS |
| 330 | DISPARAGING R | ADMIN. CLS |
| 331 | DISPARAGING R | ADMIN. CLS |
| 332 | RETALIATION | ADMIN. CLS |
| 333 | DISPARAGING R | ADMIN. CLS |
| 334 | DISPARAGING R | ADMIN. CLS |
| 335 | RETALIATION | ADMIN. CLS |
| 336 | DISPARAGING R | ADMIN. CLS |
| 337 | DISPARAGING R | ADMIN. CLS |
| 338 | RACE | EXONERATED |
| 339 | RACE | UNFOUNDED |
| 340 | DISPARAGING R | ADMIN. CLS |
| 341 | RACE | EXONERATED |
| 342 | OTHER | ADMIN. CLS |
| 343 | DISPARAGING R | ADMIN. CLS |
| 344 | DISPARAGING R | ADMIN. CLS |
| 345 | RACE | ADMIN. CLS |
| 346 | DISPARAGING R | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 347 | DISPARAGING R | ADMIN. CLS |
| 348 | RACE | ADMIN. CLS |
| 349 | DISPARAGING R | ADMIN. CLS |
| 350 | OTHER | SUB |
| 351 | OTHER | ADMIN. CLS |
| 352 | DISPARAGING R | ADMIN. CLS |
| 353 | DISPARAGING R | ADMIN. CLS |
| 354 | DISPARAGING R | ADMIN. CLS |
| 355 | DISPARAGING R | ADMIN. CLS |
| 356 | SEXUAL HARASS | SUB |
| 357 | RACE | ADMIN. CLS |
| 358 | RETALIATION | ADMIN. CLS |
| 359 | OTHER | ADMIN. CLS |
| 360 | DISPARAGING R | ADMIN. CLS |
| 361 | DISPARAGING R | ADMIN. CLS |
| 362 | SEXUAL HARASS | ADMIN. CLS |
| 363 | RACE | ADMIN. CLS |
| 364 | DISPARAGING R | ADMIN. CLS |
| 365 | GENDER | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 366 | RACE | ADMIN. CLS |
| 367 | SEXUAL HARASS | ADMIN. CLS |
| 368 | DISPARAGING  R | ADMIN. CLS |
| 369 | OTHER | ADMIN. CLS |
| 370 | SEXUAL HARASS | ADMIN. CLS |
| 371 | RETALIATION | ADMIN. CLS |
| 372 | RETALIATION | ADMIN. CLS |
| 373 | GENDER | UNFOUNDED |
| 374 | SEXUAL HARASS | ADMIN. CLS |
| 375 | DISPARAGING  R | ADMIN. CLS |
| 376 | RETALIATION | EXONERATED |
| 377 | DISPARAGING  R | UNFOUNDED |
| 378 | RETALIATION | ADMIN. CLS |
| 379 | RACE | ADMIN. CLS |
| 380 | DISPARAGING  R | ADMIN. CLS |
| 381 | OTHER | ADMIN. CLS |
| 382 | DISPARAGING  R | UNFOUNDED |
| 383 | SEXUAL HARASS | ADMIN. CLS |
| 384 | DISPARAGING  R | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
| --- | --- | --- |
| 385 | RELIGION | ADMIN. CLS |
| 386 | RETALIATION | ADMIN. CLS |
| 387 | OTHER | ADMIN. CLS |
| 388 | RACE | EXONERATED |
| 389 | RACE | UNFOUNDED |
| 390 | OTHER | ADMIN. CLS |
| 391 | SEXUAL HARASS | ADMIN. CLS |
| 392 | OTHER | ADMIN. CLS |
| 393 | DISPARAGING R | ADMIN. CLS |
| 394 | SEXUAL HARASS | ADMIN. CLS |
| 395 | RACE | ADMIN. CLS |
| 396 | SEXUAL ORIENT | ADMIN. CLS |
| 397 | DISPARAGING R | ADMIN. CLS |
| 398 | SEXUAL ORIENT | UNFOUNDED |
| 399 | RETALIATION | EXONERATED |
| 400 | SEXUAL HARASS | ADMIN. CLS |
| 401 | RETALIATION | ADMIN. CLS |
| 402 | AGE | ADMIN. CLS |
| 403 | RETALIATION | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 404 | DISPARAGING R | ADMIN. CLS |
| 405 | OTHER | ADMIN. CLS |
| 406 | SEXUAL ORIENT | UNFOUNDED |
| 407 | OTHER | ADMIN. CLS |
| 408 | OTHER | ADMIN. CLS |
| 409 | SEXUAL HARASS | ADMIN. CLS |
| 410 | SEXUAL ORIENT | EXONERATED |
| 411 | OTHER | ADMIN. CLS |
| 412 | OTHER | ADMIN. CLS |
| 413 | RETALIATION | ADMIN. CLS |
| 414 | RETALIATION | ADMIN. CLS |
| 415 | DISPARAGING R | ADMIN. CLS |
| 416 | DISPARAGING R | ADMIN. CLS |
| 417 | SEXUAL HARASS | ADMIN. CLS |
| 418 | RETALIATION | ADMIN. CLS |
| 419 | DISPARAGING R | ADMIN. CLS |
| 420 | RETALIATION | ADMIN. CLS |
| 421 | RETALIATION | EXONERATED |
| 422 | RACE | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 423 | DISPARAGING R | EXONERATED |
| 424 | OTHER | ADMIN. CLS |
| 425 | RACE | UNFOUNDED |
| 426 | OTHER | ADMIN. CLS |
| 427 | DISPARAGING R | ADMIN. CLS |
| 428 | RACE | ADMIN. CLS |
| 429 | SEXUAL HARASS | UNFOUNDED |
| 430 | RETALIATION | ADMIN. CLS |
| 431 | RACE | ADMIN. CLS |
| 432 | RACE | ADMIN. CLS |
| 433 | OTHER | ADMIN. CLS |
| 434 | DISABILITY | ADMIN. CLS |
| 435 | DISPARAGING R | ADMIN. CLS |
| 436 | RACE | ADMIN. CLS |
| 437 | SEXUAL HARASS | ADMIN. CLS |
| 438 | SEXUAL HARASS | ADMIN. CLS |
| 439 | DISPARAGING R | ADMIN. CLS |
| 440 | RACE | ADMIN. CLS |
| 441 | DISPARAGING R | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 442 | GENDER | ADMIN. CLS |
| 443 | DISPARAGING R | ADMIN. CLS |
| 444 | OTHER | ADMIN. CLS |
| 445 | SEXUAL HARASS | ADMIN. CLS |
| 446 | RETALIATION | ADMIN. CLS |
| 447 | SEXUAL ORIENT | EXONERATED |
| 448 | RETALIATION | EXONERATED |
| 449 | DISPARAGING R | ADMIN. CLS |

**TOTAL CASES**                                      **444**

## 2001 EEO Complaints - with Case No. Complaint Nature and Disposition

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 1 | SEXUAL ORIENT | ADMIN. CLS |
| 2 | RACE | UNSUB |
| 3 | REASONABLE AC | ADMIN. CLS |
| 4 | OTHER | ADMIN. CLS |
| 5 | RETALIATION | UNFOUNDED |
| 6 | OTHER | ADMIN. CLS |
| 7 | RELIGION | ADMIN. CLS |
| 8 | RACE | ADMIN. CLS |
| 9 | RACE | ADMIN. CLS |
| 10 | NATIONAL ORIGI | ADMIN. CLS |
| 11 | RELIGION | ADMIN. CLS |
| 12 | RACE | WITHDRAWN |
| 13 | DISABILITY | EXONERATED |
| 14 | RACE | UNFOUNDED |
| 15 | SEXUAL HARASS | UNSUB |
| 16 | DISPARAGING R | SUB |
| 17 | DISPARAGING R | ADMIN. CLS |
| 18 | RACE | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 19 | SEXUAL ORIENT | ADMIN. CLS |
| 20 | OTHER | ADMIN. CLS |
| 21 | OTHER | ADMIN. CLS |
| 22 | RACE | ADMIN. CLS |
| 23 | SEXUAL HARASS | ADMIN. CLS |
| 24 | RETALIATION | ADMIN. CLS |
| 25 | RETALIATION | ADMIN. CLS |
| 26 | REASONABLE AC | ADMIN. CLS |
| 27 | NATIONAL ORIGI | ADMIN. CLS |
| 28 | RETALIATION | ADMIN. CLS |
| 29 | RACE | WITHDRAWN |
| 30 | RACE | WITHDRAWN |
| 31 | RELIGION | ADMIN. CLS |
| 32 | OTHER | ADMIN. CLS |
| 33 | RACE | ADMIN. CLS |
| 34 | OTHER | ADMIN. CLS |
| 35 | SEXUAL HARASS | ADMIN. CLS |
| 36 | RETALIATION | ADMIN. CLS |
| 37 | DISABILITY | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 38 | RACE | ADMIN. CLS |
| 39 | RACE | ADMIN. CLS |
| 40 | SEXUAL HARASS | WITHDRAWN |
| 41 | AGE | ADMIN. CLS |
| 42 | GENDER | ADMIN. CLS |
| 43 | RACE | EXONERATED |
| 44 | RACE | ADMIN. CLS |
| 45 | OTHER | ADMIN. CLS |
| 46 | RACE | EXONERATED |
| 47 | RACE | UNSUB |
| 48 | DISPARAGING R | ADMIN. CLS |
| 49 | RETALIATION | ADMIN. CLS |
| 50 | RETALIATION | ADMIN. CLS |
| 51 | DISPARAGING R | ADMIN. CLS |
| 52 | RACE | SUB |
| 53 | OTHER | ADMIN. CLS |
| 54 | DISPARAGING R | ADMIN. CLS |
| 55 | OTHER | ADMIN. CLS |
| 56 | SEXUAL HARASS | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|-----------------|-------------|
| 57 | OTHER | ADMIN. CLS |
| 58 | RACE | ADMIN. CLS |
| 59 | OTHER | EXONERATED |
| 60 | GENDER | ADMIN. CLS |
| 61 | RETALIATION | ADMIN. CLS |
| 62 | OTHER | ADMIN. CLS |
| 63 | GENDER | EXONERATED |
| 64 | RACE | ADMIN. CLS |
| 65 | DISPARAGING R | ADMIN. CLS |
| 66 | RACE | WITHDRAWN |
| 67 | RACE | ADMIN. CLS |
| 68 | RACE | ADMIN. CLS |
| 69 | OTHER | ADMIN. CLS |
| 70 | DISPARAGING R | ADMIN. CLS |
| 71 | DISPARAGING R | ADMIN. CLS |
| 72 | GENDER | ADMIN. CLS |
| 73 | SEXUAL HARASS | ADMIN. CLS |
| 74 | RACE | ADMIN. CLS |
| 75 | DISPARAGING R | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 76 | RACE | WITHDRAWN |
| 77 | DISABILITY | ADMIN. CLS |
| 78 | RETALIATION | ADMIN. CLS |
| 79 | NATIONAL ORIGI | ADMIN. CLS |
| 80 | DISPARAGING R | ADMIN. CLS |
| 81 | OTHER | ADMIN. CLS |
| 82 | RETALIATION | ADMIN. CLS |
| 83 | OTHER | ADMIN. CLS |
| 84 | RETALIATION | ADMIN. CLS |
| 85 | DISPARAGING R | ADMIN. CLS |
| 86 | SEXUAL HARASS | ADMIN. CLS |
| 87 | RETALIATION | ADMIN. CLS |
| 88 | DISABILITY | ADMIN. CLS |
| 89 | DISPARAGING R | SUB |
| 90 | RACE | ADMIN. CLS |
| 91 | DISPARAGING R | ADMIN. CLS |
| 92 | OTHER | ADMIN. CLS |
| 93 | DISPARAGING R | SUB |
| 94 | DISPARAGING R | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|-----------------|-------------|
| 95 | RETALIATION | ADMIN. CLS |
| 96 | RACE | UNFOUNDED |
| 97 | DISPARAGING R | ADMIN. CLS |
| 98 | RACE | ADMIN. CLS |
| 99 | DISABILITY | EXONERATED |
| 100 | GENDER | UNSUB |
| 101 | DISPARAGING R | ADMIN. CLS |
| 102 | RETALIATION | ADMIN. CLS |
| 103 | GENDER | UNFOUNDED |
| 104 | RACE | ADMIN. CLS |
| 105 | OTHER | ADMIN. CLS |
| 106 | OTHER | ADMIN. CLS |
| 107 | RETALIATION | ADMIN. CLS |
| 108 | RACE | ADMIN. CLS |
| 109 | RETALIATION | UNSUB |
| 110 | DISPARAGING R | EXONERATED |
| 111 | DISPARAGING R | ADMIN. CLS |
| 112 | SEXUAL ORIENT | ADMIN. CLS |
| 113 | OTHER | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 114 | DISPARAGING R | ADMIN. CLS |
| 115 | DISPARAGING R | ADMIN. CLS |
| 116 | DISPARAGING R | ADMIN. CLS |
| 117 | RACE | ADMIN. CLS |
| 118 | RETALIATION | EXONERATED |
| 119 | RACE | ADMIN. CLS |
| 120 | DISABILITY | ADMIN. CLS |
| 121 | SEXUAL HARASS | ADMIN. CLS |
| 122 | RACE | ADMIN. CLS |
| 123 | DISPARAGING R | ADMIN. CLS |
| 124 | RETALIATION | ADMIN. CLS |
| 125 | GENDER | ADMIN. CLS |
| 126 | GENDER | ADMIN. CLS |
| 127 | DISABILITY | ADMIN. CLS |
| 128 | RACE | WITHDRAWN |
| 129 | DISPARAGING R | ADMIN. CLS |
| 130 | OTHER | ADMIN. CLS |
| 131 | DISPARAGING R | ADMIN. CLS |
| 132 | RACE | UNFOUNDED |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 133 | SEXUAL HARASS | SUB |
| 134 | DISPARAGING R | ADMIN. CLS |
| 135 | OTHER | ADMIN. CLS |
| 136 | DISPARAGING R | ADMIN. CLS |
| 137 | DISPARAGING R | ADMIN. CLS |
| 138 | RACE | ADMIN. CLS |
| 139 | SEXUAL HARASS | ADMIN. CLS |
| 140 | NATIONAL ORIGI | ADMIN. CLS |
| 141 | RACE | EXONERATED |
| 142 | DISABILITY | ADMIN. CLS |
| 143 | DISPARAGING R | ADMIN. CLS |
| 144 | RETALIATION | ADMIN. CLS |
| 145 | RACE | UNFOUNDED |
| 146 | OTHER | ADMIN. CLS |
| 147 | GENDER | ADMIN. CLS |
| 148 | OTHER | ADMIN. CLS |
| 149 | SEXUAL HARASS | ADMIN. CLS |
| 150 | RACE | ADMIN. CLS |
| 151 | RACE | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 152 | DISPARAGING R | ADMIN. CLS |
| 153 | DISPARAGING R | ADMIN. CLS |
| 154 | DISPARAGING R | ADMIN. CLS |
| 155 | OTHER | ADMIN. CLS |
| 156 | SEXUAL HARASS | ADMIN. CLS |
| 157 | DISABILITY | ADMIN. CLS |
| 158 | SEXUAL HARASS | ADMIN. CLS |
| 159 | SEXUAL HARASS | ADMIN. CLS |
| 160 | OTHER | ADMIN. CLS |
| 161 | NATIONAL ORIGI | ADMIN. CLS |
| 162 | GENDER | ADMIN. CLS |
| 163 | DISPARAGING R | ADMIN. CLS |
| 164 | RETALIATION | EXONERATED |
| 165 | GENDER | ADMIN. CLS |
| 166 | SEXUAL HARASS | ADMIN. CLS |
| 167 | DISPARAGING R | ADMIN. CLS |
| 168 | DISPARAGING R | ADMIN. CLS |
| 169 | RETALIATION | ADMIN. CLS |
| 170 | RETALIATION | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 171 | RACE | UNFOUNDED |
| 172 | DISPARAGING R | ADMIN. CLS |
| 173 | DISPARAGING R | ADMIN. CLS |
| 174 | GENDER | ADMIN. CLS |
| 175 | DISPARAGING R | ADMIN. CLS |
| 176 | DISPARAGING R | ADMIN. CLS |
| 177 | OTHER | ADMIN. CLS |
| 178 | DISPARAGING R | ADMIN. CLS |
| 179 | DISPARAGING R | ADMIN. CLS |
| 180 | RACE | ADMIN. CLS |
| 181 | OTHER | ADMIN. CLS |
| 182 | RACE | UNFOUNDED |
| 183 | SEXUAL HARASS | ADMIN. CLS |
| 184 | OTHER | ADMIN. CLS |
| 185 | GENDER | EXONERATED |
| 186 | SEXUAL HARASS | ADMIN. CLS |
| 187 | GENDER | ADMIN. CLS |
| 188 | GENDER | ADMIN. CLS |
| 189 | SEXUAL HARASS | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 190 | RELIGION | ADMIN. CLS |
| 191 | NATIONAL ORIGI | ADMIN. CLS |
| 192 | RACE | ADMIN. CLS |
| 193 | RACE | SUB |
| 194 | RACE | ADMIN. CLS |
| 195 | GENDER | ADMIN. CLS |
| 196 | RACE | EXONERATED |
| 197 | GENDER | ADMIN. CLS |
| 198 | SEXUAL HARASS | WITHDRAWN |
| 199 | AGE | EXONERATED |
| 200 | GENDER | WITHDRAWN |
| 201 | DISPARAGING R | ADMIN. CLS |
| 202 | DISPARAGING R | ADMIN. CLS |
| 203 | SEXUAL HARASS | ADMIN. CLS |
| 204 | DISABILITY | WITHDRAWN |
| 205 | SEXUAL ORIENT | ADMIN. CLS |
| 206 | RACE | ADMIN. CLS |
| 207 | RACE | ADMIN. CLS |
| 208 | GENDER | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 209 | SEXUAL HARASS | ADMIN. CLS |
| 210 | RACE | ADMIN. CLS |
| 211 | RETALIATION | ADMIN. CLS |
| 212 | RETALIATION | ADMIN. CLS |
| 213 | DISPARAGING R | ADMIN. CLS |
| 214 | RACE | SUB |
| 215 | OTHER | UNSUB |
| 216 | OTHER | ADMIN. CLS |
| 217 | RETALIATION | ADMIN. CLS |
| 218 | SEXUAL HARASS | ADMIN. CLS |
| 219 | DISPARAGING R | ADMIN. CLS |
| 220 | DISPARAGING R | ADMIN. CLS |
| 221 | SEXUAL ORIENT | ADMIN. CLS |
| 222 | DISPARAGING R | ADMIN. CLS |
| 223 | RACE | EXONERATED |
| 224 | SEXUAL HARASS | SUB |
| 225 | RETALIATION | EXONERATED |
| 226 | OTHER | ADMIN. CLS |
| 227 | RETALIATION | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 228 | GENDER | ADMIN. CLS |
| 229 | RACE | ADMIN. CLS |
| 230 | SEXUAL HARASS | EXONERATED |
| 231 | RACE | ADMIN. CLS |
| 232 | RACE | ADMIN. CLS |
| 233 | RETALIATION | ADMIN. CLS |
| 234 | DISPARAGING R | ADMIN. CLS |
| 235 | OTHER | EXONERATED |
| 236 | OTHER | ADMIN. CLS |
| 237 | SEXUAL HARASS | UNSUB |
| 238 | RETALIATION | WITHDRAWN |
| 239 | RACE | UNSUB |
| 240 | NATIONAL ORIGI | WITHDRAWN |
| 241 | OTHER | ADMIN. CLS |
| 242 | DISPARAGING R | ADMIN. CLS |
| 243 | DISPARAGING R | ADMIN. CLS |
| 244 | RACE | ADMIN. CLS |
| 245 | DISABILITY | WITHDRAWN |
| 246 | DISABILITY | EXONERATED |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 247 | RACE | ADMIN. CLS |
| 248 | SEXUAL HARASS | ADMIN. CLS |
| 249 | DISPARAGING R | SUB |
| 250 | DISPARAGING R | SUB |
| 251 | RACE | WITHDRAWN |
| 252 | SEXUAL HARASS | UNSUB |
| 253 | DISPARAGING R | ADMIN. CLS |
| 254 | SEXUAL ORIENT | ADMIN. CLS |
| 255 | SEXUAL HARASS | ADMIN. CLS |
| 256 | SEXUAL HARASS | ADMIN. CLS |
| 257 | DISPARAGING R | ADMIN. CLS |
| 258 | DISPARAGING R | ADMIN. CLS |
| 259 | RETALIATION | WITHDRAWN |
| 260 | GENDER | ADMIN. CLS |
| 261 | DISPARAGING R | ADMIN. CLS |
| 262 | SEXUAL HARASS | ADMIN. CLS |
| 263 | GENDER | WITHDRAWN |
| 264 | NATIONAL ORIGI | ADMIN. CLS |
| 265 | RACE | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
| --- | --- | --- |
| 266 | DISPARAGING R | ADMIN. CLS |
| 267 | SEXUAL ORIENT | ADMIN. CLS |
| 268 | RACE | EXONERATED |
| 269 | OTHER | ADMIN. CLS |
| 270 | RETALIATION | ADMIN. CLS |
| 271 | DISPARAGING R | UNFOUNDED |
| 272 | RETALIATION | UNSUB |
| 273 | DISPARAGING R | ADMIN. CLS |
| 274 | RETALIATION | ADMIN. CLS |
| 275 | DISPARAGING R | UNFOUNDED |
| 276 | DISPARAGING R | ADMIN. CLS |
| 277 | RETALIATION | ADMIN. CLS |
| 278 | RACE | ADMIN. CLS |
| 279 | DISPARAGING R | ADMIN. CLS |
| 280 | RETALIATION | ADMIN. CLS |
| 281 | RELIGION | ADMIN. CLS |
| 282 | NATIONAL ORIGI | ADMIN. CLS |
| 283 | OTHER | ADMIN. CLS |
| 284 | OTHER | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 285 | SEXUAL HARASS | UNFOUNDED |
| 286 | OTHER | ADMIN. CLS |
| 287 | RETALIATION | WITHDRAWN |
| 288 | RACE | ADMIN. CLS |
| 289 | RETALIATION | ADMIN. CLS |
| 290 | DISPARAGING R | ADMIN. CLS |
| 291 | SEXUAL HARASS | ADMIN. CLS |
| 292 | SEXUAL HARASS | UNFOUNDED |
| 293 | GENDER | ADMIN. CLS |
| 294 | SEXUAL HARASS | ADMIN. CLS |
| 295 | RETALIATION | UNSUB |
| 296 | OTHER | ADMIN. CLS |
| 297 | DISPARAGING R | SUB |
| 298 | SEXUAL HARASS | SUB |
| 299 | DISPARAGING R | ADMIN. CLS |
| 300 | DISPARAGING R | SUB |
| 301 | RETALIATION | UNFOUNDED |
| 302 | OTHER | ADMIN. CLS |
| 303 | RACE | UNSUB |

| Case # | Complaint Nature | Disposition |
|--------|-----------------|-------------|
| 304 | RELIGION | ADMIN. CLS |
| 305 | DISABILITY | EXONERATED |
| 306 | SEXUAL ORIENT | ADMIN. CLS |
| 307 | GENDER | ADMIN. CLS |
| 308 | DISPARAGING R | CONCILIATED |
| 309 | SEXUAL HARASS | ADMIN. CLS |
| 310 | DISPARAGING R | ADMIN. CLS |
| 311 | DISPARAGING R | UNFOUNDED |
| 312 | DISPARAGING R | ADMIN. CLS |
| 313 | RACE | ADMIN. CLS |
| 314 | DISABILITY | ADMIN. CLS |
| 315 | RETALIATION | ADMIN. CLS |
| 316 | OTHER | ADMIN. CLS |
| 317 | OTHER | ADMIN. CLS |
| 318 | DISPARAGING R | ADMIN. CLS |
| 319 | RACE | ADMIN. CLS |
| 320 | SEXUAL HARASS | UNFOUNDED |
| 321 | DISPARAGING R | ADMIN. CLS |
| 322 | DISABILITY | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 323 | DISPARAGING R | ADMIN. CLS |
| 324 | RACE | ADMIN. CLS |
| 325 | SEXUAL ORIENT | ADMIN. CLS |
| 326 | DISPARAGING R | ADMIN. CLS |
| 327 | DISPARAGING R | ADMIN. CLS |
| 328 | RACE | ADMIN. CLS |
| 329 | GENDER | ADMIN. CLS |
| 330 | SEXUAL HARASS | ADMIN. CLS |
| 331 | RACE | ADMIN. CLS |
| 332 | SEXUAL HARASS | ADMIN. CLS |
| 333 | DISPARAGING R | ADMIN. CLS |
| 334 | DISPARAGING R | ADMIN. CLS |
| 335 | RETALIATION | ADMIN. CLS |
| 336 | DISPARAGING R | ADMIN. CLS |
| 337 | RACE | ADMIN. CLS |
| 338 | SEXUAL HARASS | UNFOUNDED |
| 339 | SEXUAL HARASS | ADMIN. CLS |
| 340 | DISPARAGING R | ADMIN. CLS |
| 341 | DISPARAGING R | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 342 | RACE | ADMIN. CLS |
| 343 | SEXUAL HARASS | ADMIN. CLS |
| 344 | RACE | ADMIN. CLS |
| 345 | SEXUAL ORIENT | EXONERATED |
| 346 | DISPARAGING R | WITHDRAWN |
| 347 | RETALIATION | EXONERATED |
| 348 | SEXUAL HARASS | UNSUB |
| 349 | RACE | ADMIN. CLS |
| 350 | DISPARAGING R | ADMIN. CLS |
| 351 | DISPARAGING R | ADMIN. CLS |
| 352 | SEXUAL HARASS | ADMIN. CLS |
| 353 | RACE | ADMIN. CLS |
| 354 | DISPARAGING R | ADMIN. CLS |
| 355 | OTHER | ADMIN. CLS |
| 356 | OTHER | ADMIN. CLS |
| 357 | SEXUAL HARASS | SUB |
| 358 | OTHER | ADMIN. CLS |
| 359 | GENDER | WITHDRAWN |
| 360 | OTHER | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 361 | SEXUAL HARASS | UNFOUNDED |
| 362 | DISPARAGING R | ADMIN. CLS |
| 363 | OTHER | ADMIN. CLS |
| 364 | SEXUAL HARASS | UNFOUNDED |
| 365 | SEXUAL HARASS | EXONERATED |
| 366 | DISPARAGING R | ADMIN. CLS |
| 367 | DISPARAGING R | ADMIN. CLS |
| 368 | DISPARAGING R | ADMIN. CLS |
| 369 | RACE | ADMIN. CLS |
| 370 | RETALIATION | ADMIN. CLS |
| 371 | DISPARAGING R | ADMIN. CLS |
| 372 | SEXUAL HARASS | ADMIN. CLS |
| 373 | DISPARAGING R | ADMIN. CLS |
| 374 | RACE | WITHDRAWN |
| 375 | RACE | UNFOUNDED |
| 376 | RACE | ADMIN. CLS |
| 377 | DISPARAGING R | ADMIN. CLS |
| 378 | DISPARAGING R | EXONERATED |
| 379 | SEXUAL ORIENT | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
| --- | --- | --- |
| 380 | RETALIATION | ADMIN. CLS |
| 381 | SEXUAL HARASS | EXONERATED |
| 382 | OTHER | ADMIN. CLS |
| 383 | OTHER | ADMIN. CLS |
| 384 | OTHER | ADMIN. CLS |
| 385 | RETALIATION | ADMIN. CLS |
| 386 | DISPARAGING R | ADMIN. CLS |
| 387 | RACE | UNFOUNDED |
| 388 | RACE | ADMIN. CLS |
| 389 | SEXUAL ORIENT | ADMIN. CLS |
| 390 | DISPARAGING R | ADMIN. CLS |
| 391 | OTHER | ADMIN. CLS |
| 392 | DISPARAGING R | ADMIN. CLS |
| 393 | DISPARAGING R | UNFOUNDED |
| 394 | RACE | ADMIN. CLS |
| 395 | SEXUAL HARASS | ADMIN. CLS |
| 396 | DISPARAGING R | ADMIN. CLS |
| 397 | DISPARAGING R | ADMIN. CLS |
| 398 | DISPARAGING R | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|---|---|---|
| 418 | RACE | ADMIN. CLS |
| 419 | DISPARAGING R | ADMIN. CLS |
| 420 | SEXUAL HARASS | ADMIN. CLS |
| 421 | RACE | WITHDRAWN |
| 422 | RACE | UNFOUNDED |
| 423 | DISPARAGING R | ADMIN. CLS |
| 424 | RACE | UNFOUNDED |
| 425 | RACE | ADMIN. CLS |
| 426 | DISPARAGING R | ADMIN. CLS |
| 427 | OTHER | ADMIN. CLS |
| 428 | RACE | WITHDRAWN |
| 429 | RACE | UNFOUNDED |
| 430 | SEXUAL HARASS | ADMIN. CLS |
| 431 | SEXUAL HARASS | ADMIN. CLS |
| 432 | SEXUAL HARASS | ADMIN. CLS |
| 433 | DISPARAGING R | ADMIN. CLS |
| 434 | DISPARAGING R | ADMIN. CLS |
| 435 | SEXUAL HARASS | ADMIN. CLS |
| 436 | RETALIATION | ADMIN. CLS |

| Case # | Complaint Nature | Disposition |
|--------|------------------|-------------|
| 437 | RACE | ADMIN. CLS |
| 438 | SEXUAL HARASS | ADMIN. CLS |
| 439 | DISPARAGING R | ADMIN. CLS |
| 440 | RACE | UNFOUNDED |
| 441 | SEXUAL HARASS | SUB |
| 442 | DISPARAGING R | ADMIN. CLS |
| 443 | RETALIATION | ADMIN. CLS |
| 444 | RACE | ADMIN. CLS |
| 445 | DISABILITY | ADMIN. CLS |

**TOTAL CASES**                    **445**