# EXHIBIT A

1

1

2      50-h HEARING
       ------------------------------------------X
3      In the Matter of the Claim of
       LISSETTE TORRES,
4                                      CLAIMANT,

5                    -against-

6      THE CITY OF NEW YORK, NEW YORK CITY
       POLICE DEPARTMENT, NELDRA M. ZEIGLER,
7      the Deputy Commissioner of Equal
       Employment Opportunity for the New
8      York City Police Department and JANE
       and JOHN DOE, members of NEW YORK
9      CITY POLICE DEPARTMENT #1-10,
                                   RESPONDENTS.
10     ------------------------------------------X
       Claim No:  2016PI009473
11

12                     DATE:  June 30, 2016

13                     TIME:  10:05 a.m.

14

15

16              50-h HEARING of the Claimant,

17     LISSETTE TORRES, in the above-entitled

18     matter, pursuant to Statute, held at the

19     office of Jeffrey Samel & Partners, Esqs.,

20     150 Broadway - 16th Floor, New York, New

21     York 10038, before Gloria Anselm, a Notary

22     Public of the State of New York.

23

24

25

2

```
 1

 2     A P P E A R A N C E S:

 3

 4     THE KURLAND GROUP, ESQS.
         Attorneys for the Claimant
 5       LISSETTE TORRES
         160 Broadway - East Building 11th Floor
 6       New York, New York 10038
         BY:  YETTA G. KURLAND, ESQ.
 7

 8

 9     JEFFREY SAMEL & PARTNERS, ESQS.
         Attorneys for the Respondents
10       THE CITY OF NEW YORK, NEW YORK CITY
         POLICE DEPARTMENT, NELDRA M. ZEIGLER,
11       the Deputy Commissioner of Equal
         Employment Opportunity for the New
12       York City Police Department and JANE
         and JOHN DOE, members of NEW YORK
13       CITY POLICE DEPARTMENT #1-10
         150 Broadway - 16th Floor
14       New York, New York 10038
         BY:  GEORGE SAWAYA, ESQ.,
15                           of Counsel

         Claim No:  2016PI009473
16

17     ALSO PRESENT:
         Michalina Shuter
18

19              *         *         *

20

21

22

23

24

25
```

```
 1                        TORRES
 2      L I S S E T T E   T O R R E S, called as a
 3      witness, having been first duly sworn by a
 4      Notary Public of the State of New York, was
 5      examined and testified as follows:
 6      EXAMINATION BY
 7      MR. SAWAYA:
 8              Q.      Please state your name for the
 9      record.
10              A.      Lissette Torres.
11              Q.      Where do you reside?
12              A.      ███████████████████████
13      ███████████████████████████████
14              Q.      Good morning, Ms. Torres.
15              A.      Good morning.
16              Q.      My name is George Sawaya and I
17      will be asking you some questions about
18      your claim against the city today.  I ask
19      that you keep your voice up and make your
20      answers in words rather than gestures.  The
21      reason for that is for the court reporter.
22      For instance, if you shake your head like
23      this, I know you mean yes, but she needs
24      words coming from you to type onto her
25      machine, so please use words instead of
```

TORRES

1

2    gestures. Also, I ask that you wait until

3    I finish my question before you begin your

4    answer. The reason for that is the court

5    reporter. She can't take down the words of

6    two people speaking at the same time. For

7    example, I might be in the process of

8    framing a question and say you know the

9    answer and start to answer. In normal

10   conversation, that's okay, but here you

11   have to wait for me to finish completely

12   before you answer. If I ask a question you

13   don't understand, let me know and I will be

14   happy to rephrase it. If you answer, I

15   will assume you understood the question.

16       A.   Yes.

17       Q.   First, with only the year on

18   the record, may I have your full date of

19   birth?

20       A.   1970.

21       Q.   And may I have your Social

22   Security number off the record?

23          MR. SAWAYA:  Off the record.

24          (Whereupon, an off-the-record

25        discussion was held.)

```
1                      TORRES
2              MR. KURLAND:  Objection.  Why
3         you need a Social Security number?
4         This is a 50-h hearing.
5              MR. SAWAYA:  I think partly
6         it's for identification.  If you're
7         directing her not to answer, say so.
8              MR. KURLAND:  I am instructing
9         her not to answer.
10        Q.    Do you have a Social Security
11   number?
12        A.    Yes, sir.
13        Q.    Now, how long have you lived
14   the your current address?
15        A.    Since 1994.
16        Q.    Does anyone live there with
17   you?
18        A.    No.
19        Q.    Are you currently employed?
20        A.    Yes.
21        Q.    What is your job?
22        A.    I am a police officer in the
23   New York City Police Department.
24        Q.    And how long have you been a
25   police officer in that department?
```

TORRES

1

2    A.    Eighteen and a half years.

3    Q.    What is your current

4    assignment?

5    A.    My title is police officer and

6    my assignment is auxiliary coordinator.

7    Q.    Where do you work out of?

8    A.    The 48th Precinct.

9    Q.    What is your approximate

10    salary?

11    A.    Yearly?

12    Q.    Yes, however is convenient for

13    you to express it.

14    A.    It varies between eighty-five

15    thousand to like ninety-five thousand.

16    Q.    What was the date of the

17    beginning of the incidents that you're

18    complaining about?

19        MR. KURLAND:   Objection to

20    form.   You can answer the question.

21    A.    Well, there were two incidents.

22    Q.    When was the first one?

23    A.    The first incident happened in

24    June 20th of 2013.

25    Q.    What day in June was it, if you

1                          TORRES

2    remember?

3         A.    I am going to say June 20th.

4         Q.    And where were you when this

5    incident occurred?

6         A.    I was at an off-duty event.   I

7    don't remember particularly the address of

8    the place.   I know it's in the Bronx and

9    it's actually called The Pine 2.

10        Q.    Was that the name of a

11   restaurant or bar?

12        A.    It's a restaurant and bar.

13        Q.    What was the nature of the

14   event?

15        A.    It was what the police

16   department refers to as a 10-13, which is

17   an event they hold for a member of the

18   service who is sick and they were actually

19   trying to raise money for a sergeant who

20   was undergoing brain cancer and they were

21   raising money to help out.

22        Q.    What was the name of the

23   sergeant?

24        A.    Ade Pena.

25        Q.    About what time this event

TORRES

1
2  started?
3          A.      Eight, nine o'clock, p.m.
4          Q.      About how many people were
5  present, approximately?
6          A.      It was jam-packed. I couldn't
7  give you an approximate number. It was
8  pretty full.
9          Q.      What happened at this event?
10         MR. KURLAND:  I object to the
11         form.  You can answer the question if
12         you are able to.
13         A.      I was in the female bathroom
14  with my girlfriend, Lisa. I was in one
15  stall, she was in another stall. At the
16  time, we were the only ones in the
17  bathroom.
18         Q.      What is Lisa's last name?
19         A.      Vales.
20         Q.      Where does she live?
21         A.      In Brooklyn.
22         Q.      Where?
23         A.      218 23rd Street.
24         Q.      Is she also a police officer?
25         A.      She is a sergeant.

1                              TORRES

2          Q.      And what happened?

3          A.      I took a little longer in the

4    bathroom, Lisa was waiting for me, then I

5    heard the door open and then Lisa stated I

6    am going to wait for you outside.

7          Q.      What happened next?

8          A.      Lisa exited the bathroom,

9    that's when I heard Maggie Chu stated you

10   should have used the men's bathroom, bitch.

11         Q.      Is Maggie Chu also a police

12   officer?

13         A.      Yes.

14         Q.      What happened next?

15         A.      I exited the stall and I asked

16   her why did she wait until Lisa exited the

17   bathroom for her to make that statement.

18         Q.      What happened next?

19         A.      Then she stated, well, because

20   she had already left the bathroom, and then

21   I said you waited because you are a coward.

22         Q.      What happened next?

23         A.      At that point she came into my

24   face and start putting her finger in my

25   face saying you of call people should know

TORRES

1

2    I am not a fucking coward and then she

3    chest-bumped me.

4        Q.    What happened next?

5        A.    Next, you know, we were just

6    shoving each other, yelling at each other

7    and then my girlfriend heard the commotion

8    from outside the bathroom, she opened the

9    door and then she pulled me out.

10        Q.    Do you have any opinion as to

11    why Maggie Chu did the things she did?

12            MR. KURLAND:    Objection.    You

13        can answer.    I am saying objection,

14        but you can answer the question.

15        A.    I feel like she has a problem

16    with homosexuals.

17        Q.    What happened next?

18        A.    Me and my girlfriend were

19    standing outside, she asked me what

20    happened and I told her and then, you know,

21    Maggie Chu and a few of her friends, who

22    also were in the bathroom came out and

23    Maggie wanted to say goodbye to Lisa and

24    Lisa said to her, I heard you made a

25    derogatory statement.    I am giving you the

11

TORRES

1

2    opportunity to tell me to my face.  At this

3    moment Maggie admitted what she said.  I

4    did say you should use the men's bathroom,

5    but she never said bitch.

6        Q.    What happened next?

7        A.    Then after that we just went

8    home.

9        Q.    Did you ever make any sort of a

10   complaint about the words and the behavior

11   of Maggie Chu after that?

12       A.    No.

13       Q.    When Maggie Chu admitted saying

14   the words that she admitted, about how many

15   other people were in the vicinity?

16       A.    Well, there was a few girls in

17   the bathroom that I didn't know who they

18   were, but two females, I knew them, because

19   they work at the 48th Precinct, Sergeant

20   Jessica Pabon.

21       Q.    Who is the other one who you

22   knew?

23       A.    Officer C-E-L-I-S  B-E-T-H

24   Perez.

25       Q.    What about outside the

1                        TORRES

2      bathroom, were there people there?

3                    MR. KURLAND:  Objection.  You

4          can answer if you know.

5          A.    The only two I remember outside

6      was my girlfriend and a police officer who

7      had been retired.

8          Q.    What is the name of that police

9      officer?

10         A.    Anton Reese.

11         Q.    Now, about how long you had

12     been at the event when these events

13     occurred?

14         A.    I had been there for about two

15     hours.

16         Q.    Did you have any alcohol

17     beverages during that time?

18         A.    I had a beer.

19         Q.    Prior to this, did you have any

20     other incidents with Maggie Chu?

21         A.    Well, we were friends, but I

22     noticed throughout her friendship she did

23     things that I particularly didn't like.

24         Q.    Like what?

25         A.    For instance, she would invite

1                    TORRES

2    us to her house.

3        Q.      You mean you and Lisa?

4        A.      Yes.  And a few of our friends

5    to her house and her youngest son, at the

6    time he was six years old and her younger

7    son would say things to Lisa, such as if

8    you are a girl, why you dress like a man,

9    you're ugly.  And I spoken to Maggie Chu

10   about that and she never reprimanded him or

11   speak to him about those comments.  I know

12   that she has a stepson and stepdaughter who

13   are gay, but when they are at her house

14   they can't be themselves.  They weren't

15   allowed to be themselves.  There was

16   another time where Lisa and I, we planned a

17   trip in Ptown Massachusetts, which is

18   predominately gay.  We invited Maggie Chu

19   and our friends to come along and they

20   agreed, of course.  We said everybody has

21   to chip in, because we rented a house and

22   then last minute they all bailed out on us

23   and I felt was because they didn't want to

24   go, because it was gays.

25       Q.      Did you ever have any kind of

1                      TORRES

2    incidents with Maggie Chu during working

3    time?

4          A.    After that incident on June of

5    2013, I didn't want to be bothered with her

6    at all, but every time we would pass each

7    other in the female locker room she would

8    give me dirty looks, mumble things, grunt

9    like a dog.  I felt she was like

10   antagonizing me and trying to intimidate

11   me.  And actually there was a recent

12   interaction not too long ago where she

13   continued to antagonize me and intimidate

14   me and it's since 2013.

15         Q.    Have you complained about this

16   behavior to anybody in the police

17   department?

18         A.    No.

19         Q.    When was the next event that

20   you're complaining of?

21         A.    It was going on with her

22   intimidating me.  I felt she was harassing

23   me.  She made any work environment very

24   hostile.  I avoided her at all cost.  I

25   stop going to the locker room.  The

1                          TORRES

2     following time that an incident almost

3     became physical was August 10, 2015.

4          Q.     What precinct or place Sergeant

5     Vales works?

6          A.     She works for Transit K9.

7          Q.     So you're not in the same area

8     of the police department?

9          A.     No.

10          Q.     Where were you on August 10,

11     2015?

12          A.     I was at work at the 48th

13     Precinct, this was about 3:30, 3:40 p.m.    I

14     was in the general area where the desk is

15     and I saw Maggie Chu and her partner come

16     to an arrest.  As she was taking them to

17     the juvenile room, she gave me another

18     dirty look.  It was in between doors, so I

19     was doing something, but we had crossed

20     paths and again she gave me another dirty

21     look and then she started grunting like a

22     dog, mumbling under her breath and I heard

23     her say fucking animal.

24          Q.     What part of the precinct this

25     occurred?

TORRES

1

2          A.    This happened in the 1st floor

3    by the reception area.

4          Q.    Were there other officers in

5    the vicinity?

6          A.    When we passed each other, no.

7          Q.    After she said that, what

8    happened next?

9          A.    Well, then I went around room

10   124, I said you always have a lot to say.

11         Q.    What is the 124 room?

12         A.    Like the clerical area where

13   the receptionists are.  They have computers

14   and they enter any report into the

15   computer.

16         Q.    When you said that to her, what

17   happened?

18         A.    That is when she came into my

19   face, put her finger in my face and said I

20   am tired of you always fucking with me, and

21   I said I am not doing anything, you are the

22   one fucking with me and I am tired of you

23   doing that.

24         Q.    Was there anybody present in

25   the immediate vicinity at this time?

                              TORRES

1

2        A.    At that moment, no.  I mean, I

3   did notice officer Morales come out her

4   office, Linda Morales.

5        Q.    Did she say anything?

6        A.    No.  She stop, she saw what was

7   going on.  She stopped and then she went

8   back in her office.

9        Q.    What was her job there?

10       A.    Her job is the ICO assistant.

11   The integrity control officer.

12       Q.    After this exchange that you

13   described with Maggie Chu, what happened

14   next?

15       A.    We were yelling at each other.

16   Her partner, Officer A-L-C-A-N-T-A-R-A, he

17   comes and he starts pulling her and she

18   trying to come at me.

19       Q.    What is Officer Alcantara's

20   first name?

21       A.    I don't know if it's

22   Christopher or Christian.  I call him

23   Chris.

24       Q.    After he started to pull her

25   back, what happened next?

18

TORRES

1

2    A.    He is pulling her into the

3    juvenile room and she said go eat pussy you

4    lesbian bitch, and she said it three to

5    four times.

6    Q.    What happened next?

7    A.    He then slammed the door shut,

8    then I opened the door and I said no,

9    that's what you want to do, and Christian

10   slammed the door shut again and then I just

11   went to the back of the precinct to go

12   smoke a cigarette.

13   Q.    What happened after you smoked

14   your cigarette?

15   A.    As I was standing outside,

16   Lieutenant F-I-B-U-S, she was leaving to go

17   home and that is when she told me stay back

18   here, just stay back here, don't go inside,

19   and that is what I did.

20   Q.    Did you ever report any part of

21   this incident to anyone at the police

22   department in a formal kind of way, like in

23   the way of a complaint?

24          MR. KURLAND:    Did you make any

25          complaint with the EEO regarding

```
1                        TORRES

2          this?

3                    THE WITNESS:  Yes.

4          Q.    That is what I'm asking?

5          A.    I didn't make a formal

6    complaint to an immediate supervisor,

7    because no one cares.  Actually, the time

8    that I was having this exchange with

9    Officer Chu, Lieutenant C-A-R-R-E-R-A come

10   out of his office and he saw what was going

11   on and he turned right back around to his

12   office.  I didn't make a complaint in fear

13   I was going to be punished.

14         Q.    When did you go to the NYPD

15   EEO?

16         A.    On August 13th.

17         Q.    Of 2015?

18         A.    Yes.

19         Q.    How did you make your

20   complaint?  Was it by e-mail, written

21   letter, orally or something else?

22                    MR. KURLAND:  Objection.

23             Actually, the EEO complaint process

24             is a confidential process, to the

25             extent you want to talk about what
```

TORRES

1

2      the complaint was or her allegations.

3      But in terms of the investigation and

4      that process, I want to caution you

5      to keep it outside the scope.

6          MR. SAWAYA:  Counsel, I have no

7      idea what you're talking about.

8      Secondly, if she is here to make a

9      complaint about this matter or about

10     what the EEO did or didn't do, I

11     don't see how that could be kept out.

12         MR. KURLAND:  You should

13     reference Title VII of the Civil

14     Rights Act of 1964 that protects the

15     witness in terms of making a

16     complaint.  She can answer the

17     question as to the allegation as to

18     what the EEO office did, that is

19     fine, but I want you to be a little

20     sensitive.

21         MR. SAWAYA:  Counsel, once

22     again, I don't know what you're

23     talking about and I don't want to

24     feel constrained in asking questions.

25         MR. KURLAND:  Againg I direct

TORRES

1

2      your attention to Title VII of the

3      Civil Rights Act of 1964 regarding --

4          MR. SAWAYA:  This is what I

5      will do.  I'll ask questions and you

6      can object and direct her not to

7      answer.

8          MR. KURLAND:  I would like to.

9      I want to give you Leeway and I

10     invite you to examine the witness.  I

11     was just asking in terms what her

12     investigative process was.  The

13     confidential details.

14         MR. SAWAYA:  Once again, I'm

15     not going to be constrained.  I am

16     going to ask her questions about the

17     claim.  If you want to object --

18         MR. KURLAND:  I have already

19     explained why, but go ahead.

20         MR. KURLAND:  Can you read back

21     the question, please.

22          (Whereupon, the referred to

23     question was read back by the

24     reporter.)

25         MR. KURLAND:  I note my

TORRES

1

2        objection and I direct my client to

3        answer the question if you understand

4        it.

5        A.    I called the EEO office.

6        Q.    What did you tell them?

7        A.    I spoke --

8              MR. KURLAND:   Objection to the

9        question.   You can answer.

10       A.    I told, I believe, Sergeant

11    Vines of the incident that occurred between

12    Officer Maggie Chu and I and then he asked

13    me to come in on the 13th, which I did.

14       Q.    You're referring just to the

15    incident of August 10th, correct?

16             MR. KURLAND:   Objection.   It

17       calls for a legal speculation.   She

18       already testified there was an

19       initial incident and a chain of

20       incidents and then a final incident.

21             MR. SAWAYA:   Counsel, she spoke

22       in the singular.

23             MR. KURLAND:   No.   You're

24       actually suggesting what it might be.

25       Q.    What were you referring to when

1                    TORRES

2      you told Sergeant Vines about an incident?

3          A.     I told him about the latest

4      incident that happened on the 10th and also

5      the incident that happened in 2013.

6          Q.     Did you have further interviews

7      with the EEO?

8          A.     Yes.

9          Q.     How many?

10         A.     One.

11         Q.     Was that recorded?

12         A.     Yes.

13             MR. KURLAND:  Objection to the

14         question of whether it was recorded.

15             MR. SAWAYA:  Can you read back

16         that portion, please.

17             (Whereupon, the referred to

18         portion of the transcript was read

19         back by the reporter.)

20         Q.     About how long did it last?

21         A.     Twenty to thirty minutes.

22         Q.     To the best of your knowledge,

23     did the EEO interview anybody else in

24     connection with your complaint?

25         A.     To the best of my knowledge,

24

TORRES

1

2    they only interviewed Officer C-O-N-D-A

3    and Maggie Chu.

4         Q.   How many witnesses did you

5    offer to them?

6         A.   T-A-M-E-K-A Williams, Linda

7    Morales, Lieutenant Fibus, Sergeant David

8    Pabon and I also offered them PPA Jones, a

9    police administrator and PPA Espinoza.

10        Q.   Now, did EEO conduct any kind

11   of hearing?

12             MR. KURLAND:  Objection.  You

13        can answer.

14        A.   I don't understand what you

15   mean.

16        Q.   Was there like a trial or

17   proceeding in front of a hearing officer?

18             MR. KURLAND:  Objection.  You

19        can answer.

20        Q.   Or did they just issue a

21   decision or do something else?

22        A.   They did something else.  They

23   referred us to mediation.

24        Q.   Can you describe the mediation

25   process?

TORRES

1

2      A.     It was at a college downtown.

3  It was with two people, conflict

4  resolutions.  I have the card of one of the

5  name of the people who -- I don't remember

6  the other person.  The name is Justo

7  Sanchez.  He is the director for the center

8  for creative conflict resolutions,

9      Q.     Can you describe to me what a

10 mediation proceeding consist of?

11     A.     Well, basically they notified

12 Officer Chu to come and participate in the

13 mediation process, basically to try to work

14 things out between her and I, and needless

15 to say, it didn't go well.  We had to go

16 twice.

17     Q.     When you say it didn't go well,

18 explain how it didn't go well?

19          MR. KURLAND:  Objection.

20     A.     It didn't go well, because

21 Officer Chu became Officer Chu.  She became

22 belligerent.  She continued to deny the

23 statement she made.  She said I know we

24 were yelling and screaming at each other,

25 but I know I never told you to go eat

```
1                    TORRES
2    pussy, and of course, the things that I
3    mentioned earlier about her behavior.  She
4    was not sympathetic, I became emotional and
5    her response was, stop it with the
6    crocodile tears.  Another indication that
7    she has a problem with homosexuals and
8    there was no reasoning with her.
9            Q.    What was the end result, if
10   any, of the mediation?
11           A.    At that point I decided I no
12   longer wanted to continue with the
13   mediation.  I would prefer to the GO15
14   hearing.
15           Q.    Do you know what GO stands for?
16           A.    I am not sure what it
17   particularly stands for.  I know it's an
18   official hearing within the police
19   department that they conduct the
20   investigation and they come up with a
21   disciplinary action.
22           Q.    Who was in charge of this
23   hearing?
24                 MR. KURLAND:  Objection.  You
25        can answer.
```

1                    TORRES

2          A.    As far as I know, when I got

3    interviewed, Sergeant Vines, but at the

4    time of the interview was Sergeant Soto.

5          Q.    How many times did they

6    interview you?

7          A.    Only once.

8          Q.    How long did it last?

9          MR. KURLAND:   Objection.  Asked

10          and answered.

11         A.    I already answered the

12    question, I am sorry.  About twenty or

13    thirty minutes.

14         Q.    Was that recorded?

15          MR. KURLAND;   Objection.  It's

16          the same initial interview the

17          witness testified to.

18         Q.    When was the GO15 hearing

19    initiated?

20         A.    They did the initial EEO

21    interview.  After that I never got another

22    interview:

23         Q.    I am sorry, I did

24    misunderstand.

25         A.    But that's what I wanted.

1                    TORRES

2          Q.     After you made a request, did

3    any such hearing occur?

4          A.     Not for that complaint.  Not

5    for the EEO complaint.

6          Q.     For any complaint?

7               MR. KURLAND:  Objection.

8          A.     When I mentioned the off-duty

9    incident that occurred in 2013, well, soon

10   after I received a notification from

11   Sergeant Vines that they concluded that the

12   incidents that happened between me and

13   Maggie Chu didn't reach the level of

14   discrimination or harassment.

15         Q.     When were you informed of this

16   decision by Sergeant Vines?

17         A.     Sometime in December.

18         Q.     Of 2015?

19         A.     2015.

20         Q.     But that was with reference to

21   the 2013 incident?

22               MR. KURLAND:  Objection.

23               MR. SAWAYA:  I am trying to

24         understand what Sergeant Vines was

25         talking about.

```
 1              TORRES
 2         MR. KURLAND:  She filed a
 3    report with NYPD in 2013 and 2015.
 4         MR. SAWAYA:  But in December
 5    2015 Sergeant Vine said the incident
 6    didn't reach the level of harassment.
 7    I want to know what he was talking
 8    about.
 9         MR. KURLAND:  You have to ask
10    him.
11         MR. SAWAYA:  I thought he might
12    have said so in any written
13    communication.
14         Q.   Was there a written
15    communication?
16         MR. KURLAND:  You're asking
17    questions that do not make sense.
18         MR. SAWAYA:   Can you read back
19    the question, please.
20         (Whereupon, the referred to
21    question was read back by the
22    reporter.)
23         MR. KURLAND:  Objection to
24    form.  Do you mean from the EEO
25    office of the NYPD?
```

1                           TORRES

2          Q.     Did they issue any sort of

3    determination in writing?

4          A.     Yes.

5          Q.     Was that in December 2015?

6          A.     Yes.

7          Q.     Did they ever issue any other

8    determination, written or any other way?

9                 MR. KURLAND:  I object to the

10          form.  You can answer.

11         A.     No other way, no.

12         Q.     After any determination by EEO,

13   did you take any further administrative

14   action?

15                MR. KURLAND:  I object to the

16          form.  You can answer.

17         Q.     When I say administrative

18   action, I mean something within the

19   framework of EEO or whatever or the police

20   department or any other city agency?

21         A.     No.

22         Q.     Other than this notice of

23   claim, have you used any other form to

24   object to any decision by EEO or any other

25   police department?

TORRES

1

2          MR. KURLAND:  Objection.

3      Q.    What I'm referring to is, do

4   you know if you brought Article 78

5   proceedings challenging the EEO's findings?

6      A.    I don't know.

7          MR. SAWAYA:  Counsel I will ask

8      you this question.

9          MR. KURLAND:  I am not here for

10     a 50-h hearing.

11         MR. SAWAYA:  I am asking if

12     that step has been taken.

13         MR. KURLAND:  I am prohibited

14     from testifying.  You can ask the

15     witness.

16         MR. SAWAYA:  I did.  She looked

17     a little puzzled.

18     Q.    If you know, did you bring an

19   Article 78 proceeding challenging the EEO's

20   findings?

21     A.    I don't think so.

22     Q.    Has anybody brought any

23   complaints or actions against you in the

24   police department?

25     A.    I believe so.

1                    TORRES

2        Q.    Please elaborate?

3        A.    Soon after the final

4    determination I received notification that

5    I needed to go to a GO15 haring and I need

6    to bring representation.

7        Q.    Did that occur?

8        A.    Yes.

9        Q.    Did you have the same attorney

10   in that case?

11       A.    No.  It was a union attorney.

12       Q.    Just what was that about?

13            MR. KURLAND:  Objection to

14       form.  You can answer.

15       A.    It was in regards to the

16   incident that occurred in 2013.  I found

17   out that EEO called IAB and made an

18   allegation against me of misconduct.

19       Q.    What was the nature of the

20   misconduct?

21       A.    Failure to notify a supervisor

22   of the incident that occurred off duty in

23   2013.

24       Q.    Has any determination been

25   rendered?

```
 1                        TORRES
 2        A.    I haven't heard anything yet.
 3        Q.    Do you still work in the same
 4   precinct as Maggie Chu?
 5        A.    Unfortunately, I do.
 6        Q.    Have you requested a transfer?
 7        A.    I have.
 8        Q.    Has that request been rejected
 9   or something else?
10        A.    I submitted a transfer to
11   another assignment.  Right now I am waiting
12   for the interview, and depending on the
13   interview and if they like me, they will
14   pick me up.
15        Q.    If you remember, what was the
16   date of the hearing that you were accused
17   of misconduct?
18        A.    It was January of 2016.
19        Q.    Up until now, has any adverse
20   action been taken against you by the police
21   department for any reason?
22              MR. KURLAND:  Objection.
23        Q.    I mean, have you been subjected
24   to any form of discipline?  Have you been
25   put on restricted duty, your weapon taken
```

1                          TORRES

2    away, anything like that?

3         A.    I have been treated

4    differently.  People have stopped talking

5    to me.  I normally work 4:00 to 12:00 p.m.,

6    3:00 p.m. to 1:30.  As of recently, I am

7    going to say in October, November, every

8    other week I am subjected to change my tour

9    to a day tour.  They say it's the needs of

10   the department.  They say it's for the

11   purpose of having administrative people go,

12   what they call all out.  Basically, they

13   want to justify everyone's existence.

14   They've been doing this for quite some time

15   and I was always excluded from it.  And

16   until recently now I am subjected to --

17   well, they rescheduled my tour every other

18   Monday to do a day tour.  Seven o'clock

19   start or nine o'clock start.  By doing

20   that, I am losing money, because they're

21   paying me the day rate.  I went to

22   Lieutenant Carrera and asked him to exclude

23   me from all out, because my main objective

24   was to avoid Maggie Chu, and she works day

25   tours and he asked me why, I told him,

1                        TORRES

2    because it's no secret, I have been having

3    problems with Officer Chu for quite some

4    time and his response to me was, I am here

5    to run a command, I don't care about your

6    personal conflict.

7            Q.    Was he the officer responsible

8    for changing your tours or somebody else?

9            A.    He is.  I also told him the

10   reasons to avoid Maggie Chu.  I don't want

11   to go to the locker room to avoid her and

12   he just said he don't care about your

13   personal conflict.  If you want I will

14   bring your locker to your office and I have

15   been actually changing in my office and I

16   make it a little bit inconvenient for my

17   auxiliary officers where they have to wait

18   outside and I am inside my office changing.

19           Q.    Are there any other facts you

20   want to bring to my attention?

21           A.    Just that.  It's been

22   frustrating.

23           Q.    As a result of any of these

24   events that you described, have you

25   received any medical, psychiatric or

1                    TORRES

2    psychological attention?

3          A.    No.

4          Q.    About how much money would you

5    say that your shift and tours have cost

6    you, approximately?

7          A.    I don't know, I am not sure.  I

8    just know I lose a significant amount of

9    money every time my tour is scheduled to do

10   a day tour.

11         Q.    Now, in addition to what you've

12   already told me, have these incidents had

13   any effects on your life?

14         A.    Absolutely.

15         Q.    Tell me how?

16               MR. KURLAND:  Objection.  You

17         can answer.

18         A.    Well, I cry myself to sleep, I

19   cry my way to work.  I have been the

20   auxiliary coordinator for four years.  In

21   the beginning when I started as the

22   coordinator I would go out on patrol every

23   day with my auxiliary so I can teach them

24   about how to handle radio runs jobs, do

25   reports, because eventually that is what

```
 1                    TORRES
 2    they want to do.  Because of these
 3    incidents I stop going out with them, I
 4    stay inside just to avoid people talking
 5    about me behind my back --
 6         Q.    Take a break.
 7              MR. SAWAYA:  Off the record.
 8              (Whereupon, an off-the-record
 9         discussion was held.)
10         Q.    Continue with your answer if
11    you were not finished.
12         A.    Just it's been stressful at
13    work.
14         Q.    Anything you would like to add
15    to that?  You don't need to repeat anything
16    you've already told me, but anything else
17    you want to tell me how the events affected
18    your life?
19              MR. KURLAND:  Objection to the
20         broad --
21              MR. SAWAYA:  No, I am going to
22         suggest answers.
23              MR. KURLAND:  It's
24         inappropriate to say anything you
25         would like to add.  She already said
```

1                    TORRES
2       no.  If you can focus on a specific
3       question.
4           MR. SAWAYA:  She told me
5       things and I want to know if there is
6       anything left out.
7           MR. KURLAND:  That is far too
8       broad a question.  Objection.
9           MR. SAWAYA:  You're directing
10      her not to answer?
11          MR. KURLAND:  I am objecting.
12      If you understand or able to answer
13      that question, you can do so.
14          A.    It's just been stressful at
15      work.  I feel people are treating me
16      different, because I made an EEO complaint
17      and although they said it's confidential,
18      it isn't.  Just that Maggie Chu has made my
19      work environment hostile and she continues
20      to antagonize me and I feel like I can't go
21      to the department, because they recently
22      haven't done anything.  Like I said, I feel
23      like if I make a complaint, I feel like I
24      am the one who is going to be punished.  I
25      seen it firsthand with other officers when

1              TORRES

2    they make complaints about other officers

3    and they wind up getting transferred or

4    getting sent to site services.  Because of

5    those things, it creates a fear going to a

6    supervisor, that's it.

7         Q.    Do you intend to get any

8    professional help in the future?

9              MR. KURLAND:  Objection.

10             MR. SAWAYA:  On what grounds,

11        counsel?

12             MR. KURLAND:  What is

13        professional help?

14             MR. SAWAYA:  Psychological and

15        --

16             MR. SAWAYA:  Off the record.

17             (Whereupon, an off-the-record

18        discussion was held.)

19             MR. KURLAND:  Can you read back

20        the question, please.

21             (Whereupon, the referred to

22        question was read back by the

23        reporter.)

24        Q.    For example, a psychologist, a

25    psychiatrist.

1                      TORRES

2        A.    I rather not answer that

3    question.  Again, that is in fear of what

4    might happen to me on my job.

5        Q.    Other than this one, have you

6    ever filed any other claim against the city

7    or any other public agency?

8        A.    No.

9              MR. KURLAND:  Objection.  But

10         you answered.

11        Q.    How long a period have you

12    known Maggie Chu?

13        A.    I mean we've worked in the same

14    precinct since 1998.

15        Q.    Did you know her before you

16    went on the police department?

17        A.    No.

18

19    (Continued on next page to include jurat.)

20

21

22

23

24

25

1                    TORRES

2              MR. SAWAYA:   Thank you very

3       much.   I have no further questions.

4                    (Whereupon, at 11:10 a.m., the

5       Examination of this Witness was

6       concluded.)

7

8

9                    _____
                        LISSETTE TORRES

10

11      Subscribed and sworn to before me

12      this _____ day of _____ 2016.

13

14      _____
          NOTARY PUBLIC

15

16

17

18

19

20

21

22

23

24

25

42

```
 1
 2                      E X H I B I T S
 3
 4    RESPONDENT'S EXHIBITS
 5
 6    EXHIBIT          EXHIBIT
 7    LETTERS          DESCRIPTION            PAGE
 8
 9    (None)
10
11                      I N D E X
12
13    EXAMINATION BY                    PAGE
14    MR. SAWAYA                         3
15
16     INFORMATION AND/OR DOCUMENTS REQUESTED
17    INFORMATION AND/OR DOCUMENTS       PAGE
18
19    (None)
20
21
22
23
24
25
```

43

```
1
2                    C E R T I F I C A T E
3
4      STATE OF NEW YORK        )
                                :  SS.:
5      COUNTY OF KINGS          )
6
7           I, GLORIA ANSELM, a Notary Public for
8      and within the State of New York, do hereby
9      certify:
10          That the witness whose examination is
11     hereinbefore set forth was duly sworn and
12     that such examination is a true record of
13     the testimony given by that witness.
14          I further certify that I am not
15     related to any of the parties to this
16     action by blood or by marriage and that I
17     am in no way interested in the outcome of
18     this matter.
19          IN WITNESS WHEREOF, I have hereunto
20     set my hand this 10th day of July 2016.
21
22                         Gloria Anselm
23                    _____
                          GLORIA ANSELM
24
25
```

TORRES

**#**

#1-10 [2] - 1:9, 2:12

**1**

10 [2] - 16:3, 15:10
10-13 [1] - 7:16
10038 [3] - 1:21, 2:6, 2:13
10458 [1] - 3:13
10:05 [1] - 1:13
10th [3] - 22:15, 23:4, 43:20
11:10 [1] - 41:4
11th [1] - 2:6
124 [2] - 16:10, 16:11
12:00 [1] - 34:5
13th [2] - 19:16, 22:13
159 [2] - 1:20, 2:13
180 [1] - 2:5
16th [2] - 1:20, 2:13
1984 [2] - 20:14, 21:3
1970 [1] - 4:20
1994 [1] - 5:15
1996 [1] - 40:14
1:30 [1] - 34:6
1st [1] - 16:2

**2**

2 [1] - 7:9
2013 [9] - 6:24, 14:5, 14:14, 23:5, 26:9, 28:21, 29:3, 32:16, 32:23
2016 [6] - 15:3, 16:11, 19:17, 26:18, 28:19, 29:3, 26:6, 30:6
2016 [4] - 1:12, 33:18, 41:12, 43:20
2016P1069473 [2] - 1:10, 2:15
20th [2] - 6:24, 7:3
218 [1] - 8:23
23rd [1] - 8:23
261 [1] - 3:12

**3**

3 [1] - 42:14
30 [1] - 1:12
3:00 [1] - 34:6
3:30 [1] - 16:13
3:40 [1] - 16:13

**4**

45th [2] - 6:8, 11:19, 15:12
4:00 [1] - 34:5

**5**

50-h [4] - 1:2, 1:16, 5:4, 31:10

**7**

78 [2] - 31:4, 31:19

**A**

a.m [2] - 1:13, 41:4
able [2] - 8:12, 38:12
above [1] - 1:17
above-entitled [1] - 1:17
absolutely [1] - 36:14
accused [1] - 33:16
Act [2] - 20:14, 21:3
action [5] - 26:21, 30:14, 30:18, 33:20, 43:16
actions [1] - 31:23
add [2] - 37:14, 37:25
addition [1] - 36:11
address [2] - 5:14, 7:7
ada [1] - 7:24
administrative [3] - 30:13, 30:17, 34:11
administrator [1] - 24:9
admitted [3] - 11:3, 11:13, 11:14
adverse [1] - 33:19
affected [1] - 37:17
after [13] - 11:7, 11:11, 14:4, 16:7, 17:12, 17:24, 18:13, 27:21, 28:2, 28:10, 30:12, 32:3
again [6] - 16:20, 16:10, 20:22, 21:14, 40:3
Ageing [1] - 20:25
against [6] - 1:5, 3:16, 31:23, 32:18, 33:20, 40:8
agency [2] - 30:20, 40:7
ago [1] - 14:12
agreed [1] - 13:20
ahead [1] - 21:18
ALCANTARA [1] - 17:16
Alcantara's [1] - 17:19
alcohol [1] - 12:16
allegation [2] - 20:17, 32:16
allegations [1] - 20:2
allowed [1] - 13:15
almost [1] - 15:2
along [1] - 13:19
ALSO [1] - 2:17
always [3] - 16:10, 16:20, 34:15
amount [1] - 36:8
AND/OR [2] - 42:16, 42:17

animal [1] - 16:23
another [7] - 8:15, 13:16, 15:17, 16:20, 26:6, 27:21, 33:11
Anselm [1] - 1:21
ANSELM [3] - 43:7, 43:23
answer [27] - 4:4, 4:9, 4:12, 4:14, 5:7, 5:9, 6:20, 8:11, 10:13, 10:14, 12:4, 20:18, 21:7, 22:3, 22:9, 24:13, 24:19, 26:25, 30:10, 30:16, 32:14, 36:17, 37:10, 38:10, 38:12, 40:2
answered [3] - 27:10, 27:11, 40:10
answers [2] - 3:20, 37:22
antagonize [2] - 14:13, 38:20
antagonizing [1] - 14:10
Anton [1] - 12:10
anybody [5] - 14:16, 16:24, 23:23, 31:22
Apartment [1] - 8:13
approximate [2] - 6:9, 8:7
approximately [2] - 8:5, 36:6
are there [1] - 36:19
area [4] - 16:7, 15:14, 16:3, 16:12
around [2] - 16:9, 19:11
arrest [1] - 15:16
Article [2] - 31:4, 31:19
ask [8] - 3:16, 4:2, 4:12, 21:5, 21:16, 29:9, 31:7, 31:14
asked [5] - 9:15, 10:19, 22:12, 34:22, 34:25
Asked [1] - 27:9
asking [6] - 3:17, 19:4, 20:24, 21:11, 29:16, 31:11
assignment [3] - 6:4, 6:6, 33:11
assistant [1] - 17:10
assume [1] - 4:15
attention [3] - 21:2, 35:20, 36:2
attorney [2] - 32:9, 32:11
Attorneys [2] - 2:4, 2:9
August [4] - 15:3, 15:10, 19:16, 22:15
auxiliary [4] - 6:6, 35:17, 36:20, 36:23
avoid [4] - 32:4, 35:10, 35:11, 37:4
avoided [1] - 14:24

**B**

back [15] - 17:6, 17:25, 18:11, 18:17, 18:18, 19:11, 21:20, 21:23, 23:15, 23:19, 29:18, 29:21, 37:5, 39:19, 39:22
balled [1] - 13:22
bar [2] - 7:11, 7:12
basically [3] - 25:11, 25:13, 34:12
bathroom [12] - 8:13, 8:17, 8:4, 9:3, 9:10, 9:17, 9:20, 10:8, 10:22, 11:4, 11:17, 12:2
beer [1] - 12:18
before [5] - 1:21, 4:3, 4:12, 40:15, 41:11
begin [1] - 4:3
beginning [2] - 6:17, 36:21
behavior [3] - 11:10, 14:18, 28:3
behind [1] - 37:5
believe [2] - 22:10, 31:25
belligerent [1] - 25:22
best [2] - 23:22, 23:25
BETH [1] - 11:23
between [5] - 8:14, 15:18, 22:11, 25:14, 28:12
beverages [1] - 12:17
birth [1] - 4:19
bit [1] - 35:16
bitch [3] - 9:10, 11:5, 18:4
blood [1] - 43:16
bothered [1] - 14:5
brain [1] - 7:20
break [1] - 37:6
breath [1] - 15:22
bring [4] - 31:18, 32:6, 36:14, 35:20
broad [2] - 37:20, 36:8
Broadway [3] - 1:20, 2:5, 2:13
Bronx [2] - 3:13, 7:8
Brooklyn [1] - 8:21
brought [2] - 31:4, 31:22
Building [1] - 2:5
bumped [1] - 10:3
BY [4] - 2:6, 2:14, 3:6, 42:13

**C**

call [3] - 9:25, 17:22, 34:12
called [4] - 8:2, 7:9, 22:5, 32:17
calls [1] - 22:17

TORRES

cams [3] - 9:23, 10:22,
  16:18
Can you [6] - 21:20,
  23:15, 24:24, 26:9,
  28:18, 39:19
can't [3] - 4:5, 13:14,
  38:20
cancer [1] - 7:20
card [1] - 26:4
care [2] - 35:5, 35:12
cases [1] - 19:7
Carrera [1] - 34:22
CARRERA [1] - 19:9
case [1] - 32:10
caution [1] - 20:4
CELIS [1] - 11:23
center [1] - 25:7
certify [2] - 43:9, 43:14
chain [1] - 22:19
challenging [2] - 31:5,
  31:19
change [1] - 34:8
changing [3] - 35:8,
  35:15, 36:18
charge [1] - 26:22
chest [1] - 10:3
chest-bumped [1] - 10:3
chip [1] - 13:21
Chris [1] - 17:23
Christian [2] - 17:22, 18:9
Christopher [1] - 17:22
Chu [25] - 9:9, 9:11,
  10:11, 10:21, 11:11,
  11:13, 12:20, 13:9,
  13:18, 14:2, 16:15,
  17:13, 19:9, 22:12,
  24:3, 25:12, 26:21,
  28:13, 33:4, 34:24,
  35:3, 35:10, 36:18,
  40:12
cigarette [2] - 18:12,
  18:14
CITY [3] - 1:6, 1:9, 2:9,
  2:12
city [3] - 3:18, 30:20, 40:6
City [3] - 1:8, 2:11, 5:23
Civil [2] - 20:13, 21:3
Claim [2] - 1:3, 2:15
claim [5] - 1:10, 5:16,
  21:17, 30:23, 40:8
CLAIMANT [1] - 1:4
Claimant [2] - 1:16, 2:4
clerical [1] - 16:12
client [1] - 22:2
college [1] - 25:2
coming [1] - 3:24
command [1] - 35:5
comments [1] - 13:11
Commissioner [2] - 1:7,

2:10
commotion [1] - 10:7
communication [2] -
  29:13, 29:15
complained [1] - 14:15
complaining [2] - 8:18,
  14:20
complaint [10] - 11:10,
  18:23, 18:25, 19:5,
  19:12, 19:20, 19:23,
  20:2, 20:9, 20:16,
  23:24, 28:4, 28:5, 28:6,
  38:18, 38:23
complaints [2] - 31:23,
  39:2
completely [1] - 4:11
computer [1] - 16:15
computers [1] - 16:13
concluded [2] - 29:11,
  41:6
CONDA [1] - 24:2
conduct [2] - 24:10, 26:19
confidential [3] - 19:24,
  21:13, 38:17
conflict [4] - 25:3, 25:6,
  35:6, 35:13
connection [1] - 23:24
consist [1] - 25:10
constrained [2] - 20:24,
  21:15
continue [2] - 26:12,
  37:10
continued [2] - 14:13,
  25:22
Continued [1] - 40:19
continues [1] - 38:19
control [1] - 17:11
convenient [1] - 8:12
conversation [1] - 4:10
coordinator [3] - 6:8,
  36:20, 36:22
correct [1] - 22:15
cost [2] - 14:24, 36:5
counsel [2] - 31:7, 39:11
Counsel [4] - 2:14, 20:6,
  20:21, 22:21
COUNTY [1] - 43:5
course [2] - 13:20, 26:2
court [2] - 3:21, 4:4
coward [2] - 9:21, 10:2
creates [1] - 39:5
creative [1] - 25:6
crocodile [1] - 26:6
crossed [1] - 15:18
cry [2] - 36:18, 36:19
current [2] - 6:14, 6:3
currently [1] - 5:19

D

DATE [1] - 1:12
date [2] - 4:18, 8:16,
  33:16
David [1] - 24:7
day [8] - 6:25, 34:9, 34:18,
  34:21, 34:24, 36:10,
  36:23, 41:12, 43:20
December [2] - 28:17,
  29:4, 30:5
decided [1] - 26:11
decision [2] - 24:21,
  28:16, 30:24
deity [1] - 25:22
department [13] - 6:25,
  7:16, 14:17, 15:8,
  18:22, 28:19, 30:20,
  30:25, 31:24, 33:21,
  34:10, 36:21, 40:18
DEPARTMENT [4] - 1:6,
  1:9, 2:10, 2:12
Department [3] - 1:8,
  2:11, 5:23
depending [1] - 33:12
Deputy [2] - 1:7, 2:10
derogatory [1] - 10:25
describe [2] - 24:24, 25:9
described [2] - 17:13,
  35:24
DESCRIPTION [1] - 42:7
desk [1] - 15:14
details [1] - 21:13
determination [6] - 30:3,
  30:8, 30:12, 32:4, 32:24
did it [1] - 23:20, 27:8
did she [2] - 9:16, 17:5
did they [4] - 24:20, 27:6,
  30:2, 30:7
did you [12] - 11:9, 12:16,
  12:19, 18:25, 18:20,
  18:24, 23:6, 24:4,
  30:13, 31:18, 32:9,
  40:15
different [1] - 38:16
differently [1] - 34:4
direct [3] - 20:25, 21:8,
  22:2
directing [2] - 5:7, 38:9
director [1] - 25:7
dirty [3] - 14:8, 18:18,
  15:20
disciplinary [1] - 26:21
discipline [1] - 33:24
discrimination [1] - 28:14
discussion [3] - 4:25,
  37:9, 39:18
do you [5] - 3:11, 5:10,
  6:7, 10:10, 26:15,

29:24, 31:3, 33:3, 39:7
DOCUMENTS [2] - 42:16,
  42:17
DOE [2] - 1:8, 2:12
does she [1] - 8:20
dog [1] - 14:9, 16:22
door [5] - 9:5, 10:9, 18:7,
  18:8, 18:10
doors [1] - 15:18
down [1] - 4:5
downtown [1] - 25:2
dress [1] - 13:8
duly [2] - 3:3, 43:11
duty [4] - 7:6, 28:9, 32:22,
  33:25

E

e-mail [1] - 19:20
earlier [1] - 28:3
East [2] - 2:6, 3:12
eat [2] - 18:3, 25:25
EEO [17] - 18:25, 19:15,
  19:23, 20:10, 20:16,
  22:5, 23:7, 23:23,
  24:10, 27:20, 28:5,
  29:24, 30:12, 30:19,
  30:24, 32:17, 36:16
EEO's [2] - 31:5, 31:19
effects [1] - 36:13
eight [1] - 8:3
eighteen [1] - 6:2
eighty [1] - 6:14
eighty-five [1] - 6:14
elaborate [1] - 32:2
emotional [1] - 26:4
employed [1] - 5:19
Employment [2] - 1:7,
  2:11
end [1] - 26:9
enter [1] - 16:14
entitled [1] - 1:17
environment [2] - 14:23,
  28:19
Equal [2] - 1:7, 2:10
Espinoza [1] - 24:9
ESQ [2] - 2:6, 2:14
Esqs [1] - 1:19
ESQS [2] - 2:4, 2:8
event [7] - 7:6, 7:14, 7:17,
  7:25, 8:9, 12:12, 14:19
events [3] - 12:12, 35:24,
  37:17
eventually [1] - 36:25
everybody [1] - 13:20
everyone's [1] - 34:13
EXAMINATION [2] - 3:6,
  42:13
Examination [1] - 41:6

examination [1] - 43:10, 43:12
examine [1] - 21:10
examined [1] - 3:5
example [2] - 4:7, 39:24
exchange [2] - 17:12, 19:8
exclude [1] - 34:22
excluded [1] - 34:15
EXHIBIT [1] - 42:6
EXHIBITS [1] - 42:4
existence [1] - 34:13
exited [3] - 9:8, 9:15, 9:16
explain [1] - 25:18
explained [1] - 21:18
express [1] - 6:13
extent [1] - 19:25

**F**

face [5] - 9:24, 9:25, 11:2, 16:19
facts [1] - 36:19
failure [1] - 32:21
far [2] - 27:2, 36:7
fear [3] - 19:12, 39:5, 40:3
feel [3] - 10:16, 20:24, 36:15, 38:20, 38:22, 38:23
felt [3] - 13:23, 14:6, 14:22
female [2] - 8:13, 14:7
females [1] - 11:18
few [3] - 10:21, 11:16, 13:4
Fibus [1] - 24:7
FIBUS [1] - 18:16
filed [2] - 29:2, 40:8
final [2] - 22:20, 32:3
findings [2] - 31:5, 31:20
fine [1] - 20:19
finger [2] - 9:24, 16:18
finish [2] - 4:3, 4:11
finished [1] - 37:11
first [5] - 3:3, 4:17, 6:22, 6:23, 17:20
firsthand [1] - 38:25
five [2] - 6:14, 6:15
floor [1] - 16:2
Floor [3] - 1:20, 2:6, 2:13
focus [1] - 38:2
following [1] - 16:2
follows [1] - 3:5
form [8] - 6:20, 8:11, 29:24, 30:10, 30:16, 30:23, 32:14, 33:24
formal [2] - 18:22, 19:5
forth [1] - 43:11
found [1] - 32:16

four [2] - 16:5, 36:20
framework [1] - 30:19
framing [1] - 4:8
friends [4] - 10:21, 12:21, 13:4, 13:19
friendship [1] - 12:22
front [1] - 24:17
frustrating [1] - 35:22
fucking [4] - 10:2, 16:23, 16:20, 16:22
full [2] - 4:16, 8:3
future [1] - 39:8

**G**

gave [2] - 15:17, 15:20
gay [2] - 13:13, 13:18
gays [1] - 13:24
GEORGE [1] - 2:14
George [1] - 3:16
gestures [2] - 3:20, 4:2
girl [1] - 13:6
girlfriend [4] - 8:14, 10:7, 10:18, 12:6
girls [1] - 11:16
give [3] - 6:7, 14:8, 21:9
given [1] - 43:13
giving [1] - 10:25
GLORIA [2] - 43:7, 43:23
Gloria [1] - 1:21
GO [1] - 26:15
GO15 [2] - 26:13, 27:18, 32:5
goodbye [1] - 10:23
grounds [1] - 39:10
GROUP [1] - 2:4
grunt [1] - 14:8
grunting [1] - 15:21

**H**

half [1] - 6:2
hand [1] - 43:20
handle [1] - 35:24
happen [1] - 40:4
happened [21] - 6:23, 8:9, 9:2, 9:7, 9:14, 9:18, 9:22, 10:4, 10:17, 10:20, 11:8, 16:2, 16:8, 16:17, 17:13, 17:25, 18:8, 18:19, 23:4, 23:5, 28:12
happy [1] - 4:14
harassing [1] - 14:22
harassment [2] - 28:14, 29:8
haring [1] - 32:5
have you [10] - 5:13, 5:24, 14:16, 30:23, 33:8, 33:23, 33:24, 35:24,

40:5, 40:11
haven't [2] - 33:2, 38:22
head [1] - 3:22
heard [8] - 9:5, 9:9, 10:7, 10:24, 15:22, 33:2
hearing [10] - 5:4, 24:11, 24:17, 26:14, 26:18, 26:23, 27:18, 28:3, 31:10, 33:16
HEARING [3] - 1:2, 1:16
held [4] - 1:18, 4:25, 37:9, 39:18
help [3] - 7:21, 39:5, 39:13
hereby [1] - 43:8
hereinbefore [1] - 43:11
hereunto [1] - 43:19
hold [1] - 7:17
home [2] - 11:8, 16:17
homosexuals [2] - 10:18, 26:7
hostile [2] - 14:24, 36:19
hours [1] - 12:15
house [3] - 13:2, 13:5, 13:13, 13:21
how did [1] - 18:19
how many [6] - 8:4, 11:14, 23:9, 24:4, 27:5

**I**

IAB [1] - 32:17
ICO [1] - 17:10
idea [1] - 20:7
identification [1] - 5:6
immediate [2] - 16:25, 19:6
IN [1] - 43:19
inappropriate [1] - 37:24
incident [17] - 6:23, 7:5, 14:4, 15:2, 18:21, 22:11, 22:15, 22:19, 22:20, 23:2, 23:4, 23:5, 28:9, 28:21, 29:5, 32:16, 32:22
incidents [8] - 8:17, 6:21, 12:20, 14:2, 22:20, 28:12, 36:12, 37:3
include [1] - 40:19
inconvenient [1] - 35:16
indication [1] - 26:8
INFORMATION [2] - 42:16, 42:17
informed [1] - 26:15
initial [3] - 22:19, 27:16, 27:20
initiated [1] - 27:19
inside [3] - 18:18, 35:18, 37:4
instance [2] - 3:22, 12:25

instructing [1] - 5:8
integrity [1] - 17:11
intend [1] - 39:7
interaction [1] - 14:12
interested [1] - 43:17
interview [6] - 23:23, 27:4, 27:6, 27:16, 27:21, 27:22, 33:12, 33:13
interviewed [2] - 24:2, 27:3
interviews [1] - 23:6
intimidate [2] - 14:10, 14:13
intimidating [1] - 14:22
investigation [2] - 20:3, 26:20
investigative [1] - 21:12
invite [2] - 12:25, 21:10
invited [1] - 13:18
issue [3] - 24:20, 30:2, 30:7

**J**

jam [1] - 8:6
jam-packed [1] - 8:6
JANE [2] - 1:3, 2:11
January [1] - 33:18
JEFFREY [1] - 2:8
Jeffrey [1] - 1:19
Jessica [1] - 11:20
job [6] - 5:21, 17:9, 17:10, 40:4
jobs [1] - 36:24
JOHN [2] - 1:3, 2:12
Jones [1] - 24:8
July [1] - 43:20
June [5] - 1:12, 6:24, 6:25, 7:3, 14:4
jurat [1] - 40:19
justify [1] - 34:13
Justo [1] - 25:6
juvenile [2] - 15:17, 18:3

**K**

K9 [1] - 15:6
keep [2] - 3:19, 20:5
kept [1] - 20:11
KINGS [1] - 43:5
Kingsbridge [1] - 3:12
knowledge [2] - 23:22, 23:25
KURLAND [16] - 2:4, 2:6, 5:2, 6:8, 6:19, 8:10, 10:12, 12:3, 18:24, 19:22, 20:12, 20:25, 21:8, 21:18, 21:20, 21:25, 22:8, 22:16,

22:23, 23:13, 24:12,
24:18, 25:19, 28:24,
27:9, 27:15, 28:7,
28:22, 29:2, 29:9,
29:16, 29:23, 30:9,
30:15, 31:2, 31:9,
31:13, 32:13, 33:22,
36:16, 37:19, 37:23,
38:7, 38:11, 39:9,
39:12, 39:18, 40:9

**L**

last [2] - 8:16, 13:22,
23:20, 27:8
latest [1] - 23:3
leaving [1] - 18:16
Leeway [1] - 21:9
legal [1] - 22:17
lesbian [1] - 18:4
letter [1] - 19:21
LETTERS [1] - 42:7
level [2] - 28:13, 29:8
Lieutenant [4] - 18:16,
19:9, 24:7, 34:22
life [2] - 36:13, 37:18
Linda [2] - 17:4, 24:6
Lisa [10] - 8:14, 9:4, 9:5,
9:3, 9:16, 10:23, 10:24,
13:3, 13:7, 13:16
Lisa's [1] - 8:16
Lissette [1] - 3:10
LISSETTE [4] - 1:3, 1:17,
2:5, 41:9
little [3] - 9:3, 20:19,
31:17, 36:16
live [2] - 6:16, 8:20
lived [1] - 6:13
locker [4] - 14:7, 14:25,
35:11, 36:14
long [5] - 5:13, 5:24,
12:11, 14:12, 23:20,
27:6, 40:11
longer [3] - 9:3, 26:12
look [2] - 15:16, 15:21
looked [1] - 31:18
looks [1] - 14:8
lose [1] - 38:8
losing [1] - 34:20
lot [1] - 16:10

**M**

machine [1] - 3:26
Maggie [22] - 9:9, 9:11,
10:11, 10:21, 10:23,
11:3, 11:11, 11:13,
12:20, 13:9, 13:16,
14:2, 16:15, 17:13,
22:12, 24:3, 26:13,

33:4, 34:24, 36:10,
38:18, 40:12
mail [1] - 19:20
main [1] - 34:23
man [1] - 13:8
marriage [1] - 43:16
Massachusetts [1] -
13:17
Matter [1] - 1:3
matter [3] - 1:18, 20:9,
43:18
mean [3] - 3:23, 13:3,
17:2, 24:15, 29:24,
30:18, 33:23, 40:13
mediation [6] - 24:23,
24:24, 25:10, 25:13,
26:10, 26:13
medical [1] - 35:25
member [1] - 7:17
members [2] - 1:8, 2:12
men's [2] - 9:10, 11:4
mentioned [2] - 26:3,
26:8
Michalina [1] - 2:17
minute [1] - 13:22
minutes [2] - 23:21, 27:13
misconduct [3] - 32:16,
32:20, 33:17
misunderstand [1] -
27:24
moment [2] - 11:3, 17:2
Monday [1] - 34:18
money [3] - 7:19, 7:21,
34:20, 38:4, 38:9
Morales [3] - 17:3, 17:4,
24:7
morning [2] - 3:14, 3:15
mR [1] - 33:13
MR [79] - 3:7, 4:23, 5:2,
5:5, 5:8, 6:19, 8:10,
10:12, 12:3, 18:24,
19:22, 20:6, 20:12,
20:21, 20:25, 21:4,
21:8, 21:14, 21:18,
21:20, 21:25, 22:8,
22:16, 22:21, 22:23,
23:15, 24:12, 24:16,
25:19, 26:24, 27:9,
27:15, 28:7, 28:22,
28:23, 29:2, 29:4, 29:9,
29:11, 29:16, 29:18,
29:23, 30:9, 30:15,
31:2, 31:7, 31:9, 31:11,
31:13, 31:18, 32:13,
33:22, 36:16, 37:7,
37:19, 37:21, 37:23,
38:4, 38:7, 38:9, 38:11,
39:9, 39:10, 39:12,
39:14, 39:18, 39:19,
40:9, 41:2, 42:14

Ms [1] - 3:14
mumble [1] - 14:9
mumbling [1] - 16:22
myself [1] - 36:18

**N**

N33 [1] - 3:13
name [9] - 3:8, 3:16, 7:10,
7:22, 8:18, 12:8, 17:20,
25:6, 25:8
nature [2] - 7:13, 32:19
needed [1] - 32:5
needless [1] - 25:14
needs [2] - 3:23, 34:9
NELDRA [2] - 1:6, 2:10
never [4] - 11:5, 13:10,
25:25, 27:21
NEW [7] - 1:6, 1:8, 2:9,
2:12, 43:4
next [14] - 9:7, 9:14, 9:18,
8:22, 10:4, 10:5, 10:17,
11:6, 14:19, 16:8,
17:14, 17:25, 18:6,
40:19
nine [2] - 8:3, 34:19
ninety [1] - 6:15
ninety-five [1] - 6:15
none [2] - 42:9, 42:19
normal [1] - 4:9
normally [1] - 34:5
Notary [3] - 1:21, 3:4,
43:7
NOTARY [1] - 41:14
note [1] - 21:25
notice [2] - 17:3, 30:22
noticed [1] - 12:22
notification [2] - 28:10,
32:4
notified [1] - 28:11
notify [1] - 32:21
November [1] - 34:7
number [4] - 4:22, 5:3,
6:11, 8:7
NYPD [3] - 19:14, 29:3,
29:26

**O**

o'clock [3] - 8:3, 34:18,
34:19
object [4] - 8:10, 21:8,
21:17, 30:9, 30:15,
30:24
objecting [1] - 38:11
objection [27] - 5:2, 6:19,
10:12, 10:13, 12:3,
19:22, 22:2, 22:8,
22:16, 28:13, 24:12,
24:16, 25:19, 26:24,

27:9, 27:15, 28:7,
28:22, 29:23, 31:2,
32:13, 33:22, 36:16,
37:19, 38:9, 39:9, 40:9
objective [1] - 34:23
occur [2] - 28:3, 32:7
occurred [7] - 7:5, 12:13,
15:25, 22:11, 28:9,
32:16, 32:22
October [1] - 34:7
OF [4] - 1:8, 2:9, 43:4,
43:5
off-duty [2] - 7:6, 28:8
off-the-record [3] - 4:24,
37:8, 39:17
offer [1] - 24:5
offered [1] - 24:8
office [11] - 1:19, 17:4,
17:8, 19:10, 19:12,
20:18, 22:5, 29:25,
35:14, 35:15, 35:18
Officer [9] - 17:16, 17:19,
19:9, 22:12, 24:2,
25:12, 25:21, 35:3
officer [12] - 8:22, 6:25,
6:5, 8:24, 9:12, 11:23,
12:6, 12:9, 17:3, 17:11,
24:17, 35:7
officers [4] - 18:4, 35:17,
38:25, 39:2
official [1] - 26:18
okay [1] - 4:10
old [1] - 13:6
once [1] - 8:16
open [1] - 9:5
opened [2] - 10:8, 18:8
opinion [1] - 10:10
Opportunity [2] - 1:7,
2:11
opportunity [1] - 11:2
orally [1] - 19:21
outcome [1] - 43:17
outside [3] - 9:6, 10:8,
10:19, 11:25, 12:5,
18:15, 20:5, 35:16

**P**

p.m [4] - 8:3, 15:13, 34:5,
34:6
Pabon [2] - 11:20, 24:6
packed [1] - 8:6
page [1] - 40:19
PAGE [2] - 42:7, 42:13,
42:17
part [2] - 15:24, 18:20
participate [1] - 26:12
parties [1] - 43:15
partly [1] - 5:6
partner [2] - 16:15, 17:16

PARTNERS [1] - 2:8
Partners [1] - 1:19
pass [1] - 14:6
passed [1] - 16:6
paths [1] - 15:20
patrol [1] - 36:22
paying [1] - 34:21
Pena [1] - 7:24
people [11] - 4:6, 8:4, 9:25, 11:15, 12:2, 25:3, 25:5, 34:4, 34:11, 37:4, 38:15
Perez [1] - 11:24
period [1] - 40:11
person [1] - 25:6
personal [2] - 35:6, 35:13
physical [1] - 18:3
pick [1] - 33:14
Pine [1] - 7:9
place [2] - 7:8, 15:4
planned [1] - 13:16
please [5] - 3:25, 21:21, 23:16, 29:19, 32:2, 39:20
Please [1] - 3:8
point [2] - 9:23, 26:11
POLICE [4] - 1:6, 1:9, 2:10, 2:12
police [18] - 5:22, 5:25, 6:5, 7:15, 6:24, 9:11, 12:6, 12:8, 14:16, 15:6, 18:21, 24:9, 26:18, 30:19, 30:25, 31:24, 33:20, 40:16
Police [3] - 1:8, 2:11, 8:23
portion [2] - 23:16, 23:18
PPA [2] - 24:8, 24:9
precinct [5] - 15:4, 15:24, 18:11, 33:4, 40:14
Precinct [3] - 6:8, 11:19, 15:13
predominately [1] - 13:18
prefer [1] - 26:13
PRESENT [1] - 2:17
present [3] - 8:5, 16:24, 33:21
pretty [1] - 8:8
prior [1] - 12:19
problem [2] - 10:15, 26:7
problems [1] - 35:3
proceeding [3] - 24:17, 25:10, 31:19
proceedings [1] - 31:5
process [7] - 4:7, 19:23, 19:24, 20:4, 21:12, 24:25, 25:13
professional [2] - 39:8, 39:19
prohibited [1] - 31:13
protects [1] - 20:14

psychiatric [1] - 35:25
psychiatrist [1] - 39:25
psychological [2] - 36:2, 39:14
psychologist [1] - 39:24
Plown [1] - 13:17
Public [3] - 1:22, 3:4, 43:7
public [1] - 40:7
PUBLIC [1] - 41:14
pull [1] - 17:24
pulled [1] - 10:9
pulling [2] - 17:17, 18:2
punished [2] - 19:13, 36:24
purpose [1] - 34:11
pursuant [1] - 1:18
pussy [2] - 18:3, 26:2
putting [1] - 9:24
puzzled [1] - 31:17

Q

question [23] - 4:3, 4:8, 4:12, 4:16, 8:20, 8:11, 16:14, 20:17, 21:21, 21:23, 22:3, 22:8, 23:14, 27:12, 28:19, 29:21, 31:8, 36:3, 38:8, 38:13, 39:20, 39:22, 40:3
questions [5] - 3:17, 20:24, 21:5, 21:16, 29:17, 41:3

R

radio [1] - 36:24
raise [1] - 7:19
raising [1] - 7:21
rate [1] - 34:21
reach [2] - 28:13, 29:6
read [6] - 21:20, 21:23, 23:15, 23:18, 29:18, 29:21, 39:19, 39:22
reason [3] - 8:21, 4:4, 33:21
reasoning [1] - 26:8
reasons [1] - 35:10
received [3] - 28:10, 32:4, 35:25
recent [1] - 14:11
recently [3] - 34:6, 34:16, 38:21
reception [1] - 16:3
receptionists [1] - 16:13
record [10] - 3:9, 4:16, 4:22, 4:23, 4:24, 37:7, 37:8, 39:16, 39:17, 43:12
recorded [3] - 23:11,

23:14, 27:14
Reese [1] - 12:10
reference [2] - 20:13, 26:20
referred [3] - 21:22, 23:17, 24:23, 29:20, 38:21
referring [5] - 22:14, 22:25, 31:3
refers [1] - 7:16
regarding [2] - 18:25, 21:3
regards [1] - 32:15
rejected [1] - 33:8
related [1] - 43:15
remember [5] - 7:2, 7:7, 12:5, 25:5, 33:15
rendered [1] - 32:26
rented [1] - 13:21
repeat [1] - 37:15
rephrase [1] - 4:14
report [5] - 16:14, 18:20, 29:3
reporter [6] - 3:21, 4:5, 21:24, 23:18, 29:22, 39:23
reports [1] - 38:25
representation [1] - 32:6
reprimanded [1] - 13:10
request [2] - 28:2, 33:8
REQUESTED [1] - 42:16
requested [1] - 33:6
rescheduled [1] - 34:17
reside [1] - 3:11
resolutions [2] - 25:4, 25:8
RESPONDENT'S [1] - 42:4
RESPONDENTS [1] - 1:9
Respondents [1] - 2:9
response [2] - 26:5, 35:4
responsible [1] - 35:7
restaurant [2] - 7:11, 7:12
restricted [1] - 33:25
result [2] - 26:9, 35:23
retired [1] - 12:7
right [2] - 19:11, 33:11
Rights [2] - 20:14, 21:3
Road [1] - 3:12
room [3] - 14:7, 14:26, 15:17, 16:9, 16:11, 18:3, 35:11
run [1] - 35:5
runs [1] - 36:24

S

salary [1] - 6:10
same [6] - 4:6, 16:7,

27:16, 32:9, 33:3, 40:13
Samel [1] - 1:19
SAMEL [1] - 2:8
Sanchez [1] - 25:7
saw [3] - 15:15, 17:6, 19:10
SAWAYA [28] - 2:14, 3:7, 4:23, 5:6, 20:6, 20:21, 21:4, 21:14, 22:21, 23:16, 28:23, 29:4, 29:11, 29:18, 31:7, 31:11, 31:16, 37:7, 37:21, 38:4, 38:9, 39:10, 39:14, 39:16, 41:2, 42:14
Sawaya [1] - 3:16
saying [5] - 9:25, 10:13, 11:13
scheduled [1] - 38:9
scope [1] - 20:5
screaming [1] - 25:24
secondly [1] - 20:8
secret [1] - 35:2
Security [3] - 4:22, 5:3, 6:10
sense [1] - 29:17
sensitive [1] - 20:20
Sergeant [11] - 11:19, 15:4, 22:10, 23:2, 24:7, 27:3, 27:4, 28:11, 28:16, 28:24, 29:5
sergeant [3] - 7:19, 7:23, 8:25
service [1] - 7:18
services [1] - 39:4
seven [1] - 34:18
shake [1] - 3:22
shift [1] - 36:5
shoving [1] - 10:6
shut [3] - 16:7, 16:10
Shuler [1] - 2:17
sick [1] - 7:18
significant [1] - 36:8
singular [1] - 22:22
sir [1] - 5:12
site [1] - 39:4
six [1] - 13:6
slammed [2] - 18:7, 18:10
sleep [1] - 36:18
smoke [1] - 18:12
smoked [1] - 18:13
Social [3] - 4:21, 5:3, 6:10
somebody [1] - 35:8
son [2] - 13:5, 13:7
sorry [3] - 27:12, 27:23
sort [2] - 11:9, 30:2
Soto [1] - 27:4
speak [1] - 13:11
speaking [1] - 4:6

specific [1] - 38:2
speculation [1] - 22:17
spoke [2] - 22:7, 22:21
spoken [1] - 13:9
SS [1] - 43:4
stall [3] - 6:15, 9:15
standing [2] - 10:19,
  18:15
stands [2] - 26:15, 26:17
start [4] - 4:9, 9:24, 34:19,
  17:24, 38:21
starts [1] - 17:17
STATE [1] - 43:4
State [3] - 1:22, 3:4, 43:8
state [1] - 3:8
stated [5] - 9:5, 9:9, 9:19
statement [3] - 9:17,
  10:25, 26:23
Statute [1] - 1:18
stay [3] - 18:17, 18:18,
  37:4
step [1] - 31:12
stepdaughter [1] - 13:12
stepson [1] - 13:12
stop [4] - 14:25, 17:6,
  26:5, 37:3
stopped [2] - 17:7, 34:4
Street [1] - 8:23
stressful [2] - 37:12,
  38:14
subjected [3] - 33:25,
  34:8, 34:16
submitted [1] - 33:10
Subscribed [1] - 41:11
suggest [1] - 37:22
suggesting [1] - 22:24
supervisor [3] - 19:6,
  32:21, 39:6
sure [2] - 26:16, 36:7
sworn [3] - 3:3, 41:11,
  43:11
sympathetic [1] - 26:4

### T

talk [1] - 19:25
talking [6] - 20:7, 20:23,
  26:25, 29:7, 34:4, 37:4
TAMEKA [1] - 24:6
teach [1] - 36:23
tears [1] - 26:6
terms [3] - 20:3, 20:15,
  21:11
testified [3] - 3:5, 22:18,
  27:17
testifying [1] - 31:14
testimony [1] - 43:13
Thank [1] - 41:2

THE [4] - 1:6, 2:4, 2:9,
  19:3
they're [1] - 34:20
they've [1] - 34:14
thirty [2] - 23:21, 27:13
thousand [2] - 6:15
three [1] - 18:4
TIME [1] - 1:13
times [2] - 18:5, 27:5
tired [2] - 16:20, 16:22
Title [2] - 20:13, 21:2
title [1] - 6:5
today [1] - 3:18
TORRES [4] - 1:3, 1:17,
  2:5, 41:9
Torres [2] - 3:10, 3:14
tour [5] - 34:6, 34:9,
  34:17, 34:18, 36:9,
  36:10
tours [3] - 34:25, 35:9,
  36:5
transcript [1] - 23:18
transfer [2] - 33:8, 33:10
transferred [1] - 39:3
Transit [1] - 18:6
treated [1] - 34:3
treating [1] - 38:15
trial [1] - 24:16
trip [1] - 13:17
true [1] - 43:12
turned [1] - 19:11
twenty [2] - 23:21, 27:12
twice [1] - 25:16
type [1] - 3:24

### U

ugly [1] - 13:9
under [1] - 15:22
undergoing [1] - 7:20
understand [3] - 4:13,
  22:3, 24:14, 28:24,
  39:12
understood [1] - 4:15
unfortunately [1] - 33:5
union [1] - 32:11

### V

Vales [2] - 8:19, 15:5
varies [1] - 6:14
vicinity [3] - 11:15, 16:5,
  16:25
VII [2] - 20:13, 21:2
Vine [1] - 29:5
Vines [6] - 22:11, 23:2,
  27:3, 28:11, 28:16,
  28:24
voice [1] - 3:19

### W

wait [3] - 4:2, 4:11, 9:5,
  9:16, 36:17
waited [1] - 9:21
waiting [2] - 9:4, 33:11
wanted [3] - 10:23, 26:12,
  27:25
was he [1] - 35:7
was it [2] - 6:25, 19:20
was that [4] - 7:10, 23:11,
  27:14, 30:5
was there [3] - 16:24,
  24:18, 28:14
we've [1] - 40:13
weapon [1] - 33:25
week [1] - 34:8
weren't [1] - 13:14
what did [1] - 22:8
what is [5] - 5:21, 6:3,
  6:9, 6:18, 12:9, 16:11,
  17:19, 39:12
what was [10] - 6:16,
  7:13, 7:22, 17:6, 17:9,
  19:10, 26:9, 32:12,
  32:19, 33:15
what were [1] - 22:25
when did [1] - 19:14
when were [1] - 28:15
when you [3] - 16:16,
  22:25, 25:17
where were [2] - 7:4,
  16:10
WHEREOF [1] - 43:18
Whereupon [8] - 4:24,
  21:22, 23:17, 29:20,
  37:8, 39:17, 38:21, 41:4
who are [1] - 13:12
who is [4] - 7:18, 11:21,
  38:24
who was [2] - 7:19, 26:22
Williams [1] - 24:6
wind [1] - 39:3
witness [7] - 3:3, 20:15,
  21:10, 27:17, 31:15,
  43:10, 43:13
Witness [1] - 41:5
WITNESS [2] - 19:3,
  43:19
witnesses [1] - 24:4
words [5] - 3:20, 3:24,
  3:25, 4:5, 11:10, 11:14
work [11] - 6:7, 11:19,
  14:23, 15:12, 25:13,
  33:3, 34:5, 36:19,
  37:13, 38:15, 38:19
worked [1] - 40:13
working [1] - 14:2
works [3] - 15:5, 15:6,

34:24
writing [1] - 30:3
written [4] - 19:20, 29:12,
  29:14, 30:8

### Y

year [1] - 4:17
yearly [1] - 6:11
years [3] - 6:2, 13:6,
  36:20
yelling [3] - 10:6, 17:16,
  25:24
YETTA [1] - 2:6
YORK [7] - 1:6, 1:8, 2:9,
  2:12, 43:4
York [13] - 1:8, 1:20, 1:21,
  1:22, 2:6, 2:11, 2:13,
  3:4, 3:13, 5:23, 43:8
you've [2] - 36:11, 37:18
younger [1] - 13:6
youngest [1] - 13:5

### Z

ZEIGLER [2] - 1:6, 2:10

**Diamond Errata Sheet**

**Plaintiff(s):** _Lissette Torres_

**Defendant(s):** _NYPD et al._

| Page | Line | Correction | Reason for Correction |
|------|------|------------|----------------------|
| 7 | 24 | Agy Peña | misspelling |
| 8 | 19 | Velez | misspelling |
| 9 | 25 | all people | incorrect phrase transcribed |
| 12 | 10 | Antwain Reeves | misspelling |
| 15 | 5 | Velez | misspelling |
| 18 | 16 | F-E-B-U-S | misspelling |
| 24 | 2 | Officer Alcantara | misspelling |
| 24 | 6 | Tamiko Williams | misspelling |
| 24 | 7 | Lieutenant Febus | misspelling |
| 24 | 8 | PAA | incorrect acronym |
| 24 | 9 | PAA | incorrect acronym |
| 34 | 6 | 11:30 | incorrect time transcribed |
| 39 | 4 | psych services | incorrect word |

MICHALINA N SHUTER
Notary Public, State of New York
No. 02SH6346236
Qualified in Bronx County
Commission Expires August 8, 2020

**Date:** 9-2-16

**Name of Witness:** LISSETTE TORRES

**Signature:** Lissette Torres

Subscribed and sworn to before me

This _2_ of _September_ 20 16

Notary Public