# EXHIBIT C



## PATROL GUIDE

| Section: Personnel Matters | | Procedure No: 205-36 | |
|---|---|---|---|
| **EMPLOYMENT DISCRIMINATION** | | | |
| DATE ISSUED: 05/03/16 | DATE EFFECTIVE: 05/03/16 | REVISION NUMBER: | PAGE: 1 of 9 |

**PURPOSE**  To process and resolve all complaints of employment discrimination and/or related retaliation made against Department employees and applicants.

**SCOPE**  Employees and applicants for employment who have a complaint of employment discrimination, including related retaliation, or have any questions regarding these issues, are urged to contact the Office of the Deputy Commissioner, Equal Employment Opportunity (DCEEO). It is the goal of this Department that the effective use of this procedure will result in an equitable resolution of the complaint and prevent any discriminatory practice from harming other employees or applicants. Uniformed and civilian supervisors and managers are directed to make all employment decisions in accordance with the Department's Equal Employment Opportunity (EEO) policy. Uniformed and civilian supervisors and managers, and EEO Liaisons *must* report allegations or complaints of employment discrimination and retaliation, and any observations of conduct of a discriminatory or retaliatory nature.

Federal, State and/or City laws and Department policy prohibit employment discrimination based on actual or perceived status of a person's race, color, national origin, alienage or citizenship status, religion or creed, gender (including gender identity - which refers to a person's actual or perceived sex, and includes self-image, appearance, behavior or expression, whether or not different from that traditionally associated with the legal sex assigned to the person at birth), disability, age (18 and over), military status, unemployment status, consumer credit history (for certain titles), familial status (parent or guardian of a person under 18 years of age who is living with them), caregiver status (person who provides ongoing care for a minor child or relative with a disability), prior record of arrest or conviction (under some circumstances), marital status, partnership status, genetic information or predisposing genetic characteristic, sexual orientation, or status as a victim of domestic violence, stalking or sexual offenses and as follows:

a. Discriminatory treatment regarding any term, condition or privilege of employment including hiring, assignments, working conditions, salary and benefits, evaluations, promotions, training, transfers, discipline and termination
b. Sexual harassment against New York City Police Department employees and applicants
c. Policy that has a disproportionate impact on a group specifically protected by law, unless the policy is justified by business necessity
d. Failure to make a reasonable accommodation for individuals with disabilities, religious observances/practices, those who are pregnant, recovering from childbirth or a related medical condition, and victims of domestic violence, stalking and/or sexual offenses, unless providing such accommodation would impose undue hardship on the Department

# PATROL GUIDE

| PROCEDURE NUMBER: | DATE EFFECTIVE: | REVISION NUMBER: | PAGE: |
|---|---|---|---|
| 205-36 | 05/03/16 | | 2 of 9 |

**SCOPE (continued)**

e. Discriminatory harassment, intimidation, ridicule and insults, including, but not limited to, using discourteous, disparaging or disrespectful remarks
f. Retaliation and/or harassment against an employee or applicant for filing a discrimination complaint or for cooperating or otherwise participating in the investigation of a complaint.

All forms of employment discrimination, including retaliation, are **PROHIBITED** both in the actual workplace and in any location that can be reasonably regarded as an extension of the workplace, such as an off-site Department sanctioned social function.

Employees and applicants should file a complaint with the Office of the DCEEO at the earliest opportunity if the employee or applicant believes that a uniformed or civilian supervisor, manager or any other employee has engaged in any of the conduct described above.

**NOTE**

*A complaint made in good faith will not be considered a false accusation. Knowingly making a false accusation of discrimination or knowingly providing false information during the course of an investigation of a complaint may be grounds for discipline.*

Trained EEO Liaisons have been designated throughout the Department to provide assistance to complainants, witnesses and others regarding any EEO matter. For further information about the EEO Liaison Program, contact the Program Coordinator at (646) 610-5072.

**DEFINITIONS**

EMPLOYMENT DISCRIMINATION -- Disparate treatment of employees or applicants regarding any terms, conditions or privileges of employment including hiring, assignments, working conditions, salary and benefits, evaluations, promotions, training, transfers, discipline and termination, based on actual or perceived status of a person's race, color, national origin, alienage or citizenship status, religion or creed, gender (including gender identity), disability, age (18 and over), military status, unemployment status, consumer credit history (for certain titles), familial status (parent or guardian of a person under 18 years of age who is living with them), caregiver status (person who provides ongoing care for a minor child or relative with a disability), prior record of arrest or conviction (under some circumstances), marital status, partnership status, genetic information or predisposing genetic characteristics, sexual orientation, or status as a victim of domestic violence, stalking or sexual offenses. Sexual harassment is a form of gender discrimination.

SEXUAL HARASSMENT -- Unwelcome sexual advances, requests for sexual favors and other verbal or physical conduct of a sexual nature constitute sexual harassment when:
a. Submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment; or
b. Submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual; or
c. Such conduct has the effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive work environment.

**NEW • YORK • CITY • POLICE • DEPARTMENT**

## PATROL GUIDE

| PROCEDURE NUMBER: | DATE EFFECTIVE: | REVISION NUMBER: | PAGE: |
|---|---|---|---|
| 205-36 | 05/03/16 | | 3 of 9 |

**NOTE**  *Conduct which can, in certain circumstances, be considered sexual harassment includes, but is not limited to, sexually suggestive remarks, pictures, gesturing, verbal harassment or abuse of a sexual nature, subtle or direct propositions for sexual favors, and any unnecessary or unwanted touching, patting or pinching.*

**DEFINITIONS (continued)**  DISABILITY – A physical, medical, mental or psychological impairment, or a history or record of such impairment, or being regarded as having such an impairment.

**NOTE**  *An employee or applicant who requires an accommodation based on a qualified protected class status shall complete Section "I" of REASONABLE ACCOMMODATION REQUEST FOR JOB APPLICANTS (PD407-015) or REASONABLE ACCOMMODATION REQUEST FOR EMPLOYEES (PD407-015A), as appropriate. These forms are readily available at all Department facilities and on the Intranet.*

RETALIATION – It is unlawful to retaliate against or harass any person for filing an EEO complaint, participating in an EEO investigation or proceeding, or opposing or reporting any policies, practices or action which he/she believes to be discriminatory. Retaliation is also prohibited against any person requesting a reasonable accommodation. Any member of the service who engages in such retaliation or harassment will be subject to disciplinary action regardless of the findings of the initial EEO investigation or proceeding.

CONFIDENTIALITY – The Office of the DCEEO and all Department uniformed and civilian supervisors, managers and EEO Liaisons will treat each complaint CONFIDENTIALLY. This means that information obtained from the complaint or revealed during the course of the investigation conducted by the Office of the DCEEO will not be discussed with other personnel except as necessary to investigate and resolve the complaint or other matter or as required by law. Complainants should make every effort to maintain the confidential nature of this process. Witnesses and respondents of an EEO investigation shall not discuss the nature of the complaint being investigated by the Office of the DCEEO or any aspect of an open or closed DCEEO case with anyone except their union representative of a line organization and/or legal counsel.

All EEO complaints will be handled under the direction of the DCEEO. In appropriate cases, the investigation will be conducted in conjunction with the Internal Affairs Bureau and other Department units as necessary or required.

**REPORTING REQUIRE- MENTS**
I.  Any **non-supervisory member of the service** is *strongly encouraged* to report the complaint or the problem to the Office of DCEEO, a supervisor at any level or an EEO Liaison when he/she:
   a. Becomes aware of an employment discrimination complaint or problem; or

# PATROL GUIDE

| PROCEDURE NUMBER: | DATE EFFECTIVE: | REVISION NUMBER: | PAGE: |
|---|---|---|---|
| 205-36 | 05/03/16 | | 4 of 9 |

**REPORTING REQUIRE-MENTS (continued)**

  b. Becomes aware of a complaint or problem of retaliation for making an EEO complaint or participating in an EEO investigation; <u>or</u>
  c. Is asked or encouraged to retaliate against a member of the service for making an EEO complaint or participating in an EEO investigation.

II. Any <u>supervisor or EEO Liaison</u> *must* notify the Office of DCEEO, via telephone or in person, by the next business day when he/she:
  a. Observes conduct of a discriminatory nature; <u>or</u>
  b. Becomes aware of an allegation or complaint of employment discrimination or sexual harassment; <u>or</u>
  c. Observes or becomes aware of any act of retaliation regarding EEO matters.

**NOTE**

*In order to ensure confidentiality, supervisors and EEO Liaisons must not make any entries regarding a complaint of employment discrimination and/or related retaliation in any official Department record.*

**PROCEDURE**

When a member of the service or an applicant for employment believes that employment discrimination or sexual harassment exists as defined herein, and in the **Equal Employment Opportunity Policy Statement (SP 297)** and/or **Sexual Harassment Policy Statement (SP 281)**, or that retaliation relating to EEO issues has occurred:

**MEMBER CONCERNED**

1. File a complaint of employment discrimination and/or related retaliation with any of the following:
  a. Office of the Deputy Commissioner, Equal Employment Opportunity by telephone at 646-610-5330, in writing, or in person at One Police Plaza – Room 1204; or
  b. Supervisor (uniformed or civilian); or
  c. Manager; or
  d. Commanding officer; or
  e. Equal Employment Opportunity Liaison.

**NOTE**

*After business hours and on weekends, the Office of the DCEEO receives messages via office voice mail and will make return phone calls on the next business day.*

*Non-supervisory members of the service may telephone the Office of the DCEEO **anonymously** to file a complaint and/or discuss matters regarding employment discrimination and/or related retaliation. An investigator assigned to the Office of the DCEEO will be able to provide counseling and take appropriate follow-up action. Members concerned should understand that the cooperation of complainants and witnesses may be needed to rectify or address a problem of employment discrimination. Non-supervisory members of the service may report an allegation(s) of employment discrimination and/or related retaliation in writing **anonymously** by preparing a detailed written report and forwarding the report to the Deputy Commissioner, Equal Employment Opportunity, One Police Plaza – Room 1204, New York, New York 10038.*

## PATROL GUIDE

| PROCEDURE NUMBER: | DATE EFFECTIVE: | REVISION NUMBER: | PAGE: |
|---|---|---|---|
| 205-36 | 05/03/16 | | 5 of 9 |

| | | |
|---|---|---|
| *NOTE* *(continued)* | | *DEPUTY COMMISSIONER EQUAL EMPLOYMENT OPPORTUNITY COMPLAINT OF EMPLOYMENT DISCRIMINATION (PD413-150) forms must be readily available at all Department facilities. Additionally, this form is available for viewing and printing via the Intranet.* |
| **SUPERVISOR/ MANAGER/C.O./ EEO LIAISON** | 2. | Immediately upon observing conduct of a discriminatory or retaliatory nature, or becoming aware of an allegation or complaint of employment discrimination, sexual harassment or retaliation relating to an EEO issue: |
| | a. | Telephone facts to the Office of the DCEEO during business hours or the next business day, Monday through Friday, 0800 to 1800 hours |
| | | (1) During non-business hours, leave a message on voice mail with contact number and an investigator assigned to the Office of the DCEEO will contact caller |
| | b. | Obtain DCEEO case or inquiry number and name of the investigator |
| | c. | Be guided by information received from the Office of the DCEEO. |
| *NOTE* | | *A supervisor receiving an allegation of employment discrimination, sexual harassment and/or related retaliation against oneself must immediately notify the Office of the DCEEO.* |
| **SUPERVISOR/ MANAGER/C.O.** | 3. | If matter is issued a DCEEO case number, forward **confidential** report on **Typed Letterhead** to the DCEEO (DIRECT), within five business days. |
| *NOTE* | | *Any supervisor or EEO liaison who fails to report an employment discrimination complaint or problem, including retaliation, to the Office of the DCEEO as required, and/or within the required time frames and/or who fails to take such actions as directed by the Office of the DCEEO to prevent employment discrimination, including sexual harassment and retaliation, from occurring in the future will be subject to disciplinary action.* |
| | | *The Department prohibits the display in any form of offensive sexual, ethnic, racial, religious or other discriminatory material in or while using Department facilities or resources. Refer to P.G. 205-37, "Sexual, Ethnic, Racial, Religious, or Other Discriminatory Slurs Through Display of Offensive Material," for guidelines on handling incidents involving the display of offensive material.* |
| **OFFICE OF THE DCEEO** | 4. | Notify commanding officer/manager, if and/or when appropriate. |
| | 5. | Emphasize to the commanding officer/manager and all others concerned that reprisal or retaliation against complainants and/or witnesses is against the law and allegations of retaliation will be investigated and, if substantiated, members will be subject to disciplinary action. |
| | 6. | Record required data in appropriate DCEEO record and assign a case or inquiry number to all complaints. |


## PATROL GUIDE

| PROCEDURE NUMBER: | DATE EFFECTIVE: | REVISION NUMBER: | PAGE: |
|---|---|---|---|
| 205-36 | 05/03/16 | | 5 of 9 |

*NOTE* *(continued)* — *DEPUTY COMMISSIONER EQUAL EMPLOYMENT OPPORTUNITY COMPLAINT OF EMPLOYMENT DISCRIMINATION (PD413-150) forms must be readily available at all Department facilities. Additionally, this form is available for viewing and printing via the Intranet.*

**SUPERVISOR/ MANAGER/C.O./ EEO LIAISON**

2. Immediately upon observing conduct of a discriminatory or retaliatory nature, or becoming aware of an allegation or complaint of employment discrimination, sexual harassment or retaliation relating to an EEO issue:
   a. Telephone facts to the Office of the DCEEO during business hours or the next business day, Monday through Friday, 0800 to 1800 hours
      (1) During non-business hours, leave a message on voice mail with contact number and an investigator assigned to the Office of the DCEEO will contact caller
   b. Obtain DCEEO case or inquiry number and name of the investigator
   c. Be guided by information received from the Office of the DCEEO.

*NOTE*

*A supervisor receiving an allegation of employment discrimination, sexual harassment and/or related retaliation against oneself must immediately notify the Office of the DCEEO.*

**SUPERVISOR/ MANAGER/C.O.**

3. If matter is issued a DCEEO case number, forward **confidential** report on **Typed Letterhead** to the DCEEO (DIRECT), within five business days.

*NOTE*

*Any supervisor or EEO liaison who fails to report an employment discrimination complaint or problem, including retaliation, to the Office of the DCEEO as required, and/or within the required time frames and/or who fails to take such actions as directed by the Office of the DCEEO to prevent employment discrimination, including sexual harassment and retaliation, from occurring in the future will be subject to disciplinary action.*

*The Department prohibits the display in any form of offensive sexual, ethnic, racial, religious or other discriminatory material in or while using Department facilities or resources. Refer to P.G. 205-37, "Sexual, Ethnic, Racial, Religious, or Other Discriminatory Slurs Through Display of Offensive Material," for guidelines on handling incidents involving the display of offensive material.*

**OFFICE OF THE DCEEO**

4. Notify commanding officer/manager, if and/or when appropriate.
5. Emphasize to the commanding officer/manager and all others concerned that reprisal or retaliation against complainants and/or witnesses is against the law and allegations of retaliation will be investigated and, if substantiated, members will be subject to disciplinary action.
6. Record required data in appropriate DCEEO record and assign a case or inquiry number to all complaints.

## PATROL GUIDE

| PROCEDURE NUMBER: | DATE EFFECTIVE: | REVISION NUMBER: | PAGE: |
|---|---|---|---|
| 205-36 | 05/03/16 | | 6 of 9 |

**NOTE**

*Upon receiving a complaint, an investigator assigned to the Office of the DCEEO will attempt to contact and interview the complainant, and will advise the complainant that he/she may meet with an investigator to discuss the complaint at the Office of the DCEEO or at a mutually agreed discreet location of his/her choice before, during or after work hours to protect his/her confidentiality. Additionally, the member will be advised that he/she may be accompanied by a representative of his/her choice.*

*Members are reminded that they do not have to notify a supervisor if they agree to meet with an Office of the DCEEO investigator during non-working hours.*

*However, if a complainant wishes to meet with an investigator during working hours, the investigator will make a confidential notification to the command's integrity control officer, assistant integrity control officer, executive officer, commanding officer or other supervisory member not involved in the complaint to have the complainant appear at the Office of the DCEEO. Supervisors cannot unreasonably deny permission to attend the meeting. A member's appearance at the Office of the DCEEO must not be documented on any official Department record.*

**OFFICE OF THE DCEEO (continued)**

7. Counsel member filing complaint about options for handling complaint and/or refer member to other personnel for assistance.
8. If it is determined that an investigation is to be conducted, notify respondent in writing of the nature of the allegation(s), when necessary.
   a. Remind respondent that employment discrimination and/or related retaliation will not be tolerated.
9. After completion of the investigation and when appropriate, forward results of the investigation conducted by the DCEEO to the Police Commissioner with recommendations for specific corrective action.
10. Notify complainant <u>in writing</u> of the outcome of the investigation and any corrective/disciplinary action taken.
    a. Notify respondent about the outcome of the investigation <u>in writing</u> when appropriate.

**COMMANDING OFFICER/ MANAGER**

11. Address the matter <u>as directed by and under the guidance</u> of the DCEEO.
12. When directed, forward <u>confidential</u> report on **Typed Letterhead** to DCEEO (DIRECT).
    a. Refer to DCEEO case number.
    b. Report what corrective action was taken to address the complaint and describe any steps taken to preclude a reoccurrence.
13. Take <u>all</u> reasonable steps necessary to prevent the respondent from engaging in additional employment discrimination and related retaliation.

**NOTE**

*Copies of all documents related to DCEEO complaints and investigations must be kept in a confidential file maintained by the commanding officer/supervisory designee consistent with the confidentiality requirements of this directive.*

## PATROL GUIDE

| PROCEDURE NUMBER: | DATE EFFECTIVE: | REVISION NUMBER: | PAGE: |
|---|---|---|---|
| 205-36 | 05/03/16 | | 7 of 9 |

**ADDITIONAL DATA**

**COUNSELING**

The complainant will be interviewed to ascertain the details of the complaint and will be apprised of the options for handling the complaint. These may include:
a. Investigation by the DCEEO
b. Mediation by a neutral mediation service
c. Further actions the member of the service can take on his/her own behalf
d. The member of the service filing a formal complaint with an outside agency
e. Referral of the member concerned to other personnel for assistance if it appears that the complaint does not involve an EEO problem.

**MEDIATION**

In appropriate cases, certain EEO complaints will be referred for mediation by a neutral mediator at a neutral location. Mediation is an early dispute resolution program designed to help resolve EEO complaints at the earliest stage possible without the need for a formal investigation. The procedure is not adversarial, but is a means of finding a mutually acceptable end to the parties' differences. This process is voluntary and the parties must mutually agree to the outcome. If the parties cannot agree upon a resolution, the matter will be referred back to the Office of the DCEEO for appropriate action. If a resolution is reached after mediation, no notations concerning the matter will be made on the respondent's Central Personnel Index record.

**INVESTIGATION**

In order to encourage members of the service to come forward, all communications between complainants and the Office of the DCEEO relating to employment discrimination complaints will be kept confidential consistent with the above statement regarding **CONFIDENTIALITY**. Any person who is interviewed in the course of an investigation shall have the right to be accompanied by a representative of his/her choice.

An investigation will be conducted by the Office of DCEEO or a person acting under the direction of the DCEEO. The investigation begins after the DCEEO: (1) receives either an oral or a written complaint of employment discrimination and/or related retaliation, and (2) determines that the allegations in the complaint are sufficient to establish a case of unlawful employment discrimination and/or related retaliation. After receiving the notice and copy of the complaint, the respondent has the right to respond in writing within fourteen calendar days after receipt of the notice of complaint. Respondents must maintain the confidentiality of the EEO process.

At the conclusion of an investigation, the DCEEO will forward a confidential report of the investigation to the Police Commissioner. If the DCEEO concludes on the basis of the investigation that the allegation of employment discrimination is substantiated, the DCEEO shall recommend appropriate corrective action. The Police Commissioner will review the report prepared by the DCEEO and make a final determination regarding the investigation and any recommendation for corrective action. Disciplinary action shall be taken in accordance with any applicable provisions of law, rules and regulations, and collective bargaining agreements.

**NEW • YORK • CITY • POLICE • DEPARTMENT**

## PATROL GUIDE

| PROCEDURE NUMBER: | DATE EFFECTIVE: | REVISION NUMBER: | PAGE: |
|---|---|---|---|
| 205-36 | 05/03/16 | | 8 of 9 |

**ADDITIONAL DATA** *(continued)*

Following the endorsement by the Police Commissioner of a recommendation by the DCEEO that an EEO complaint is:

a. <u>Substantiated</u>, in whole or in part, the DCEEO will require the commanding officer of the involved command or other appropriate person to appear at its office to discuss the final report with the Commanding Officer, DCEEO, or his/her designee. The commanding officer or other appropriate person shall take action as may be directed by the DCEEO. The meeting as well as a record of action taken shall be documented in the case file.

b. <u>Unsubstantiated</u> (as opposed to "unfounded"), the DCEEO may require a commanding officer of the involved command or other appropriate person to appear at its office to discuss the final report with the Commanding Officer, DCEEO, or his/her designee. The commanding officer or other appropriate person shall take action as may be directed by the DCEEO. The meeting, as well as a record of action taken, shall be documented in the case file.

If the DCEEO concludes, as a result of an investigation, that an act of employment discrimination and/or related retaliation has occurred but cannot identify the person(s) responsible, the DCEEO may require the commanding officer/manager of the command/unit of occurrence or other appropriate person to appear at the Office of the DCEEO to discuss the final report with the Commanding Officer, DCEEO, or his/her designee. The commanding officer or other appropriate person shall take action as may be directed by the DCEEO. The meeting and a record of action taken shall be documented in the case file.

When charges and specifications are pending or preferred against a member of the service, an allegation of discriminatory treatment raised as a defense to the charges by the respondent member of the service shall vest in the exclusive jurisdiction of the Deputy Commissioner, Trials until the charges and specifications have been resolved. After the charges and specifications have been resolved, jurisdiction over the allegation of employment discrimination shall be assumed by the DCEEO upon request of the affected party. In all other disciplinary matters, any allegation of discrimination raised by the member of the service concerned must be immediately reported to the Office of the DCEEO.

<u>ADDITIONAL PLACES WHERE A COMPLAINT OF DISCRIMINATION MAY BE MADE</u>

Any member of the service or applicant for employment who believes that he/she has experienced discrimination has a right to file a formal complaint with the federal, state or local agencies listed below. A person does not give up this right when he/she files a complaint with the Police Department's Office of the DCEEO. The following local, state and federal agencies enforce laws against discrimination:

**NEW YORK CITY COMMISSION ON HUMAN RIGHTS**
*100 Gold Street, Suite 4600*
*New York, New York 10038*

| | |
|---|---|
| ADDITIONAL DATA (continued) | NEW YORK STATE DIVISION OF HUMAN RIGHTS<br>Headquarters<br>One Fordham Plaza, 4th Floor<br>Bronx, New York 10458<br>OR<br>163 West 125th Street, 4th Floor<br>New York, NY 10027<br>OR<br>55 Hanson Place, Room 304<br>Brooklyn, NY 11217<br><br>UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>New York District Office<br>33 Whitehall Street, 5th Floor<br>New York, New York 10004<br><br><u>TIME PERIODS FOR THE FILING OF COMPLAINTS OF EMPLOYMENT DISCRIMINATION, INCLUDING RELATED RETALIATION (MEASURED FROM THE DATE OF THE LAST OCCURRENCE OF A DISCRIMINATORY ACTION):</u><br><br>a.   New York City Police Department - one year<br><br>*The one year time period for filing complaints of employment discrimination, including related retaliation, with the New York City Police Department shall not serve as a limitation upon the Department's authority to discipline members of the service as otherwise authorized pursuant to applicable law*<br><br>b.   New York City Commission on Human Rights - one year (New York City Administrative Code, Title 8, Chapter 1)<br>c.   New York State Division of Human Rights - one year (New York Executive Law, Article 15, section 297) (may not file if civil action filed first)<br>d.   United States Equal Employment Opportunity Commission – three hundred days, regardless of whether there has been a prior filing with another agency. A member of the service is advised to contact the United States Equal Employment Opportunity Commission directly for guidance on this issue (42 USC, Section 2000e-5[c]). |
| RELATED PROCEDURES | *Operations Coordinator (P.G. 202-11)*<br>*Desk Officer (P.G. 202-14)*<br>*Sexual, Ethnic, Racial, Religious, or Other Discriminatory Slurs Through Display of Offensive Material (P.G. 205-37)*<br>*Grievance Procedures for Members of the Public with Disabilities (A.G. 308-06)*<br>*Reasonable Accommodations for Employees and Applicants (A.G. 320-47)*<br>*Official Communication – Preparation (A.G. 322-11)* |
| FORMS AND REPORTS | REASONABLE ACCOMMODATION REQUEST FOR JOB APPLICANTS (PD407-015)<br>REASONABLE ACCOMMODATION REQUEST FOR EMPLOYEES (PD407-015A)<br>DEPUTY COMMISSIONER EQUAL EMPLOYMENT OPPORTUNITY COMPLAINT OF EMPLOYMENT DISCRIMINATION (PD413-150)<br>*Typed Letterhead* |