UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
LISSETTE TORRES,                                            :
                                                            :
                                        Plaintiff,          :     18 Civ. 3644 (LGS)
                                                            :
                -against-                                   :     ORDER
                                                            :
CITY OF NEW YORK,                                           :
                                                            :
                                        Defendant.          :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 23, 2019, the Court referred the case to Judge H. Katherine Parker for settlement discussions regarding attorney's fees, mutual cooperation and mutual release (Dkt. No. 121);

WHEREAS, on November 29, 2019, Judge Parker scheduled a settlement conference for November 4, 2019 (Dkt. No. 122). It is hereby

**ORDERED** that the parties shall submit a joint letter, by **December 16, 2019**, advising the Court of the status of settlement discussions regarding attorney's fees, mutual cooperation and mutual release.

Dated: December 11, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**