USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

LISSETTE TORRES,

                Plaintiff,

    -against-

CITY OF NEW YORK, et al.,

                Defendants.

----------------------------------------------------------------X

**ORDER**

1:18-CV-3644 (LGS) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for Specific Non-Dispositive Motion/Dispute, Attorney's fees and costs (docket no. 126). Plaintiff's application for fees with supporting records due **January 10, 2020.** Opposition due **January 31, 2020.**

    SO ORDERED.

Dated: December 18, 2019
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge