UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

LISSETTE TORRES,

                                    Plaintiff,

                    -against-

CITY OF NEW YORK, et al.,

                                    Defendants.

---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _12/27/2019_

**ORDER**

**1:18-CV-3644 (LGS) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The deadline for Plaintiff's application for fees with supporting records (**January 10, 2020**).  The City's opposition, if any, is due by **January 31, 2020**, and Plaintiff's reply, if any, is due by **February 28, 2020**.

SO ORDERED.

Dated: December 27, 2019
            New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge