

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**DANIELLE DANDRIGE**
Labor and Employment Law Division
phone: (212) 356-0889
fax: (212) 356-2438
email: ddandrig@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/16/2020

January 15, 2020

**BY ECF**
Honorable Katherine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:  Lissette Torres v. City of New York, et. al.
           18-cv-03644 (LGS)(KHP)

Dear Judge Parker:

  I write to request that the Court adopt plaintiff's suggested briefing schedule in her January 15, 2020 letter in which defendant's time to oppose plaintiff's fee application is extended until February 19, 2020 and plaintiff's time to reply is extended to April 7, 2020.

  Plaintiff's January 15, 2020 letter omits that on January 14, 2020, I emailed her that I was seeking an extension to February 19, 2020, the reasons I was seeking for said extension, and that I did not oppose any commensurate or longer extension that she would need to reply. See Exhibit A.

  Thank you for Your Honor's consideration of this request.

                Respectfully submitted,
                 /s/
                Danielle Dandrige
                Assistant Corporation Counsel

- 2 -

Cc via ECF:

    Yetta Kurland
    The Kurland Group
    Attorneys for plaintiff

01/16/2020

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

## Dandrige, Danielle (Law)

**From:** Dandrige, Danielle (Law)
**Sent:** Tuesday, January 14, 2020 1:42 PM
**To:** 'Yetta G. Kurland'
**Subject:** RE: Torres v. CNY

Yes, given the additional materials that handed to me for review, I need until the 19th – that is exactly a three week extension.

Danielle Dandrige
Senior Counsel
Labor and Employment Law Division
New York City Law Dept.
100 Church Street, Room 2-142
New York, NY 10007
(212) 356-0889

**From:** Yetta G. Kurland [mailto:kurland@kurlandgroup.com]
**Sent:** Tuesday, January 14, 2020 1:40 PM
**To:** Dandrige, Danielle (Law)
**Subject:** RE: Torres v. CNY

Uhh... you said February 14, 2020. Now you want until February 19 or is that a typo?

Yetta G. Kurland, Esq.
Senior Partner
The Kurland Group
**Tel: 212 253-6911 || Fax: 212 614-2532**
85 Broad Street, 28th Floor | NY, NY 10004
*please note new address"
www.kurlandgroup.com

The information contained in this email is intended only for the personal and confidential use of the named individual or entity to whom it is addressed. This message may be an attorney-client communication, and as such it is privileged and confidential. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and any review, dissemination, distribution or copying of this message or any part thereof is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by email.

**From:** Dandrige, Danielle (Law) <ddandrig@law.nyc.gov>
**Sent:** Tuesday, January 14, 2020 1:26 PM
**To:** 'Yetta G. Kurland' <kurland@kurlandgroup.com>
**Subject:** RE: Torres v. CNY

Yetta, there to discuss. I need more time. Will you consent yes or no? Again, I am happy to give you as much time as needed to reply. But I just two more papers to review so I am asking for February 19, 2020. I will let her know you only consent to February 11.

Danielle Dandrige
Senior Counsel

1

Labor and Employment Law Division
New York City Law Dept.
100 Church Street, Room 2-142
New York, NY 10007
(212) 356-0889

---

**From:** Yetta G. Kurland [mailto:kurland@kurlandgroup.com]
**Sent:** Tuesday, January 14, 2020 1:24 PM
**To:** Dandrige, Danielle (Law)
**Subject:** Re: Torres v. CNY

Please call to discuss. I am confident we can figure out 72 hours...

Sent from my iPhone

On Jan 14, 2020, at 1:08 PM, Dandrige, Danielle (Law) <ddandrig@law.nyc.gov> wrote:

> Yes, Yetta I do. I will ask for the time and I will let the Court know I have no objection to whatever time you need to reply.
>
> Danielle Dandrige
> Senior Counsel
> Labor and Employment Law Division
> New York City Law Dept.
> 100 Church Street, Room 2-142
> New York, NY 10007
> (212) 356-0889
>
> ---
>
> **From:** Yetta G. Kurland [mailto:kurland@kurlandgroup.com]
> **Sent:** Tuesday, January 14, 2020 12:55 PM
> **To:** Dandrige, Danielle (Law)
> **Subject:** RE: Torres v. CNY
>
> Danielle we are talking about 3 days... let's not involve the Court without first trying to resolve this ourselves.
> Do you really need more than 42 days to oppose a fee application? Call me to discuss.
> Best,
> Yetta
>
> Yetta G. Kurland, Esq.
> Senior Partner
> The Kurland Group
> **Tel: 212 253-6911 || Fax: 212 614-2532**
> 85 Broad Street, 28th Floor | NY, NY 10004
> *please note new address"*
> www.kurlandgroup.com

---

The information contained in this email is intended only for the personal and confidential use of the named individual or entity to whom it is addressed. This message may be an attorney-client communication, and as such it is privileged and confidential. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and any

review, dissemination, distribution or copying of this message or any part thereof is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by email.

**From:** Dandrige, Danielle (Law) <ddandrig@law.nyc.gov>
**Sent:** Tuesday, January 14, 2020 12:53 PM
**To:** 'Yetta G. Kurland' <kurland@kurlandgroup.com>
**Subject:** RE: Torres v. CNY

I am going to have to ask for more time but I will convey what you consented to and note your vacation.

Danielle Dandrige
Senior Counsel
Labor and Employment Law Division
New York City Law Dept.
100 Church Street, Room 2-142
New York, NY 10007
(212) 356-0889

**From:** Yetta G. Kurland [mailto:kurland@kurlandgroup.com]
**Sent:** Tuesday, January 14, 2020 12:51 PM
**To:** Dandrige, Danielle (Law)
**Subject:** RE: Torres v. CNY

You are going to have to tell them that you had the deadline for this fee application for six months and opposing counsel was gracious enough to agree to an adjournment but leaves town on the 11th.
I can push it back one more day although it makes it a little stressful as it is the day before I leave.
I hope that works. So would be February 11, 2020 and reply March 10, 2020.

Yetta G. Kurland, Esq.
Senior Partner
The Kurland Group
**Tel: 212 253-6911 || Fax: 212 614-2532**
85 Broad Street, 28th Floor | NY, NY 10004
*please note new address"
www.kurlandgroup.com

The information contained in this email is intended only for the personal and confidential use of the named individual or entity to whom it is addressed. This message may be an attorney-client communication, and as such it is privileged and confidential. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and any review, dissemination, distribution or copying of this message or any part thereof is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by email.

**From:** Dandrige, Danielle (Law) <ddandrig@law.nyc.gov>
**Sent:** Tuesday, January 14, 2020 12:43 PM
**To:** 'Yetta G. Kurland' <kurland@kurlandgroup.com>
**Subject:** RE: Torres v. CNY

3

Thanks. Yetta. Normally that would be enough time but my team just unloaded three motions on me to review for the end of the month. So I will need to 2/14. That will still give you the three weeks to reply contemplated by the briefing schedule if we make the reply 3/9 or 3/10.

Danielle Dandrige
Senior Counsel
Labor and Employment Law Division
New York City Law Dept.
100 Church Street, Room 2-142
New York, NY 10007
(212) 356-0889

**From:** Yetta G. Kurland [mailto:kurland@kurlandgroup.com]
**Sent:** Tuesday, January 14, 2020 12:38 PM
**To:** Dandrige, Danielle (Law)
**Subject:** RE: Torres v. CNY

Hey Danielle,

Sure, no problem. Plaintiff would have no issue (with the Court's approval) to adjourning the two remaining deadlines on the motion for 10 days. I couldn't do anymore because I am going to be out of town starting from the 11th of March.
So assuming the Court agrees, the opposition would be due February 10, 2020 and reply due March 9, 2020.
Best,
Yetta

Yetta G. Kurland, Esq.
Senior Partner
The Kurland Group
**Tel: 212 253-6911 || Fax: 212 614-2532**
85 Broad Street, 28th Floor | NY, NY 10004
*please note new address"*
www.kurlandgroup.com

The information contained in this email is intended only for the personal and confidential use of the named individual or entity to whom it is addressed. This message may be an attorney-client communication, and as such it is privileged and confidential. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and any review, dissemination, distribution or copying of this message or any part thereof is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by email.

**From:** Dandrige, Danielle (Law) <ddandrig@law.nyc.gov>
**Sent:** Tuesday, January 14, 2020 10:28 AM
**To:** 'Yetta G. Kurland' <kurland@kurlandgroup.com>
**Subject:** Torres v. CNY

Yetta,

I have a summary judgment motion due at the same time as the Torres response as well as two depositions that I have to attend this month and my supervisory responsibilities (which are more of a constant). Will you consent to an extension of time for my response?

4

Danielle Dandrige
Senior Counsel
Labor and Employment Law Division
New York City Law Dept.
100 Church Street, Room 2-142
New York, NY 10007
(212) 356-0889