

June 10, 2020

**VIA ECF**
The Honorable Lorna G. Schofield, U.S.D.J.
United States District Court, Southern District of New York
40 Foley Square, Courtroom 1106
New York, NY 10007

      **Re:    Lissette Torres v. City of New York; Case No. 18-cv-03644 (LGS)**

Dear Your Honor:

      I represent Plaintiff in the above referenced matter and write to respectfully request an extension of 30 days to file an objection to the Amended Report and Recommendation on Attorneys' Fees Application filed by Magistrate Judge Parker on June 3, 2020.

      I am on parental leave as we are expecting the birth of our first child and I will have limited availability until early July. The objection is currently due June 17, 2020 and as such I respectfully ask that this deadline be extended to July 17, 2020.

Respectfully Submitted,

~//s//~
Yetta G. Kurland

Application GRANTED. The deadline for Plaintiff to file objections to the Amended Report and Recommendation (Dkt. No. 142) is hereby extended from June 17, 2020, to July 17, 2020. No further extension will be granted. SO ORDERED.
Dated: June 16, 2020
New York, New York

                                    LORNA G. SCHOFIELD
                                 UNITED STATES DISTRICT JUDGE

85 BROAD STREET
28TH FLOOR
NEW YORK, NY 10004

P: 212 253 6911
F: 212 614 2532

kurland@kurlandgroup.com
KURLANDGROUP.COM

New York | Washington, D.C.